# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PREPARED FOOD PHOTOS, INC., *formerly known as* ADLIFE MARKETING & COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

SHARIF JABER, *doing business as* FOOD TOWN MART,

    Defendant.

Case No. 22-CV-642-JPS

**ORDER**

    This action has been pending since May 31, 2022. ECF No. 1. Plaintiff filed an amended complaint on August 23, 2022. ECF No. 9. A summons was issued as to Defendant Sharif Jaber[1] on August 24, 2022. As of the date of this Order, the summons has not been executed and Defendant has not been served. Accordingly, the Court orders Plaintiff to show cause why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff fails to respond within the below-stated time frame, or fails to show good cause, the case will be dismissed without prejudice. Fed. R. Civ. P. 4(m).

    Accordingly,

    **IT IS ORDERED** that Plaintiff Prepared Food Photos, Inc. file a statement no later than **seven (7) days** from the date of this Order showing

---

[1] Plaintiff's amended complaint substitutes Sharif Jaber for the originally-named Defendant, but both parties bear essentially the same "doing business as" designation. ECF No. 9.

cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Dated at Milwaukee, Wisconsin, this 29th day of November, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge