IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

        Plaintiff,

v.

SHARIF JABER d/b/a FOOD TOWN MART,

        Defendant.

## AFFIDAVIT OF SERVICE

Daniel DeSouza, Esq., being first duly sworn upon oath, does hereby state and affirm as follows:

1. I am counsel of record for plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. in this lawsuit.

2. I am over the age of 18 and competent to sign this affidavit and could offer competent testimony in court under penalty of perjury.

3. To the best of my knowledge, Plaintiff has complied with WI. Stat. § 108.0504 to effectuate service on defendant Sharif Jaber d/b/a Food Town Mart ("Defendant").

4. Plaintiff filed its Amended Complaint on August 23, 2022. See D.E. 9.

5. On August 24, 2022, a summons was issued as to Defendant.

6. Plaintiff attempted to effectuate service on Defendant. Plaintiff's process server went to Defendant's address and left a slip call. Defendant then called the process server and said he would not accept service. The process server attempted service six (6) times, but Defendant refused to answer

the door or come outside his house. The Affidavit of Non-Service, detailing the process server's efforts to directly serve Defendant, is attached hereto as **Exhibit "A."**

7.      Plaintiff used due diligence to effectuate service, as he made diligent inquiry and exerted an honest and conscientious effort appropriate to the circumstances to acquire the information necessary to effectuate personal service. However, Defendant could not with reasonable diligence be served.

8.      Pursuant to WI. Stat. § 108.0504, Defendant may be served by registered or certified mail, return receipt requested, or by similar delivery service, addressed to the corporation at its principal office, as shown on the records of the department on the date of sending.

9.      Plaintiff served Defendant pursuant to the above statue via FedEx (Tracking # 7703 8198 1429). Both the Summons and Amended Complaint were sent to Defendant on November 2, 2022.

10.     Pursuant to WI. Stat. § 108.0504, "[s]ervice is perfected under this subsection at the earliest of the following: (a) The date on which the corporation receives the mail or delivery by the commercial delivery service; (b) The date shown on the return receipt, if signed on behalf of the corporation; (c) Five days after it is deposited in the U.S. mail, or with the commercial delivery service, if mailed postpaid and correctly addressed and with sufficient postage or payment."

11.     Defendant received the delivery from the commercial delivery on November 4, 2022. A true and correct copy of the tracking information is attached hereto as **Exhibit "B".**

12.     Plaintiff has properly effectuated service on Defendant pursuant to WI. Stat. § 108.0504.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

FURTHER AFFIANT SAYETH NAUGHT.

PRINT NAME: _Daniel DeSouza_

Sworn to and subscribed before me this 1st day of
December, 2022.

NOTARY PUBLIC, STATE OF FLORIDA

_Hali Thomas_
Printed Name of Notary Public

My Commission Expires:



HALI NICOLE THOMAS
MY COMMISSION # HH 110977
EXPIRES: April 19, 2025
Bonded Thru Notary Public Underwriters

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228
Case 2:22-cv-00642-JPS    Filed 12/01/22    Page 3 of 7    Document 11

# EXHIBIT "A"

# AFFIDAVIT OF NON-SERVICE

| Case:<br>2:22-cv-00642-JPS | Court:<br>United States District Court Eastern District of<br>Wisconsin | County: | Job:<br>7567836 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Prepared Food Photos, Inc. | | **Defendant / Respondent:**<br>Sharif Jaber, d/b/a Food Town Mart | |
| **Received by:**<br>First Legal Process of Wisconsin LLC | | **For:**<br>South Shore Process Service | |
| **To be served upon:**<br>Sharif Jaber, d/b/a Food Town Mart | | | |

I, Alexis Majors, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Sharif Jaber, d/b/a Food Town Mart, Home: 2041 E Drexel Ave, Oak Creek, WI 53154

**Manner of Service:**   Non-Service

**Documents:**   Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Aug 27, 2022, 9:51 am CDT at Home: 2041 E Drexel Ave, Oak Creek, WI 53154
Two story one family home. Boy standing on porch states that defendant lives here but is not home at this time. He states defendant should be home in an hour or two. Left delivery notice with him.

2) Unsuccessful Attempt: Aug 27, 2022, 11:19 am CDT at Home: 2041 E Drexel Ave, Oak Creek, WI 53154
Received call from defendant at 414-333-2270. Defendant states he will not accept documents and then hung up the phone.

