UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PREPARED FOOD PHOTOS, INC.,
*formerly known as* ADLIFE MARKETING
& COMMUNICATIONS CO., INC.
    Plaintiff,

v.                                      Case No.: 22-CV-642-JPS

SHARIF JABER, *doing business as*
FOOD TOWN MART,
    Defendants.

---

## DEFENDANTS' DISCLOSURE STATEMENT

---

The undersigned, counsel of records, for the defendants, Nofal, LLC d/b/a Food Town Mart and Sharif Jaber, furnishes the following list in compliant with Civil L. R. 7.1 and Fed. R. Civ. P 7.1.

(a) The full name of every party that the attorneys represent in this case:

    1. Nofal, LLC

    2. Sharif Jaber

(b) If such party or amicus if a corporation:

    1. No parent corporation.

    2. No corporate stockholders which are publicly held companies.

(c) The names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

    1. Terschan, Steinle, Hodan & Ganzer, Ltd.

Dated at Milwaukee, Wisconsin this 20th day of February 2023.

                               TERSCHAN, STEINLE, HODAN & GANZER, LTD.
                               Attorneys for the Defendants, Sharif Jaber *doing business as*
                               Food Town Mart

                               *Electronically signed by W. Timothy Steinle*
                               State Bar No.:  1003777
                               *Electronically signed by Amber L. Herda*
                               State Bar No.: 1057713

<u>P.O. ADDRESS</u>:
309 North Water Street, Suite 215
Milwaukee, WI 53202
T: (414) 258-1010
F: (414) 258-8080
timothy.steinle@tshglaw.com
amber@tshglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system. The ECF system will send notification of the filing to all attorneys of record.

3

Case 2:22-cv-00642-JPS     Filed 02/20/23     Page 3 of 3     Document 22