# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHARIF JABER and NOFAL LLC d/b/a FOOD TOWN MART, <br><br> Defendants. | Case No. 22-CV-642-JPS <br><br><br> **TRIAL SCHEDULING ORDER** |

In order that the above-captioned litigation—now pending since May 2022—be brought to conclusion, the following dates have been set before the Honorable J.P. Stadtmueller in the United States District Court for the Eastern District of Wisconsin, Room 425 United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202:

**INTERIM SETTLEMENT REPORT:** Friday, September 1, 2023

**DISPOSITIVE MOTIONS:** Friday, September 22, 2023

**FINAL SETTLEMENT REPORT:** Monday, January 8, 2024

**MOTIONS IN LIMINE:** Friday, January 12, 2024

**RULE 702 MOTIONS:** Friday, January 12, 2024

| | |
|---|---|
| **FINAL JOINT PRETRIAL REPORT:** | Wednesday, January 17, 2024 at 2:00 PM |
| **FINAL PRETRIAL CONFERENCE:** | Tuesday, January 30, 2024 at 8:30 AM |
| **JURY TRIAL:** | Tuesday, February 20, 2024 at 8:30 AM |

Where not otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 29th day of March, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge