IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

NOFAL LLC d/b/a FOOD TOWN MART and
SHARIF JABER,

    Defendants.

## INTERIM SETTLEMENT REPORT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendants NOFAL, LLC d/b/a Food Town Mart and Sharif Jaber ("Defendants") hereby submit this interim settlement report pursuant to the Court's Trial Scheduling Order [D.E. 25], and state as follows:

1. As of the current date, the parties have engaged in limited settlement discussions that have not resulted in substantial likelihood of the case settling in the near future.

2. On August 17, 2023, Defendants responded to Plaintiff's written discovery requests and Defendants' depositions are currently scheduled in September 2023.

3. The parties believe that mediation can be scheduled in this matter following the currently-scheduled depositions.

Respectfully submitted on August 31, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive | TERSCHAN, STEINLE, HODAN &<br>GANZER, LTD. |

| | |
|---|---|
| Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>Email: dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza_____<br>     Daniel DeSouza, Esq. | 309 North Water Street<br>Suite 215<br>Milwaukee, WI 53202<br>T: (414) 258-1010<br>timothy.steinle@tshglaw.com<br><br>*Attorneys for Defendants*<br><br>By: /s/ W. Timothy Steinle_____<br>     W. Timothy Steinle, Esq. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza\_\_\_

Daniel DeSouza, Esq.