IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.,

Plaintiff,

v.

NOFAL LLC d/b/a FOOD TOWN MART and SHARIF JABER,

Defendants.

---

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this motion to compel defendants NOFAL LLC d/b/a Food Town Mart ("NOFAL") and Sharif Jaber ("Jaber") (collectively, the "Defendants") to respond to Plaintiff's Second Request for Production (the "Document Requests"),[1] and in support states:

1. On October 10, 2023, Plaintiff served the Document Requests upon Defendants.

2. Pursuant to the Federal Rules of Civil Procedure, Defendants' responses to the Document Requests were due on or before November 13, 2023.

3. On November 13, 2023, undersigned counsel e-mailed Tim Steinle, Esq. (Defendants' counsel) to remind him that Defendants' responses to the Document Requests were due that day.

[1] A true and correct copy of the Document Requests is attached hereto as **Exhibit "A."**

4. Undersigned counsel has followed up multiple times with Mr. Steinle to obtain responses to the Document Requests but, to date, Defendants have failed to respond (timely or otherwise) to the Document Requests.

5. Plaintiff thus seeks an Order, pursuant to Fed. R. Civ. P. 37(a)(3)(B), compelling Defendants to serve written responses to the Document Requests (and produce any documents responsive thereto) within seven (7) days from the date of the Order. Such Order should deem waived any objections (other than attorney-client privilege) to the Document Requests. See King v. Cty. of Jackson, No. 17-12342, 2018 U.S. Dist. LEXIS 94146, at *1 (E.D. Mich. June 5, 2018) ("[B]ecause Defendants did not respond to Plaintiffs' interrogatories and requests to produce within 30 days of service, their objections, other than objections based on privilege, are waived."); Caudle v. District of Columbia, 263 F.R.D. 29, 33 (D.D.C. 2009) ("[U]ntimely objections to discovery requests are waived."); Pitts v. Francis, No. 5:07cv169/RS/EMT, 2008 U.S. Dist. LEXIS 41894, at *6 (N.D. Fla. May 28, 2008) ("[W]hen a party fails to timely object to interrogatories, production requests, or other discovery efforts, the objections are deemed waived.").

6. Plaintiff further requests that the Court require Defendants, pursuant to Fed. R. Civ. P. 37(a)(5), to pay Plaintiff's reasonable expenses/fees incurred in making this Motion (reserving on the amount pending the filing of a declaration of fees by undersigned counsel). Defendants' conduct in failing to respond to the Document Requests was not substantially justified. Defendants likewise ignored undersigned counsel's attempt to secure the discovery responses without court action.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order: (a) compelling Defendants to serve written responses to the Document Requests; (b) compelling Defendants to produce all documents responsive to the Document Requests; (c)

deeming waived Defendants' objections to the foregoing discovery (other than attorney-client privilege); (d) granting Plaintiff its reasonable expenses/fees incurred with the filing of this motion, and (e) for such further relief as the Court deems proper.

**Local Rule 37 Certification**

Before filing this Motion, undersigned counsel conferred with counsel for Defendants in an effort to obtain the subject discovery without court action. Undersigned counsel spoke telephonically with Mr. Steinle on two (2) occasions and also exchanged multiple e-mails regarding the discovery responses.

Dated: December 9, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza______
Daniel DeSouza, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.