3) Unsuccessful Attempt: Aug 28, 2022, 8:40 pm CDT at Home: 2041 E Drexel Ave, Oak Creek, WI 53154
No answer at door. Cannot see inside of home. No activity

4) Unsuccessful Attempt: Aug 30, 2022, 8:36 am CDT at Home: 2041 E Drexel Ave, Oak Creek, WI 53154
No answer at door. No activity.

5) Unsuccessful Attempt: Sep 2, 2022, 2:45 pm CDT at Home: 2041 E Drexel Ave, Oak Creek, WI 53154
Woman answered door and states defendant is not home at this time. She called the defendant and the defendant told her and his spouse to not accept documents and that he wanted to accept them himself.

6) Unsuccessful Attempt: Sep 6, 2022, 3:20 pm CDT at Home: 2041 E Drexel Ave, Oak Creek, WI 53154
Spoke to man in driveway sitting in car who states defendant is not home right now and is currently at the store. He states defendant told everyone in the house to not accept documents and he states he will not accept documents for defendant. Defendant appears to be avoiding, he has not showed up for his appointment. After due diligence the defendant was unable to be served.

_____          9/7/22
Alexis Majors                                        Date

First Legal Process of Wisconsin LLC
4226 S. Pennsylvania Ave
St. Francis, WI 53235
4147043885

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public
9/7/2022
Date                                Commission Expires  9/11/2024

EDWARD R. SMITH
Notary Public
State of Wisconsin

# EXHIBIT "B"



**FedEx** Tracking

Track Another Shipment    Help

**DELIVERED**
# Friday
11/4/2022 at 12:38 pm

Signature not required
Package delivered to recipient address

⬇ Obtain Proof of delivery

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✓

**TRACKING ID**
7703 8198 1429  ✏ ☆

**FROM**
Coral Springs, FL US
*Label Created*
11/2/2022 12:54 PM

**PACKAGE RECEIVED BY FEDEX**
RIVIERA BEACH, FL
11/2/2022 5:08 PM

**IN TRANSIT**
MILWAUKEE, WI
11/4/2022 7:36 AM

**OUT FOR DELIVERY**
MILWAUKEE, WI
11/4/2022 8:08 AM

✓ **DELIVERED**
OAK CREEK, WI US
*DELIVERED*
11/4/2022 at 12:38 PM

⬇ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | SUBMIT |
|---|---|

Manage Delivery ⌄

## Shipment facts

### 📦 Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 7703 8198 1429 |
| DELIVERED TO | Residence |
| SHIP DATE ? | 11/2/22 |
| STANDARD TRANSIT ? | 11/4/22 before 8:00 pm |
| ACTUAL DELIVERY | 11/4/22 at 12:38 pm |

### 🚚 Services

| | |
|---|---|
| SERVICE | FedEx 2Day |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday, Residential Delivery |

### 📦 Package details

| | |
|---|---|
| TOTAL PIECES | 1 |
| PACKAGING | FedEx Envelope |

⬆ Back to top

## Travel history

| SORT BY DATE/TIME | TIME ZONE |
|---|---|
| Ascending ⌄ | Local Scan Time ⌄ |



| Wednesday, 11/2/2022 | 12:54 PM | Shipment information sent to FedEx | |
| | 5:08 PM | Picked up | RIVIERA BEACH, FL |
| | 5:22 PM | Shipment arriving On-Time | RIVIERA BEACH, FL |
| | 8:21 PM | Left FedEx origin facility | RIVIERA BEACH, FL |
| Thursday, 11/3/2022 | 12:45 AM | Arrived at FedEx hub | MEMPHIS, TN |
| | 12:59 AM | Shipment arriving early | MEMPHIS, TN |
| | 3:49 PM | Departed FedEx hub | MEMPHIS, TN |
| | 4:06 PM | Shipment arriving On-Time | MEMPHIS, TN |
| | 5:16 PM | At destination sort facility | MILWAUKEE, WI |
| Friday, 11/4/2022 | 7:36 AM | At local FedEx facility | MILWAUKEE, WI |
| | 8:08 AM | On FedEx vehicle for delivery | MILWAUKEE, WI |
| | 12:38 PM | Delivered | OAK CREEK, WI |
| | | Package delivered to recipient address - release authorized | |

⬆ Back to top

## Watch list

You do not currently have any Watch list shipments.

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
FedEx Cross Border
ShopRunner

**LANGUAGE**
🌐 Change Country/Territory

**FOLLOW FEDEX**  ✉ f 🐦 📷 in ▶ 📌

© FedEx 1995-2022

Site Map  |  Terms of Use  |  Privacy & Security

Captured by FireShot Pro: 28 November 2022, 14:37:58
https://getfireshot.com