IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

                Plaintiffs,

v.

NOFAL LLC d/b/a FOOD TOWN MART
and SHARIF JABER,

                Defendants.
_____/

VIDEOCONFERENCE DEPOSITION
OF
CORPORATE REPRESENTATIVE
SHARIF JABER

Taken on behalf of the Plaintiff via videoconference

DATE TAKEN:  Tuesday, September 26, 2023
TIME: 1:01 p.m. – 2:26 p.m.

Held remotely via videoconference

Examination of the witness taken before:
Jamie D. Mackrell, Court Reporter
Daughters Reporting, Inc.
101 Northeast 3rd Avenue
Suite 1500
Fort Lauderdale, Florida 33301

APPEARANCES VIA VIDEOCONFERENCE:


ON BEHALF OF THE PLAINTIFF:

COPYCAT LEGAL PLLC
DANIEL DESOUZA, ESQUIRE
3111 North University Drive
Suite 301
Coral Springs, Florida 33065
954-603-1340
ddesouza@desouzalaw.com


ON BEHALF OF THE DEFENDANT:

TERSCHAN, STEINLE, HODAN & GANZER LTD
W. TIMOTHY STEINLE, ESQUIRE
309 North Water Street
Suite 215
Milwaukee, Wisconsin 53202
414-258-1010
timothy.steinle@tshglaw.com




ALSO PRESENT:

Lauren Hausman, Esquire

Christine Zaffarano, Esquire

Meghan Medaeter

INDEX

Testimony of   SHARIF JABER

Page

Direct Examination by Mr. DeSouza                     5

Certificate of Oath                                   59
Certificate of Reporter                               60

- - - -

EXHIBITS

PLAINTIFF

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 6 |
| 2 | Complaint | 15 |
| 3 | Facebook page | 20 |
| 4 | 4/1/2020 Facebook post | 23 |
| 5 | 9/28/2020 Facebook post | 25 |
| 6 | 11/12/2019 Facebook post | 35 |
| 7 | U-haul article | 43 |
| 8 | Google Maps photo | 49 |

Videoconference deposition of SHARIF JABER taken remotely before Jamie D. Mackrell, Court Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

THE COURT REPORTER:  Please raise your right hand.

Do you swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes, I do.

THE COURT REPORTER:  Thank you.

Thereupon --

SHARIF JABER,

having been first duly sworn or affirmed, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. DESOUZA:

Q.   I was going to say good afternoon, Mr. Jaber, but I'm not sure what time it is in Milwaukee.

A.   Morning.

Q.   Well, then good morning to you.

A.   Good morning.

Q.   So, Mr. Jaber, we are here today in connection with a deposition in the case of Prepared Food Photos versus Nofal LLC and you individually as Defendant.  Are

you aware of that?

A. Yes, I do.

Q. What is your understanding of what this lawsuit is about? What's at issue in this lawsuit?

A. I don't think there is a lawsuit against me. I don't have any --

Q. I'm sorry. I didn't hear you. Let me close my door. It's a little loud.

I apologize. So, Mr. Jaber, I asked you what do you believe this lawsuit is about and I didn't quite catch your answer.

A. I don't believe that there is a lawsuit, and I'm not involved in any -- the fault of anything.

MR. DESOUZA: Okay. Let's do this, I'm going to mark as Exhibit 1 for today's deposition a copy of the Notice of Deposition of Nofal LLC. Let me see if I can share that for you.

(Exhibit No. 1 was marked for identification.)

BY MR. DESOUZA:

Q. Mr. Jaber, do you see that up on the screen?

A. Yes.

Q. Exhibit 1 is a copy of the Notice of Deposition of Nofal LLC, and it's dated August 21, 2023. Correct?

A. Yes.

Q. Okay. And in this document it goes on for

several pages. But starting on Page 5, do you see that there is a list of deposition topics, and it goes from 1 through 32? Do you see that?

A. Uh-huh.

Q. I'm sorry, sir. You are going to have to give me a verbal answer. Yes? No?

A. Yes. Yes.

Q. Only because it's hard for the court reporter to take down nods or mm-hmms or uh-uhs.

A. No. Yes, I will. I see that.

Q. Thank you. Have you ever seen this document prior to today?

A. Yes.

Q. When do you recall first seeing this document?

A. I think when you just sent it to me a couple of months ago.

Q. Now, this is a Notice of Deposition of Nofal LLC. Do you have some connection to that company?

A. Yes.

Q. Okay.

A. Owner.

Q. What is Nofal LLC? What does it do for business?

A. It's a grocery store.

Q. Is it named -- is the grocery store named Nofal?

A. It's named Food Town Mart.

Q. All right. So it's Nofal and it does business as Food Town Mart?

A. Yes.

Q. And you said you are the owner of Nofal, correct?

A. Yes.

Q. Are there any other owners?

A. No.

Q. Do you understand what a limited liability company is?

A. Yes.

Q. Am I correct in saying that you are the sole or only member of Nofal LLC?

A. Yes.

Q. Has that always been the case?

A. Yes.

Q. Other than yourself, is there anybody else that has any control of Nofal LLC?

A. No.

Q. What's the location of the Food Town Mart grocery store?

A. 3217 West Villard.

Q. 3217 West Villard. Does it sell anything besides groceries there?

A. No.

Q. All right. Sir, do you understand that you are

testifying today not only as an individual defendant but also as the corporate representative of Nofal LLC?

A. Yes.

Q. And do you understand that you have been designated today to testify with respect to each of the 32 topics that are listed in this deposition notice for Nofal LLC?

A. Yes.

Q. Do you happen to have a paper copy of that there with you, or just the electronic copy on the screen?

A. No. Electric copy on the screen.

Q. Okay. To your recollection, and I'm happy to scroll through these if you want me to, but are there any topics in this depo notice that you are not prepared to provide testimony on?

A. No.

Q. So if I ask questions on the subject matter of these topics you should be prepared to answer those questions, correct?

A. Yes, sir.

Q. What did you do to prepare for this deposition? And, you know, if you had discussions with your attorney, you can just tell me I talked to my attorney. I don't want to know the substance of those conversations. Okay?

A. Yes, I did. I spoke with my attorney about it.

Q. Other than talking to your attorney, did you do anything else to prepare for this deposition?

A. No.

Q. Did you read any documents?

A. I don't have no documents.

Q. Well, did you read any documents to prepare for this deposition, whether you have them or not?

A. No.

Q. Did you read the complaint in this lawsuit?

A. Yes.

Q. Did you read the answer that both you and Nofal LLC filed?

A. Yes.

Q. Do you understand that my client, Prepared Food Photos, is making an allegation of copyright infringement in this lawsuit?

A. Yes.

Q. Do you understand that my client is alleging that somebody took one of its photos and posted it on a Facebook page without their permission?

A. No.

Q. You don't understand that that's the allegation at issue in this lawsuit?

A. No.

Q. Well, what is your understanding of what this

lawsuit is about?

A. It's about some photos. I don't know what photo it is.

Q. Okay.

A. I don't know what kind of photo are you talking about, because I didn't take no photos. I did not do any advertising.

Q. How long have you been the owner of Food Town Mart in Milwaukee?

A. From 2017.

Q. What did you do prior to 2017?

A. I was working at a different grocery store.

Q. Well, let's talk about 2017. You were not the owner of Food Town Mart, and then you became the owner of Food Town Mart, correct?

A. I bought it in November of 2017.

Q. Who did you buy it from?

A. From Villard Food Town.

Q. So did you buy Nofal or did you buy Food Town Mart? What did you buy in 2017?

A. I buy Nofal Food Town Mart. It's the same company.

Q. So you bought the LLC, Nofal LLC, which was doing business as Food Town --

A. No. No. No.

Q. No. Okay. All right. Tell me what you bought. Because I'm trying to figure it out.

A. I bought Villard Food Town and it become -- I change the name to Food Town LLC -- Food Town Mart, Nofal LLC.

Q. Who did you buy Villard Food Town from?

A. From Frank.

Q. Frank. What's Frank's last name?

A. Same last name.

Q. Same Jaber last name, correct?

A. Yes.

Q. Is there a family relation between you and Frank Jaber?

A. Yes. My brother.

Q. Was there a purchase agreement when you bought Villard Food Town?

A. Yes.

Q. A written purchase agreement? I'm sorry.

A. Yes.

Q. And you have owned this grocery store ever since November 2017, correct?

A. Yes.

Q. Okay. And how soon after you bought it in November of 2017 did you change the name to Food Town Mart?

A. The same day I purchase.

Q. Walk me through this. I'm assuming the store has like signage on the outside that said Villard Food Town in 2017, right?

A. Yes.

Q. And then after you bought it, did you change the sign from Villard Food Town to Food Town Mart?

A. No.

Q. So the sign still said Villard Food Town?

A. Yes.

Q. Does it still say that today?

A. Yes.

Q. If you changed the name from Food Town Mart why didn't you change the sign?

A. You couldn't -- by the city ordinance today, you got to take the sign down and it's an old sign. It's way up in the sky. It's 50 feet high, and I'm not willing to spend one hundred thousand dollars on a sign.

Q. That's fair. So the sign as of today still says Villard Food Town, correct?

A. Yes.

Q. Whether it's Villard Food Town or Food Town Mart, how do you advertise your grocery store?

A. I don't advertise.

Q. Do you have a website?

A. No, I don't.

Q. Have you ever had a website for --

A. No.

Q. -- Food Town Mart or Villard Food Town?

A. No. For Food Town Mart I never had -- I don't have any website. I do not advertise at all.

Q. Well, do you do ads?

A. No, I don't do it.

Q. Weekly ads or --

A. No, sir. I don't do no ads.

MR. STEINLE: Sharif, if I may please ask, for the court reporter, please wait until he finishes his question. Again, just we'll get through this, but just please wait until he finishes his question.

MR. DESOUZA: Yes. It's hard for her to take down both of us if we're talking at the same time, Mr. Jaber. Okay?

THE WITNESS: All right.

BY MR. DESOUZA:

Q. What about social media? Has Villard Food Town or Food Town Mart ever had a Facebook page?

A. No.

Q. What about a Twitter page?

A. No.

Q. Instagram?

A. No.

Q. Any type of online presence whatsoever?

A. No.

MR. DESOUZA: I'm going to go ahead and mark as Exhibit 2 for today's deposition a copy of the complaint in this lawsuit.

(Exhibit No. 2 was marked for identification.)

BY MR. DESOUZA:

Q. Do you see that on the screen, sir?

A. Yes.

Q. And I'm assuming this is the complaint that you were served with that notified you of this lawsuit. Is that right?

A. Yes.

Q. Did you know about this lawsuit prior to this complaint being filed, the Second Amended Complaint?

A. No.

Q. Did your brother ever reach out to you, Frank Jaber, and let you know that a lawsuit had been filed against Villard Food Town?

A. No.

Q. Are you aware that Villard Food Town's attorney is the one that identified you as the owner of the store and the one responsible for this infringement?

A. No.

Q. Do you have a good relationship with your brother

at this point, Frank Jaber?

A. Yes.

Q. Do you talk to him often?

A. Yes.

Q. How often?

A. Weekly.

Q. But you're telling me your brother never told you that a lawsuit was filed against his company with respect to the Food Town Mart?

A. We don't talk about business.

Q. This is the lawsuit that was filed, the complaint that was filed against you and Nofal. You understand that, correct?

A. Yes.

Q. Now, paragraph 12 of this complaint states that this photograph is at issue in this lawsuit, and it appears to be a photograph of pork chops. You see that, right?

A. Yes.

Q. And the complaint goes on to say -- let's look at it here. It says that Nofal owns and operates a full-line grocery store located in Milwaukee, Wisconsin under the trade name Food Town Mart and/or Foodtown Mart. Do you see that?

A. Yes.

Q. That's a correct statement, right?

A.   Uh-huh.

Q.   Sorry.  You've got to say --

A.   Yes.

Q.   Thank you.  Then the next paragraph, 16 of the complaint, says that you, Mr. Jaber, are the manager and sole member of Nofal LLC.  That's a correct statement as well, correct?

A.   Yes.

Q.   Okay.  What about the next sentence that says Jaber has exclusive control over the business activities of -- I don't know where Little Pine comes from, but let's cancel that question.  Okay?  Is that okay with you if I just cancel that question?

MR. STEINLE:  Yes.  If you want to withdraw the question, fine.  Yes.

BY MR. DESOUZA:

Q.   Okay.  Thank you.

Mr. Jaber, do you have exclusive control over the business activities of Nofal LLC?

A.   Yes.

Q.   Now, the next paragraph says Nofal LLC advises/markets its products primarily through its website, which has this villard-food-town.business.site address here.  You see that, correct?

A.   Yes.

Q. Have you ever had any affiliation with that URL, that villard-food-town website?

A. No.

MR. STEINLE: I'm just going to object to the form of the question. The answer can stand. We filed an answer and affirmative defenses to the complaint addressing these paragraphs, but his answer could stand.

BY MR. DESOUZA:

Q. So, Mr. Jaber, you don't know that website, correct?

A. No, I don't.

Q. You've never seen that website before?

A. No.

Q. And your testimony is that Food Town Mart or Villard Food Town, under your ownership, has never had a website?

A. No.

Q. Are you aware that there is a Villard Food Town website that's out there?

A. I don't know.

Q. You are not aware of whether your own business that you have owned since 2017 has a website on the internet?

MR. STEINLE: Object to the form. But that's an

incorrect statement.  He's told you -- he testified he doesn't have a website.

BY MR. DESOUZA:

Q.   Okay.  Well, are you aware that there is a Villard Food Town website on the internet available as of today, sir?

MR. STEINLE:  Object.  It's asked and answered.  Go ahead.

A.   Sir, I'm computer illiterate.  I do not know how to open the computer and get on the computer.  So there is no need for your question, because I don't know anything about computer.  That's the bottom line.

BY MR. DESOUZA:

Q.   Okay.  Now, this complaint, sir, says that on September 28, 2020.  You see that in paragraph 18, correct?

A.   Yes.

Q.   Now, that was during your ownership of Food Town Mart, correct?

A.   Correct.

Q.   It says that Nofal published the work on its business Facebook page, and it provides that URL.

And you say, no, that didn't happen because Nofal or Food Town Mart has never had a Facebook page, correct?

A.   No, sir.  I repeat, I do not ever advertise.

Q. Other than this lawsuit, have you ever had anyone accuse either you or Nofal or Food Town Mart of copyright infringement --

A. No.

Q. -- of using a photograph without permission?

A. No.

MR. DESOUZA: Okay. All right. So here is what I'm going to do, I'm going to mark Exhibit 3.

(Exhibit No. 3 was marked for identification.)

BY MR. DESOUZA:

Q. Sir, I have put up on the screen what we have marked as Exhibit 3 to today's deposition. This is a copy of a Facebook page. There is a URL at the top of the page. It is facebook.com/villardfoodtown. And this is just a screenshot. If you see at the very bottom of the page, that was captured today on September 26, 2023. Do you see that?

A. Yes.

Q. Okay. Now, looking at the picture, at the top of page there, do you see the way it says "Villard Food Town" kind of on a red sign on the right of the screen?

A. Yes.

Q. Is that sign there on the store today?

A. No.

Q. And then I see "You're Someone Special" written

in big letters on the top of the store.  Do you see that?

A.    Yes.

Q.    Is that there today?

A.    Yes.

Q.    Was that Villard Food Town sign in red there previously?

A.    Yes.

Q.    When was that taken down?

A.    Maybe a year after I took over.  Two years. Year and a half.  I can't remember right now.  I took it down.  I was trying to take the other sign down and they want a hundred thousand dollars.  I cannot take it down.

Q.    All right.  Now, do you see this photograph that's in the circle over here?

A.    Yes.

Q.    It looks like it says "Villard Food Town" on a yellow sign.  Is that right?

A.    Yes.

Q.    Is that the large sign that you are saying is still there today?

A.    Yes.

Q.    Looking at the picture that says "You're Someone Special" on it, what's different about the way the store looks today than viewable in this photograph in Exhibit 3?

A.    It doesn't have the Villard Food Town name on

it. I took the name off that, but I don't take the sign off.

Q. So that's the only change looking at this photo to today, correct?

A. Yes.

Q. Now, let me just look at this Facebook page, sir. It does say Food Town Mart here, correct, right at the top of the page?

A. That's what it say.

Q. Now, it has an address right here where my mouse is of 3217 West Villard Avenue, Milwaukee, Wisconsin, correct? Do you see that?

A. Yes.

Q. That's the address of your store, correct?

A. Yes, that's my address.

Q. Okay. And the most recent post on Facebook that is displayed on this screen is July 3, 2022. Do you see that?

A. Yes.

Q. And it says "fresh chicken wings on sale, $2.49 a pound," right?

A. Yes.

Q. Does that appear to be a picture from your store?

A. No, sir.

Q. That's not?

A. No.

Q. Okay. So you have no idea who has this Facebook account, correct?

A. No, sir. I don't have.

Q. Okay. Well, let's go ahead and take that down.

Now, you said that your store has never done ads, correct?

A. Yes.

Q. You don't do weekly ads. You don't do any type of ads whatsoever, correct?

A. Yes.

(Exhibit No. 4 was marked for identification.)

BY MR. DESOUZA:

Q. So let me show you what I'm going to mark as Exhibit 4. Exhibit 4 is a copy of a Facebook post. As you can see it, on the right side it says April 1, 2020, correct?

A. I can't see, but --

Q. Well, I want to make sure that you are seeing the same thing that I'm seeing, sir.

A. No, I can not see it.

MR. DESOUZA: Tim, can you perhaps help him with it? Because it's on the top right side. I want to make sure that you guys can see what I see. It might be behind the Zoom video stuff.

MR. STEINLE: I don't see it either.

MR. DESOUZA: Jamie, I'll solicit your input.

THE COURT REPORTER: I can see it. It's just very small. Maybe you want to enlarge it for them.

MR. DESOUZA: How about now guys?

MR. STEINLE: Can you see that date now, Sharif?

THE WITNESS: Yes.

MR. STEINLE: It's right there on the top, April 1, 2020.

THE WITNESS: Yes. Uh-huh.

BY MR. DESOUZA:

Q. Now, Mr. Jaber, you owned Food Town Mart on April 1, 2020, correct?

A. Yes.

Q. Now, this Facebook account for Food Town Mart is posting what appears to be some type of advertisement "Mix or Match 10 for $10," correct? Do you see that?

A. Yes.

Q. Has Food Town Mart ever offered for sale a promotion 10 for $10?

A. No, sir.

Q. And this is not an ad that you have ever used for your store, correct?

A. No. No, sir.

Q. Let me ask you a question. Are you aware of

another Food Town Mart in the Milwaukee, Wisconsin area?

A. Yes. There is three.

Q. Is there any other one at the 3217 address that you operate your store at?

A. No, sir.

Q. Okay. Do you know who owns --

A. Huh?

Q. Do you know who owns these other Food Town Marts, these other three that you say?

A. I don't know the names. I know there's other people who own food towns.

Q. Well, other people in your family perhaps? Other Jabers?

A. No.

Q. So as far as you know, the only Food Town Mart owned by a Jaber is the Food Town Mart on 3217, correct?

A. Yes.

Q. Okay. Do you know who owned that store prior to your brother Frank?

A. No.

MR. DESOUZA: Let's go ahead and mark Exhibit 5.

(Exhibit No. 5 was marked for identification.)

BY MR. DESOUZA:

Q. Exhibit 5 is another Facebook screenshot from the same facebook.com/villardfoodmart account. You see that on

the screen, correct?

A. Yes.

Q. Now, this exhibit is showing a post on this Facebook account from September 28, 2020 of those same pork chop photos that are at issue in our lawsuit. Appears to be the same pork chops, correct?

A. Yes.

Q. And here is "fresh chicken drumsticks, $0.99 a pound; fresh pork spareribs $1.99 a pound; fresh boneless cut pork chops $2.29 a pound," correct?

A. Yes.

Q. And is it your testimony, sir, under oath that these are not sales that you were having, or advertised prices that you were having at your Food Town Mart at this time frame?

A. No, sir.

Q. Sir, do you have any idea who owns this Facebook account?

A. No.

Q. How many employees do you have, or did you have in the September 2020 time frame?

A. Six.

Q. Okay. Are you one of those six or --

A. Yes.

Q. So who are the other people?

A. Some employees.

Q. Okay. Give me their names.

A. Mack McLaughlin.

Q. You are going to have to spell that for the court reporter.

A. M-A-C-K, McLaughlin. Okay. I got the Mexican guys. They're not working with me right now. One of them is Fernando and Jose. I got cashiers. I got Tommy White. And I got a Michelle -- I forgot her last name. I forgot her last name. I can't remember.

Q. Okay. Mr. Jaber, tell me what does Mack McLaughlin do for you?

A. He kind of stock everything, order if I need to order. You know, he's --

Q. Does he have a position with the store? Like is he manager? Assistant manager?

A. Assistant manager.

Q. What about Fernando and Jose? What do they do?

A. Butchers.

Q. Butchers. The cashiers, I assume their job is limited to running the cashier machine?

A. Yes.

Q. Checking people out?

A. Yes.

Q. What about Tommy -- was it White or While?

A.   White.

Q.   What does he do?

A.   That's a her.

Q.   Her.

A.   She is a cashier and stocker.

Q.   So I'm sorry.  It's Tammy, not Tommy, correct?

A.   No, it's Tommy.

Q.   And she is a cashier?

A.   And a stocker.

Q.   What about Michelle?  What does she do?

A.   A cashier.

Q.   All these people that you named, were they all with you in September 2020?

A.   Yes.

Q.   Anybody that you had employed back then that's not employed with you today?

A.   Only one that's left is Mack.  That's the only one that work with me right now.

Q.   That's the only one that's still there today?

A.   Yes.

Q.   Have you had discussions with Mack with respect to the existence of this Facebook page?

A.   No.

Q.   Did you try to discuss with any of your former employees where this Facebook page came from?

A. They not -- they are not employed by me now and I don't have no connection with them.

Q. Okay. So you haven't reached out to any of those former employees to say --

A. No, sir.

Q. -- hey, what's this Facebook page?

A. No.

Q. What about your brother? Have you discussed with your brother why does Villard Food Town have a Facebook page?

A. No.

Q. Other than your attorney, have you had conversations with anyone about --

A. No.

Q. -- why is it that my store seems to have a Facebook page?

A. No, sir.

Q. Okay. Let's do this -- I'm not going to mark it as an exhibit right now. I'm going to put the internet itself up on the screen.

So on my screen, do you see my internet window right now?

A. Yes.

Q. And you see we're on the facebook.com/villardfoodtown site? Do you see that here at

the top, Facebook.com/villardfoodtown?

A.   Right now it's too small.

Q.   On your screen, sir, we are looking at a Facebook page, and you should see that photo of the store as it existed around the time you bought it, correct?

A.   Yes.

Q.   Okay.  Do you have a Facebook account yourself?

A.   I don't have.  Never do the Facebook advertise.

Q.   I didn't ask whether you advertise on Facebook. I asked whether you have a Facebook account yourself.

A.   For myself?  Yes, I do.

Q.   So you have used Facebook before, correct?

A.   Yes.

Q.   Now, on this Facebook page that we have up on the screen, you see we see that same July 2022 "chicken wings on sale for $2.49 a pound," correct?

A.   Yes.

Q.   And as we scroll down, we have another one for "4/20 sale; small trays 4 for $20 dollars; bongs for 42 percent off, hookahs for 25 percent off."  Do you see that?

A.   Yes.

Q.   Do you sell hookahs at the Villard Food Town store?

A.   No.

Q.   Have you ever sold hookahs?

A.   No.

Q.   Are you aware of what the Food Town Smoke Shop is?

A.   No.

Q.   Well, you are there at the plaza where the Food Town Mart is on a daily basis, correct?

A.   Yes.

Q.   Is there any business located there that sells hookahs or smoke shop things?

A.   In the area, yes, there is.  But not -- not in the plaza.

Q.   Not in the plaza?

A.   Uh-huh.

Q.   Okay.

A.   There's some on Teutonia, and there's some on Villard.

Q.   Scroll down to a post from April 28, 2021.  It appears to be a video of -- I don't know.  It says "cookies" but it's lit up.  Does this appear to be taken inside your store?

A.   No, sir.

Q.   Okay.  What about this video that's 27 seconds long from April 14 of 2021?  Does this appear to be taken inside the Food Town store?

A. No, sir.

Q. And you have never sold hookahs at your store, correct?

A. Not at the time I own it.

Q. Well, so from November of 2017 through today, you have never sold hookahs at the Food Town Mart store in Milwaukee, correct?

A. No, sir.

Q. You have a license with the City of Milwaukee to sell hookahs, don't you --

A. No, sir.

Q. -- or sell smoke shop related items?

A. No, sir.

Q. You sell cigarettes and tobacco related items at the store, correct?

A. Cigarettes and cigar, yes, but not no smoke shop. Smoke shop is different than tobacco.

Q. What about mobile phones? Have you sold mobile phones at the Food Town Mart?

A. No, sir.

Q. What about speakers? Have you ever sold speakers?

A. Not at the time I own it, sir.

Q. Can you think of any reason why someone would be posting in March of 2021 on a Food Town Mart Facebook page

that speakers are back in stock at 3217 West Villard Avenue, Milwaukee, Wisconsin?

A.   I have no idea.

Q.   Can you think of any person who could be running this Facebook page other than someone connected to your store?

A.   No, sir.

Q.   Have you made any effort whatsoever to investigate who is running this Facebook account?

A.   No.  I don't -- I never investigate because I don't know how to go through -- like I say, I'm not computer literate, so I never went in to find out --

Q.   Sir, as you sit here today, are you concerned that there is a Facebook page out there supposedly for Food Town Mart with dozens if not hundreds of posts purporting to be your store at 3217?  Does that cause you any concern?

A.   Yes.

Q.   Okay.  Why?

A.   Because I seen like the name is my store name and my address.  So I should be worried if there is somebody using my name.

Q.   Okay.  Now, up on the screen there is a post from January 30, 2021 from Food Town Mart saying -- congratulating today's hookah raffle winners.  Do you see that?

A. Yes.

Q. And you got two people standing in front of shelves in a store, correct?

A. Uh-huh.

Q. What they are standing in front of, does that appear to be your store at 3217?

A. No.

Q. Okay. And if we have photographs from inside your store that appear to show a similar layout and look, you don't believe that's your store?

MR. STEINLE: Object to the form. Go ahead and answer it.

A. No.

BY MR. DESOUZA:

Q. Okay. Have you ever hired any company to do advertising on behalf of the Villard Food Town or Food Town Mart?

A. No.

Q. This ten-second video here from August 20, 2020, it appears to be showing video from inside a store. You see the video, correct?

A. Yes.

Q. Does this appear to be the inside of the Food Town Mart store?

A. No.

Q. Okay. What about this photograph in May 17, 2020, "hand sanitizer back in stock"? Do you believe this is not the inside of your 3217 store?

A. No, that's not.

Q. Let me take this down for a moment, sir.

A. Talk about hair and some speaker and --

Q. I'm sorry. What was that, sir?

A. No. Nothing. That's okay. Go ahead.

Q. Well, no. I mean, if you are speaking it's on the record, and I need to know what it is you said so that the court reporter --

A. I said you got a picture of hair shop and speakers and phones and -- I'm a grocery store. I do not sell any of this. I don't know where you get this picture from, but I do not sell any of these products. I sell grocery. I sell produce, watermelon, tomatoes, potatoes -- I do not sell this stuff. I do not sell hair products. I do not -- I'm just straight grocery.

MR. DESOUZA: All right, sir. Let's go ahead and mark Exhibit 6.

(Exhibit No. 6 was marked for identification.)

BY MR. DESOUZA:

Q. Do you see that on the screen, sir, what we marked as Exhibit 6?

A. Yes.

Q. It's another one of these Facebook pages, where if you see at the top it's the same facebook.com/villardfoodtown? Do you see that?

A. Yes.

Q. Now, Food Town Mart on November 12, 2019 looks like it posted an article from FOX6NOW.COM with an article titled "I'm really frustrated: Food Town Mart owner says he'll have to close due to smell coming from nearby plant." Do you see that?

A. Not really. Where is this -- where does it say that?

Q. Smack dab in the middle of the screen. "I'm really frustrated: Food Town Mart owner says he'll have to close due to smell coming from nearby plant." Do you see that?

A. Yes.

Q. Now, do you recall being interviewed by Fox News in 2019 about some smell or pollution issue?

A. Yes.

Q. Okay. Now, I will represent to you that that link that this FOX6NOW.COM opens up as to this page.

A. Okay.

Q. So this is a Fox article. "Frustrated Food Town Mart owner says he'll have to close due to smell coming from nearby plant". And it looks like there is a video on

the article. And, sir, I'm not very good with faces, but that appears to be you in the video capture, correct?

A. Yes, that's me.

Q. So what was going on at the time here that you were interviewed with Fox?

A. There was a garbage plant that opened across the street from me, and I lost half of my business and I was ready to close.

Q. Okay. So you were interviewed by Fox, correct?

A. Yes.

Q. And in this article it looks like we got that big yellow sign. That's the yellow sign that's above the store, correct?

A. Yes.

Q. Let me go ahead and stop sharing that for a moment.

Sir, do you see this on my screen, the Fox article? The same one we were just looking at in Exhibit 6.

A. Okay.

Q. You see that, correct?

A. Yes.

Q. Give me one moment here. I'm going to hit play on this, but I don't know if it's going to play sound on your end, but tell me if you hear the sound.

Are you able to hear that on your end?

A. No.

Q. Give me one moment here. Let's try that again.

(Video was played.)

BY MR. DESOUZA:

Q. Can you hear that now?

A. Yeah.

(Video was played.)

BY MR. DESOUZA:

Q. Let me just pause for a moment there. You are watching the same video as I am as part of this Fox6 News article, correct?

A. Yes.

Q. And currently paused on the screen it appears to be you being interviewed by some reporter, correct?

A. Yes.

Q. Let's keep going on the video.

(Video was played.)

BY MR. DESOUZA:

Q. Now, if I heard correctly, I think you just spoke in this interview and said "I owned this business for almost 15 years." Did I hear that correct?

A. Yes.

Q. So how can you reconcile that with your statement earlier today that you bought this business in 2017?

Because if my math is correct, 2017 to November 2019 is not 15 years.

A. Yes. I meant my brother and me own that business at that time for 15 years.

Q. Well, you didn't tell me earlier that you had any ownership in the business for 15 years --

A. I don't have ownership. I'm just saying it's a matter of saying that my brother used to own it and then I own it and we have been there for 15 years.

Q. Okay. Well, let's keep going in the video, sir. Actually, I'm going to make the video bigger. I don't know if it shows up big on your screen. Is it big on the screen now? Occupying the screen?

A. Yes. It's big.

Q. It's big. Okay. Great. So let's keep going.

(Video was played.)

BY MR. DESOUZA:

Q. Let me pause there. Have you seen this video before, sir?

A. Yeah.

Q. Yes, you have? You saw the video?

A. Uh-huh.

Q. Any understanding as to why this Facebook account is posting this news article of you being interviewed on its Facebook account?

A.   I saw this video on the news.  I don't see it on the Facebook.

Q.   Right.  And I'm only asking you do you have any understanding why the Facebook account is posting your news interview?

A.   No.

Q.   Okay.

(Video was played.)

BY MR. DESOUZA:

Q.   Okay.  That was you again, sir, right?

A.   Yeah.

Q.   All right.  Sir, I paused the video.  It looks like it's about a minute and 45, a minute and 46 seconds into the video.  And this is your store, correct?

A.   Yes.

Q.   I guess you got the sign at the back there that says "check cashing and bill payment center."  Is that right?

A.   Yes.

Q.   Is that a part of your store that you have there?

A.   Yes.

Q.   Sir, I'm not too familiar with products in a grocery store, but do you see there these blue and green items up on the shelves over here?

A.   Yes.

Q. Those are hookahs, aren't they?

A. No. That's gift box.

Q. I'm sorry. You have gift boxes with pipes that run up and down them --

A. Yes.

Q. -- up into the sky like that?

A. Yes.

Q. I mean, sir, you are under oath. You want me to believe that those are gift boxes?

MR. STEINLE: Object to the form. It's argumentative. He answered the question.

BY MR. DESOUZA:

Q. Sir, you understand what being under oath means, correct?

A. Yes.

Q. You understand what the concept of perjury is?

A. Yes.

Q. You know that's a crime, correct?

A. Yes.

Q. So knowing that, your testimony is, looking at this screen capture on the screen, and I will be very specific now, at the very front here we have got these red boxes of Stove Top with what appear to be jars of oil next to them, correct?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. Now, there's a back wall with some white cabinets back here, correct?

A. Yes.

Q. Or white panels on the wall. And then underneath that, on the top shelf there is a series of blue items on the shelf, correct?

A. Correct.

Q. Your testimony is these blue items on the shelf are gift boxes, correct?

A. Correct.

Q. Tell me what goes into a gift box that has what appears to be cords and pipes sitting next to the gift box.

A. It's a display. It's a glass display to go in the gift box.

Q. It's a glass display to go into a gift box, correct?

A. Yes.

MR. DESOUZA: All right. Let's take a five-minute restroom break.

MR. STEINLE: Very well.

(A recess was taken from 1:58 p.m. until 2:04 p.m.)

BY MR. DESOUZA:

Q. Mr. Jaber, at some point in 2017 did you start

selling U-haul equipment in the 3217 Food Town Mart store?

A. Yes.

Q. Do you still sell the U-Haul equipment there today?

A. I rent them. I don't sell them.

Q. Oh. You rent U-haul equipment. I apologize.

You started renting U-haul equipment to the public when?

A. In November 2017.

MR. DESOUZA: Okay. Let me go and mark Exhibit 7 to today's deposition.

(Exhibit No. 7 was marked for identification.)

BY MR. DESOUZA:

Q. It's a little small on my screen. I'm just trying to make it bigger so you can see it.

All right. Exhibit 7 is a u-haul.com internet article from September 25, 2017 that says "U-haul is pleased to announce Villard Food Town has signed on as a U-Haul neighborhood dealer to serve the Milwaukee community." Do you see that?

A. No, not really.

Q. Do you want me to make it bigger for you?

A. Okay.

Q. How about now, sir? Do you see that?

A. Yeah.

Q.   Did I read that first paragraph correctly?

A.   Repeat it.

Q.   Well, it says that Villard Food Town has signed on to be a U-haul partner, correct?

A.   That's what this is saying, yeah.

Q.   And it's September 2017.  I think you said November, but does this help refresh you that it was in September?

A.   No.  That's for all, you know -- for the other people when they own the store.

Q.   Okay.  Well, your name is in this article, isn't it?  Do you see right here, sir?  "Villard Food Town owner, Sharif Jaber, is proud to team with the industry to do-it-yourself -- the industry leader in do-it-yourself moving."

A.   I had started working at Villard Food Town before I bought it.  I had to work in there to see what the situation is.

Q.   Well, why is this article identifying you as the owner if you were just working there?

A.   I don't know, sir.

Q.   Did you ever tell anyone you were the owner of Villard Food Town in September of 2017?

A.   No, sir.

Q.   Are you aware that the Villard Food Town Facebook

page that we have been looking at in June of 2017 was posting U-haul rental ads as well?

A. No.

Q. Do you rent U-haul trucks at the store?

A. Yes.

Q. Okay. And how long have you been doing that since?

A. Since 2017.

Q. Could it be since June of 2017?

A. No, sir.

Q. I just want to close the loop on something here, sir. You testified that you don't have ads for the store, but I don't think I asked you -- you don't have paper ads for the store, correct?

A. No.

Q. Like if someone walks into your store, there is no paper like, you know, here is what's on sale for this week, or here is what's on sale today, correct?

A. From what we make? We don't make ads for the sale.

Q. Well, whether you make it or not. I mean, you are at the store every day, correct?

A. Yes.

Q. Seven days a week? Five days a week? How long are you there?

A. Five days.

Q. And has it been that way pretty consistently since 2017?

A. Yes.

Q. So you know what's going on inside your store, correct?

A. Yes.

Q. Okay. So over the last six years that you have been at the store, you don't recall there being like paper ads for things that are on sale at the store, correct?

A. Uh-huh.

Q. I don't know what uh-huh means. Yes, there are paper ads, or no, there are not?

A. Yes.

Q. Yes, there are paper ads?

A. Yes.

Q. Okay. Who does your paper ads?

A. That's a national grocery company that where we buy from them, they send there once in a while. They don't do it occasionally. I do not print these ads. I do not print the ads.

Q. Do the ads on them, on the paper, have either "Villard Food Town" or "Food Town Mart" written on them?

A. It should.

Q. They should?

A.   Yes.

Q.   Okay.  Who is this national grocery company that does the ads?

A.   AWG.  Affordable Wholesale Grocery.

Q.   Is that where you get your grocery items from? From AWG?

A.   Yes.

Q.   Where are those ads located when I walk into the store?  Is it like right when I first walk in or --

A.   Yes.

Q.   -- is it by the cashiers?

A.   No.  It's right when you walk in.

Q.   You have like a little --

A.   A stand.

Q.   -- stand there with ads?

A.   Uh-huh.

Q.   Go ahead and describe the store for me, sir. Because I have never been there.  I walk in.  What am I looking at?  What's the layout of the store as I walk in?

A.   The cash register.  Then you go inside the store.

Q.   Do you know how many square feet the store is roughly?

A.   19,000.

Q.   19,000 square feet.  So I walk in, cash

register -- I guess, where are the U-haul trucks?  Let's discuss those.

A.  Outside in the parking lot.

Q.  The U-haul trucks are outside.  It looked like there was check cashing or other stuff, correct?

A.  Yes.

Q.  Where is that?  So I walk into the store, is it to my right?  To my left?

A.  It's to your right.

Q.  And then on that right side as I continue on, what do I have?  I've got like meat?  Groceries?  What's over there?

A.  Displays.

Q.  Displays for what?

A.  For different items.  For different things.

Q.  Well, I guess -- you know, my grocery store, I got the bakery on one side.  I got the meats on the other side.  Is yours laid out similarly?

A.  Yeah.  It's laid out similar.

Q.  Okay.  So I go past the check cashing.  On the far right of the store, what's over there?

A.  The meat department.

Q.  The meat department.  Okay.  And where is the bakery department?

A.  It's next to the check cashing.

Q. Next to the check cashing. Where do I buy like cigarettes and stuff?

A. In the front by the cashier.

Q. I think I asked you about phones. You guys don't sell phones there, correct?

A. No.

Q. Have you ever sold phones there?

A. Not when since I own it. They used to be selling phones in there.

(Exhibit No. 8 was marked for identification.)

BY MR. DESOUZA:

Q. Okay. Let me show you what we'll mark as Exhibit 8. Do you see this up on your screen, sir?

A. Yes.

Q. Are you familiar with Google Maps? Do you know what that is?

A. Uh-huh.

Q. Yes? You do?

A. Yes.

Q. Okay. Does this appear to be a photograph of the outside of the Food Town store?

A. Yes.

Q. Okay. Do you see here at the -- it's a little small. Let me make it bigger for you.

Do you see at the top right of the screen it

says "Google street view, September 2019"?

A.   Okay.

Q.   You see that, correct?

A.   Yes.

Q.   Okay.  If you are not selling phones at the store, sir, why in September 2019 are all of these flyers up?  For iPhone 6S?  4 free LG Style 4?  Free LG Style 4?  Four lines for $100?

Can you explain why these signs are up in your store in September 2019?

A.   I sell phone cards up to date -- I still sell the phone cards up to date.  I don't sell phones.

Q.   So what do you sell?

A.   Phone cards.  I sell it in the check cashing place.

Q.   Are you selling plans?

A.   Huh?

Q.   Are you selling phone plans?  Like service?

A.   No.

Q.   Okay.  Well, why am I looking at signs that say four lines for $100, or a free LG Style 4, or an iPhone 6X for $49.99?  Those are all phones.

A.   I told you, we used to sell phones before I own it.

Q.   Well, sir, this is a photograph from September of

2019, which last I checked, is two years after you took ownership of the store.

A. Okay.

Q. Can you explain why in September 2019 the store is advertising phones for sale if you are not selling them?

MR. STEINLE: Object to the form, and foundation. Go ahead and answer if you can.

A. I could bring you to today, we are in '23, we still have the sign on my windows. I could prove that for you.

BY MR. DESOUZA:

Q. Okay. So you just haven't bothered to take signs down from prior to when you bought.

A. No, sir.

Q. I'm assuming these signs are not like the more expensive top sign. It's not going to cost a hundred thousand dollars to take a piece of paper out of your window, correct?

MR. STEINLE: Object to form.

A. I just don't take them. They are still up in the windows.

BY MR. DESOUZA:

Q. Okay. Let me take that down, sir.

I know you said it's infrequent that AWG produces these ads for your store, correct?

A. Yes. And they haven't advertised in the last two years. They haven't put an ad in the last two years.

Q. Well, I guess let me ask you that then. In the last two years, have you had any paper ads displayed in your store?

A. No, sir.

Q. Okay. So we'd have to go back two years previously to when AWG was doing this to maybe see what an ad was, correct?

A. Yes.

Q. Okay. Now, you told me it's a grocery store. And it obviously sells groceries, meat, deli, dairy, that type of stuff, correct?

A. Yes.

Q. And I think you told me it sells tobacco products, cigarettes --

A. Cigar, yes.

Q. You haven't sold any other tobacco related products besides cigarettes and cigars, correct?

A. What you mean by related products?

Q. Well, what about vaping equipment or --

A. No. I sell vapes.

Q. Okay. So you sell vapes. Do you sell the liquid for the vapes?

A. Yes.

Q. Do you sell the -- I'm not a smoker. So do you sell the pipes for the vapes?

A. Yes. You are asking me -- do you want me to answer you as of now, or as in the past?

Q. Well, let's start with today. As of today --

A. Today, I don't sell any liquid or any of them vapes. I sell the disposable vapes.

Q. Why did you stop selling vapes and liquid? Was it the PACT Act, or was it something else?

A. That's my decision, sir.

Q. I just didn't know. Was it government regulation that caused you to stop selling it?

A. Well, I no answer for that.

Q. Well, you are going to answer because I asked the question. So go ahead and answer the question please.

MR. STEINLE: Just answer the question. If you chose not to, answer the question.

BY MR. DESOUZA:

Q. Why did you stop selling vape equipment?

A. Because I don't want to.

Q. Okay. Besides just "I don't want to," was there some change in government regulation that caused you to stop selling?

A. No.

Q. Okay. So that was -- and look, I don't smoke.

So how would you describe what you used to sell?  Is it like glass pipes or -- what are we talking about in terms of vaping equipment?

A.   The vape.  The machines where you put the liquid.  You answer me and I answer you.  The liquid.  I used to sell them with the machine and I don't sell them no more.

Q.   So the machine was like a plastic or glass pipe that you put the liquid into and you smoke it, correct?

A.   No, sir.

Q.   What is the machine?  What does it look like? Again, I'm not a vaper.

A.   It's a device.

Q.   Okay.  Like probably like six inches?  Eight inches?  That type of thing?

A.   Two inches.

Q.   Okay.  And when did you stop selling those?

A.   About a year ago, year and a half ago.

Q.   That's about the same time you stopped selling the vaping liquid as well?

A.   Yes.

Q.   And since then you have been selling disposable vapes, correct?

A.   Yes.

Q.   So that's cigarettes you still sell, cigars you

still sell, and disposable vapes you still sell, correct?

A.   Yes.

Q.   Have you ever sold pipes?  Like for smoking marijuana?  Pipes for smoking other type of tobacco?  No?

A.   Yes.

Q.   Yes, you have?

A.   Uh-huh.

Q.   Are you still selling those today?

A.   Yes.

Q.   Where are those located?  Is that the --

A.   Behind the counter.

Q.   Behind which counter?  The cashier counter?

A.   No.  The check cashing place.

Q.   Have you made any material changes to the inside of the store in the last three years?

A.   Yes.

Q.   What have you done to change the inside of the store in the last three years?

A.   I bought new equipment.

Q.   What do you mean by that?  What type of equipment?

A.   I bought new shelves, new displays, and new counters, new shelving, new coolers.  I did a lot for my store.

Q.   All of that in the last three years or so?

A. Yes.

Q. Okay. As of today, you don't sell hookahs, correct?

A. No hookahs.

Q. And three years ago you didn't sell hookahs, correct?

A. No hookahs. I sell the gift box.

Q. I don't understand what you mean by a gift box. Can you describe this to me?

A. It's a glass thing make like the hookah suction, but you cannot use it to smoke.

Q. So it's a glass box that looks like a hookah?

A. Yes, but you cannot use it to smoke because it doesn't have the pipe or the water holder.

Q. If I were to buy a pipe or water holder separately, would I be able to use it as a hookah?

A. No, sir. It's not a hookah.

Q. Well, it's purely decorative? Like it's just for putting on the shelf as a decoration? Is that what it is?

A. It's for -- yeah, for decoration.

Q. Could I transform it into a hookah and actually use it?

A. No, sir.

Q. How long have you been selling these decorative glass boxes that are shaped like hookahs?

A. Four years.

Q. For four years now?

A. Yes.

Q. And you still sell them today, correct?

A. Yeah.

Q. You sell them in different colors?

A. Yes.

Q. Is blue one of the colors you sell?

A. Blue. Yellow. Green.

MR. DESOUZA: Sir, I have no further questions for you today.

MR. STEINLE: Counsel, what I'd like to discuss with you on the record is I understand there were a number of exhibits. I think eight exhibits. I trust that I will be getting copies of the exhibits.

MR. DESOUZA: Yes. I will send the court reporter to Daughters Reporting an email with all eight exhibits, and I will copy you on that email as well.

MR. STEINLE: Thank you.

Madam Court Reporter, may I please have a copy of the transcript? I'd like a digital copy, but I don't want anything condensed.

MR. DESOUZA: Do you guys do read or waive out there in Wisconsin?

MR. STEINLE:  We do, but 99 out of 100 we just waive.  So we will waive.

(Videoconference concluded at 2:28 p.m.)

Daughters Reporting, Inc.
Fort Lauderdale, Florida 954-755-6401

CERTIFICATE OF OATH

STATE OF FLORIDA    )

COUNTY OF BROWARD   )

        I, Jamie Mackrell, certify that Sharif Jaber appeared before me via videoconference on the 26th of September, 2023, and were duly sworn.

        WITNESS my name and official seal this 26th of September, 2023.

_____ *Jamie Mackrell*
Jamie Mackrell
Court Reporter
Notary Public   State of Florida
Commission #HH 173501
Expires: September 6, 2025

REPORTER'S DEPOSITION CERTIFICATE

State of Florida        )

County of Broward )

            I, Jamie Mackrell, Court Reporter and Notary
Public in and for the State of Florida at Large, do hereby
certify that the aforementioned witness was by me remotely
via videoconference first duly sworn or affirmed to
testify the whole truth; that I was authorized to and did
report said deposition in stenotype; and that the
foregoing pages numbered 1 to 58, inclusive, are a true
and correct transcription of my shorthand notes of said
deposition.
            I further certify that said proceeding was taken
at the time and place hereinabove set forth and that the
taking of said deposition was commenced and completed as
hereinabove set out.
            I further certify that I am not an attorney or
counsel of any of the parties, nor am I a relative or
employee of any attorney or counsel of party connected
with the action, nor am I financially interested in the
action.
            The foregoing certification of this transcript
does not apply to any reproduction of the same by any
means, unless under the direct control and/or direction of
the certifying reporter.

            IN WITNESS WHEREOF, I have hereunto set my hand

this 28th of September, 2023.


            _____

                    Jamie Mackrell
                    Certified Court Reporter

| A | | | | |
|---|---|---|---|---|
| **able** 38:1 56:16 | 54:18 56:5 | 37:11,18 38:12 | **boneless** 26:9 | **cash** 47:20,25 |
| **account** 23:3 24:15 25:25 26:4,18 30:7 30:10 33:9 39:23,25 40:4 | **agreement** 12:15 12:18 | 39:24 43:17 44:11,19 | **bongs** 30:19 | **cashier** 27:21 28:5,8,11 49:3 55:12 |
| | **ahead** 15:3 19:8 23:5 25:21 34:11 35:8,19 37:15 47:17 51:7 53:15 | **asked** 6:9 19:7 30:10 45:13 49:4 53:14 | **bothered** 51:12 | |
| | | **asking** 40:3 53:3 | **bottom** 19:12 20:15 | **cashiers** 27:8,20 47:11 |
| | | **Assistant** 27:16 27:17 | **bought** 11:16,23 12:1,3,15,23 13:5 30:5 38:25 44:17 51:13 55:19,22 | **cashing** 40:17 48:5,20,25 49:1 50:14 55:13 |
| **accuse** 20:2 | **allegation** 10:15 10:22 | **assume** 27:20 | | |
| **Act** 53:9 | **alleging** 10:18 | **assuming** 13:1 15:10 51:15 | | |
| **action** 60:14,14 | **Amended** 15:15 | **attorney** 9:22,23 9:25 10:1 15:21 29:12 60:12,13 | **box** 41:2 42:13 42:14,16,17 56:7,8,12 | **catch** 6:10 |
| **activities** 17:10 17:19 | **and/or** 16:22 60:16 | | | **cause** 5:4 33:16 |
| **ad** 24:22 52:2,9 | **announce** 43:18 | | | **caused** 53:12,22 |
| **address** 17:23 22:10,14,15 25:3 33:20 | **answer** 6:11 7:6 9:18 10:11 18:5,6,7 34:12 51:7 53:4,13 53:14,15,16,17 54:5,5 | **August** 6:23 34:19 | **boxes** 41:3,9,23 42:11 56:25 | **center** 40:17 |
| | | **authorized** 60:8 | **break** 42:21 | **Certificate** 3:9,9 59:1 60:1 |
| | | **available** 19:5 | **bring** 51:8 | |
| **addressing** 18:7 | | **Avenue** 1:22 22:11 33:2 | **brother** 12:14 15:17,25 16:7 25:19 29:8,9 39:3,8 | **certification** 60:15 |
| **ADLIFE** 1:4 | | | | |
| **ads** 14:6,8,9 23:7,9,10 45:2 45:12,13,19 46:10,13,15,17 46:20,21,22 47:3,8,15 51:25 52:4 | **answered** 19:7 41:11 | **aware** 6:1 15:21 18:19,22 19:4 24:25 31:3 44:25 | | **Certified** 60:22 |
| | **anybody** 8:16 28:15 | | **Broward** 59:4 60:4 | **certify** 59:6 60:7 60:10,12 |
| | **apologize** 6:9 43:6 | | **business** 7:22 8:1 11:24 16:10 17:10,19 18:22 19:21 31:9 37:7 38:21,25 39:4 39:6 | **certifying** 60:16 |
| | | **AWG** 47:4,6 51:24 52:8 | | **change** 12:4,24 13:5,13 22:3 53:22 55:17 |
| **advertise** 13:22 13:23 14:5 19:25 30:8,9 | **appear** 22:23 31:20,24 34:6 34:9,23 41:23 49:20 | | | **changed** 13:12 |
| | | | | **changes** 55:14 |
| | | **B** | | **check** 40:17 48:5 48:20,25 49:1 50:14 55:13 |
| **advertised** 26:13 52:1 | **APPEARAN...** 2:1 | **back** 28:15 33:1 35:2 40:16 42:3,4 52:7 | **Butchers** 27:19 27:20 | |
| **advertisement** 24:16 | **appeared** 59:7 | | **buy** 11:17,19,19 11:20,21 12:6 46:19 49:1 56:15 | **checked** 51:1 |
| | **appears** 16:16 24:16 26:5 31:19 34:20 37:2 38:14 42:14 | **bakery** 48:17,24 | | **Checking** 27:23 |
| **advertising** 11:7 34:16 51:5 | | **basis** 31:7 | | **chicken** 22:20 26:8 30:15 |
| **advises/markets** 17:22 | | **behalf** 1:15 2:3,9 34:16 | | **chop** 26:5 |
| **affiliation** 18:1 | | **believe** 6:10,12 34:10 35:2 41:9 | **C** | **chops** 16:17 26:6,10 |
| **affirm** 5:7 | **apply** 60:15 | | **cabinets** 42:3 | **chose** 53:17 |
| **affirmative** 18:6 | **April** 23:16 24:8 24:13 31:18,24 | **big** 21:1 37:11 39:12,12,14,15 | **cancel** 17:12,13 | **Christine** 2:19 |
| **affirmed** 5:14 60:7 | | | **capture** 37:2 41:21 | **cigar** 32:16 52:17 |
| | **area** 25:1 31:11 | **bigger** 39:11 43:15,22 49:24 | **captured** 20:16 | |
| **Affordable** 47:4 | **argumentative** 41:11 | **bill** 40:17 | **cards** 50:11,12 50:14 | **cigarettes** 32:14 32:16 49:2 52:16,19 54:25 |
| **aforementioned** 60:7 | | **blue** 40:23 42:7 42:10 57:8,9 | **case** 1:2 5:24 8:14 | |
| **afternoon** 5:18 | **article** 4:10 36:6 36:6,23 37:1 | | | **cigars** 52:19 54:25 |
| **ago** 7:16 54:18 | | | | **circle** 21:14 |

city 13:14 32:9
client 10:14,18
close 6:7 36:8,14
  36:24 37:8
  45:11
colors 57:6,8
comes 17:11
coming 36:8,14
  36:24
commenced
  60:11
Commission
  59:17
COMMUNIC...
  1:5
community
  43:20
company 7:18
  8:9 11:22 16:8
  34:15 46:18
  47:2
complaint 4:5
  10:9 15:5,10
  15:15,15 16:11
  16:15,19 17:5
  18:7 19:14
completed 60:11
computer 19:9
  19:10,10,12
  33:12
concept 41:16
concern 33:16
concerned 33:13
concluded 58:3
condensed 57:23
congratulating
  33:24
connected 33:5
  60:13
connection 5:23
  7:18 29:2
consistently
  46:2
continue 48:10
control 8:17
  17:10,18 60:16
conversations

9:24 29:13
cookies 31:20
coolers 55:23
copies 57:15
copy 6:15,22 9:9
  9:10,11 15:4
  20:12 23:15
  57:18,21,22
COPYCAT 2:4
copyright 10:15
  20:2
Coral 2:6
cords 42:14
corporate 1:12
  9:2
correct 6:23 8:4
  8:11 9:19
  11:15 12:10,21
  13:19 16:13,25
  17:6,7,24
  18:11 19:15,18
  19:19,24 22:4
  22:7,12,14
  23:3,7,10,17
  24:13,17,23
  25:16 26:1,6
  26:10 28:6
  30:5,12,16
  31:7 32:3,7,15
  34:3,21 37:2,9
  37:13,21 38:12
  38:15,22 39:1
  40:14 41:14,18
  41:24 42:4,8,9
  42:11,12,18
  44:4 45:14,18
  45:22 46:6,10
  48:5 49:5 50:3
  51:18,25 52:9
  52:13,19 54:9
  54:23 55:1
  56:3,6 57:4
  60:9
correctly 38:20
  44:1
cost 51:16
counsel 57:12

60:13,13
counter 55:11
  55:12,12
counters 55:23
County 59:4
  60:4
couple 7:15
court 1:1,21 5:2
  5:5,11 7:8
  14:11 24:3
  27:4 35:11
  57:16,21 59:16
  60:6,22
crime 41:18
currently 38:14
cut 26:10

## D

D 1:21 5:2
d/b/a 1:8
dab 36:12
daily 31:7
dairy 52:12
DANIEL 2:4
date 1:17 24:6
  50:11,12
dated 6:23
Daughters 1:22
  57:17
day 12:25 45:22
days 45:24,24
  46:1
ddesouza@de...
  2:7
dealer 43:19
decision 53:10
decoration
  56:19,20
decorative 56:18
  56:24
defendant 2:9
  5:25 9:1
Defendants 1:9
defenses 18:6
deli 52:12
department
  48:22,23,24

depo 9:14
deposition 1:11
  4:4 5:1,24 6:15
  6:16,22 7:2,17
  9:6,21 10:2,7
  15:4 20:12
  43:11 60:1,8
  60:10,11
describe 47:17
  54:1 56:9
DESCRIPTION
  4:3
designated 9:5
DeSouza 2:4 3:5
  5:17 6:14,19
  14:14,18 15:3
  15:7 17:16
  18:9 19:3,13
  20:7,10 23:13
  23:22 24:2,5
  24:11 25:21,23
  34:14 35:19,22
  38:5,9,19
  39:17 40:9
  41:12 42:20,24
  43:10,13 49:11
  51:11,22 53:18
  57:10,16,24
device 54:13
different 11:12
  21:23 32:17
  48:15,15 57:6
digital 57:22
direct 3:5 5:16
  60:16
direction 60:16
discuss 28:24
  48:2 57:12
discussed 29:8
discussions 9:22
  28:21
display 42:15,15
  42:17
displayed 22:17
  52:4
displays 48:13
  48:14 55:22

disposable 53:7
  54:22 55:1
DISTRICT 1:1
  1:1
do-it-yourself
  44:14,14
document 6:25
  7:11,14
documents 10:4
  10:5,6
doing 11:23 45:6
  52:8
dollars 13:17
  21:12 30:19
  51:17
door 6:8
dozens 33:15
Drive 2:5
drumsticks 26:8
due 36:8,14,24
duly 5:14 59:8
  60:7

## E

earlier 38:25
  39:5
EASTERN 1:1
effort 33:8
eight 54:14
  57:14,18
either 20:2 24:1
  46:22
Electric 9:11
electronic 9:10
email 57:17,18
employed 28:15
  28:16 29:1
employee 60:13
employees 26:20
  27:1 28:25
  29:4
enlarge 24:4
equipment 43:1
  43:3,6,7 52:21
  53:19 54:3
  55:19,21
Esquire 2:4,10

2:18,19
**Examination**
  1:21 3:5 5:16
**examined** 5:14
**exclusive** 17:10
  17:18
**exhibit** 4:3 6:15
  6:18,22 15:4,6
  20:8,9,12
  21:24 23:12,15
  23:15 25:21,22
  25:24 26:3
  29:19 35:20,21
  35:24 37:18
  43:10,12,16
  49:10,12
**exhibits** 4:1
  57:14,14,15,18
**existed** 30:5
**existence** 28:22
**expensive** 51:16
**Expires** 59:17
**explain** 50:9
  51:4

**F**

**f/k/a** 1:4
**Facebook** 4:6,7
  4:8,9 10:19
  14:20 19:21,23
  20:13 22:6,16
  23:2,15 24:15
  25:24 26:4,17
  28:22,25 29:6
  29:9,16 30:3,7
  30:8,9,10,12
  30:14 32:25
  33:5,9,14 36:1
  39:23,25 40:2
  40:4 44:25
**facebook.com/...**
  25:25
**facebook.com/...**
  20:14 29:25
  30:1 36:3
**faces** 37:1
**fair** 13:18

**familiar** 40:22
  49:15
**family** 12:12
  25:12
**far** 25:15 48:21
**fault** 6:13
**feet** 13:16 47:22
  47:25
**Fernando** 27:8
  27:18
**figure** 12:2
**filed** 10:12 15:15
  15:18 16:8,11
  16:12 18:6
**financially** 60:14
**find** 33:12
**fine** 17:15
**finishes** 14:11,13
**first** 5:14 7:14
  44:1 47:9 60:7
**Five** 45:24 46:1
**five-minute**
  42:21
**Florida** 1:23 2:6
  5:3 59:3,16
  60:3,6
**flyers** 50:6
**follows** 5:15
**food** 1:4,8 5:24
  7:25 8:2,19
  10:14 11:8,14
  11:15,18,19,21
  11:24 12:3,4,4
  12:6,16,24
  13:2,6,6,8,12
  13:19,21,21
  14:3,3,4,19,20
  15:19,21 16:9
  16:22 18:15,16
  18:19 19:5,17
  19:23 20:2,20
  21:5,16,25
  22:7 24:12,15
  24:19 25:1,8
  25:11,15,16
  26:14 29:9
  30:23 31:3,6

31:25 32:6,19
  32:25 33:14,23
  34:16,16,23
  36:5,7,13,23
  43:1,18 44:3
  44:12,16,23,25
  46:23,23 49:21
**Foodtown** 16:22
**foregoing** 60:9
  60:15
**forgot** 27:9,9
**form** 18:5,25
  34:11 41:10
  51:6,19
**former** 28:24
  29:4
**Fort** 1:23
**forth** 60:11
**foundation** 51:7
**four** 50:8,21
  57:1,2
**Fox** 36:17,23
  37:5,9,17
**Fox6** 38:11
**FOX6NOW.C...**
  36:6,21
**frame** 26:15,21
**Frank** 12:7,8,12
  15:17 16:1
  25:19
**Frank's** 12:8
**free** 50:7,7,21
**fresh** 22:20 26:8
  26:9,9
**front** 34:2,5
  41:22 49:3
**frustrated** 36:7
  36:13,23
**full-line** 16:20
**further** 57:10
  60:10,12

**G**

**GANZER** 2:10
**garbage** 37:6
**getting** 57:15
**gift** 41:2,3,9

42:11,13,14,16
  42:17 56:7,8
**give** 5:8 7:5 27:2
  37:23 38:3
**glass** 42:15,17
  54:2,8 56:10
  56:12,25
**go** 15:3 19:8
  23:5 25:21
  33:11 34:11
  35:8,19 37:15
  42:15,17 43:10
  47:17,20 48:20
  51:7 52:7
  53:15
**goes** 6:25 7:2
  16:19 42:13
**going** 5:18 6:14
  7:5 15:3 18:4
  20:8,8 23:14
  27:4 29:18,19
  37:4,23,24
  38:17 39:10,11
  39:15 46:5
  51:16 53:14
**good** 5:18,21,22
  15:25 37:1
**Google** 4:11
  49:15 50:1
**government**
  53:11,22
**Great** 39:15
**green** 40:23 57:9
**groceries** 8:23
  48:11 52:12
**grocery** 7:23,24
  8:19 11:12
  12:20 13:22
  16:21 35:13,16
  35:18 40:23
  46:18 47:2,4,5
  48:16 52:11
**guess** 40:16 48:1
  48:16 52:3
**guys** 23:24 24:5
  27:7 49:4
  57:24

**H**

**hair** 35:6,12,17
**half** 21:10 37:7
  54:18
**hand** 5:6 35:2
  60:18
**happen** 9:9
  19:22
**happy** 9:12
**hard** 7:8 14:14
**Hausman** 2:18
**he'll** 36:8,13,24
**hear** 6:7 37:25
  38:1,6,22
**heard** 38:20
**Held** 1:19
**help** 23:22 44:7
**hereinabove**
  60:11,12
**hereunto** 60:18
**hey** 29:6
**HH** 59:17
**high** 13:16
**hired** 34:15
**hit** 37:23
**HODAN** 2:10
**holder** 56:14,15
**hookah** 33:24
  56:10,12,16,17
  56:21
**hookahs** 30:20
  30:23 31:1,10
  32:2,6,10 41:1
  56:2,4,5,7,25
**Huh** 25:7 50:17
**hundred** 13:17
  21:12 51:16
**hundreds** 33:15

**I**

**idea** 23:2 26:17
  33:3
**identification**
  6:18 15:6 20:9
  23:12 25:22
  35:21 43:12
  49:10

**identified** 15:22
**identifying** 44:19
**illiterate** 19:9
**inches** 54:14,15 54:16
**inclusive** 60:9
**incorrect** 19:1
**INDEX** 3:1
**individual** 9:1
**individually** 5:25
**industry** 44:13 44:14
**infrequent** 51:24
**infringement** 10:15 15:23 20:3
**input** 24:2
**inside** 31:21,25 34:8,20,23 35:3 46:5 47:20 55:14,17
**Instagram** 14:24
**interested** 60:14
**internet** 18:24 19:5 29:19,21 43:16
**interview** 38:21 40:5
**interviewed** 36:17 37:5,9 38:15 39:24
**investigate** 33:9 33:10
**involved** 6:13
**iPhone** 50:7,21
**issue** 6:4 10:23 16:16 26:5 36:18
**items** 32:12,14 40:24 42:7,10 47:5 48:15

──────── **J** ────────
**Jaber** 1:8,12 3:3

5:1,13,18,23 6:9,20 12:10 12:13 14:16 15:18 16:1 17:5,10,18 18:10 24:12 25:16 27:11 42:25 44:13 59:6
**Jabers** 25:13
**Jamie** 1:21 5:2 24:2 59:6,15 60:6,22
**January** 33:23
**jars** 41:23
**job** 27:20
**Jose** 27:8,18
**July** 22:17 30:15
**June** 45:1,9

──────── **K** ────────
**keep** 38:17 39:10,15
**kind** 11:5 20:21 27:13
**know** 9:22,24 11:2,5 15:14 15:18 17:11 18:10,21 19:9 19:11 25:6,8 25:10,10,15,18 27:14 31:19 33:11 35:10,14 37:24 39:11 41:18 44:9,21 45:17 46:5,12 47:22 48:16 49:15 51:24 53:11
**knowing** 41:20

──────── **L** ────────
**laid** 48:18,19
**large** 5:3 21:19 60:6
**Lauderdale** 1:23
**Lauren** 2:18

**lawsuit** 6:3,4,5 6:10,12 10:9 10:16,23 11:1 15:5,11,14,18 16:8,11,16 20:1 26:5
**layout** 34:9 47:19
**leader** 44:14
**left** 28:17 48:8
**LEGAL** 2:4
**let's** 6:14 11:13 16:19 17:11 23:5 25:21 29:18 35:19 38:3,17 39:10 39:15 42:20 48:1 53:5
**letters** 21:1
**LG** 50:7,7,21
**liability** 8:8
**license** 32:9
**limited** 8:8 27:21
**line** 19:12
**lines** 50:8,21
**link** 36:21
**liquid** 52:23 53:6,8 54:5,5,9 54:20
**list** 7:2
**listed** 9:6
**lit** 31:20
**literate** 33:12
**little** 6:8 17:11 43:14 47:13 49:23
**LLC** 1:8 5:25 6:16,23 7:17 7:22 8:12,17 9:2,7 10:12 11:23,23 12:4 12:5 17:6,19 17:21
**located** 16:21 31:9 47:8 55:10

**location** 8:19
**long** 11:8 31:24 45:6,24 56:24
**look** 16:19 22:6 34:9 53:25 54:11
**looked** 48:4
**looking** 20:19 21:22 22:3 30:3 37:18 41:20 45:1 47:19 50:20
**looks** 21:16,24 36:5,25 37:11 40:12 56:12
**loop** 45:11
**lost** 37:7
**lot** 48:3 55:23
**loud** 6:8

──────── **M** ────────
**M-A-C-K** 27:6
**machine** 27:21 54:6,8,11
**machines** 54:4
**Mack** 27:3,11 28:17,21
**Mackrell** 1:21 5:2 59:6,15 60:6,22
**Madam** 57:21
**making** 10:15
**manager** 17:5 27:16,16,17
**Maps** 4:11 49:15
**March** 32:25
**marijuana** 55:4
**mark** 6:15 15:3 20:8 23:14 25:21 29:18 35:20 43:10 49:12
**marked** 6:18 15:6 20:9,12 23:12 25:22 35:21,24 43:12 49:10

**MARKETING** 1:4
**Mart** 1:8 7:25 8:2,19 11:9,14 11:15,20,21 12:4,24 13:6 13:12,21 14:3 14:4,20 16:9 16:22,22 18:15 19:18,23 20:2 22:7 24:12,15 24:19 25:1,15 25:16 26:14 31:7 32:6,19 32:25 33:15,23 34:17,24 36:5 36:7,13,24 43:1 46:23
**Marts** 25:8
**Match** 24:17
**material** 55:14
**math** 39:1
**matter** 9:17 39:8
**McLaughlin** 27:3,6,12
**mean** 35:9 41:8 45:21 52:20 55:20 56:8
**means** 41:13 46:12 60:16
**meant** 39:3
**meat** 48:11,22 48:23 52:12
**meats** 48:17
**Medaeter** 2:20
**media** 14:19
**Meghan** 2:20
**member** 8:12 17:6
**Mexican** 27:6
**Michelle** 27:9 28:10
**middle** 36:12
**Milwaukee** 2:12 5:19 11:9 16:21 22:11 25:1 32:7,9

| | | | | |
|---|---|---|---|---|
| 33:2 43:19 | 8:12,17 9:2,6 | 31:15,23 33:18 | 7:1 10:20 | **photograph** |
| **minute** 40:13,13 | 10:11 11:19,21 | 33:22 34:8,15 | 14:20,22 19:21 | 16:16,17 20:5 |
| **Mix** 24:16 | 11:23 12:4 | 35:1,8 36:20 | 19:23 20:13,13 | 21:13,24 35:1 |
| **mm-hmms** 7:9 | 16:12,20 17:6 | 36:22 37:9,20 | 20:15,20 22:6 | 49:20 50:25 |
| **mobile** 32:18,18 | 17:19,21 19:20 | 39:10,15 40:7 | 22:8 28:22,25 | **photographs** |
| **moment** 35:5 | 19:23 20:2 | 40:10 43:10,23 | 29:6,10,16 | 34:8 |
| 37:16,23 38:3 | **North** 2:5,11 | 44:11 45:6 | 30:4,14 32:25 | **photos** 1:4 5:24 |
| 38:10 | **Northeast** 1:22 | 46:8,17 47:2 | 33:5,14 36:21 | 10:15,19 11:2 |
| **months** 7:16 | **Notary** 5:3 | 48:20,23 49:12 | 45:1 | 11:6 26:5 |
| **morning** 5:20,21 | 59:16 60:6 | 49:20,23 50:2 | **pages** 7:1 36:1 | **picture** 20:19 |
| 5:22 | **notes** 60:9 | 50:5,20 51:3 | 60:9 | 21:22 22:23 |
| **mouse** 22:10 | **notice** 4:4 6:16 | 51:12,23 52:7 | **panels** 42:6 | 35:12,14 |
| **moving** 44:15 | 6:22 7:17 9:6 | 52:11,23 53:21 | **paper** 9:9 45:13 | **piece** 51:17 |
| | 9:14 | 53:25 54:14,17 | 45:17 46:9,13 | **Pine** 17:11 |
| **N** | **notified** 15:11 | 56:2 | 46:15,17,22 | **pipe** 54:8 56:14 |
| **name** 12:4,8,9 | **November** 11:16 | **old** 13:15 | 51:17 52:4 | 56:15 |
| 12:10,24 13:12 | 12:21,24 32:5 | **once** 46:19 | **paragraph** | **pipes** 41:3 42:14 |
| 16:22 21:25 | 36:5 39:1 43:9 | **online** 15:1 | 16:15 17:4,21 | 53:2 54:2 55:3 |
| 22:1 27:9,10 | 44:7 | **open** 19:10 | 19:15 44:1 | 55:4 |
| 33:19,19,21 | **number** 57:14 | **opened** 37:6 | **paragraphs** 18:7 | **place** 50:15 |
| 44:11 59:10 | **numbered** 60:9 | **opens** 36:21 | **parking** 48:3 | 55:13 60:11 |
| **named** 7:24,24 | | **operate** 25:4 | **part** 38:11 40:20 | **Plaintiff** 1:15 |
| 7:25 28:12 | **O** | **operates** 16:20 | **parties** 60:13 | 2:3 4:2 |
| **names** 25:10 | **oath** 3:9 26:12 | **order** 27:13,14 | **partner** 44:4 | **Plaintiffs** 1:6 |
| 27:2 | 41:8,13 59:1 | **ordinance** 13:14 | **party** 60:13 | **plans** 50:16,18 |
| **national** 46:18 | **object** 18:4,25 | **outside** 13:2 | **pause** 38:10 | **plant** 36:8,14,25 |
| 47:2 | 19:7 34:11 | 48:3,4 49:21 | 39:18 | 37:6 |
| **nearby** 36:8,14 | 41:10 51:6,19 | **owned** 12:20 | **paused** 38:14 | **plastic** 54:8 |
| 36:25 | **obviously** 52:12 | 18:23 24:12 | 40:12 | **play** 37:23,24 |
| **need** 19:11 | **occasionally** | 25:16,18 38:21 | **payment** 40:17 | **played** 38:4,8,18 |
| 27:13 35:10 | 46:20 | **owner** 7:21 8:4 | **people** 25:11,12 | 39:16 40:8 |
| **neighborhood** | **Occupying** | 11:8,14,14 | 26:25 27:23 | **plaza** 31:6,12,13 |
| 43:19 | 39:13 | 15:22 36:7,13 | 28:12 34:2 | **please** 5:5 14:10 |
| **never** 14:4 16:7 | **offered** 24:19 | 36:24 44:12,20 | 44:10 | 14:11,13 53:15 |
| 18:13,16 19:23 | **official** 59:10 | 44:22 | **percent** 30:20,20 | 57:21 |
| 23:6 30:8 32:2 | **Oh** 43:6 | **owners** 8:6 | **perjury** 41:16 | **pleased** 43:18 |
| 32:6 33:10,12 | **oil** 41:23 | **ownership** 18:16 | **permission** | **PLLC** 2:4 |
| 47:18 | **okay** 6:14,25 | 19:17 39:6,7 | 10:20 20:5 | **point** 16:1 42:25 |
| **new** 55:19,22,22 | 7:20 9:12,24 | 51:2 | **person** 33:4 | **pollution** 36:18 |
| 55:22,23,23 | 11:4 12:1,23 | **owns** 16:20 25:6 | **phone** 50:11,12 | **pork** 16:17 26:4 |
| **news** 36:17 | 14:16 17:9,12 | 25:8 26:17 | 50:14,18 | 26:6,9,10 |
| 38:11 39:24 | 17:12,17 19:4 | | **phones** 32:18,19 | **position** 27:15 |
| 40:1,4 | 19:14 20:7,19 | **P** | 35:13 49:4,5,7 | **post** 4:7,8,9 |
| **nods** 7:9 | 22:16 23:2,5 | **p.m** 1:17,17 | 49:9 50:5,12 | 22:16 23:15 |
| **Nofal** 1:8 5:25 | 25:6,18 26:23 | 42:23,23 58:3 | 50:22,23 51:5 | 26:3 31:18 |
| 6:16,23 7:17 | 27:2,6,11 29:3 | **PACT** 53:9 | **photo** 4:11 11:2 | 33:22 |
| 7:22,24 8:1,4 | 29:18 30:7 | **page** 3:4 4:3,6 | 11:5 22:3 30:4 | **posted** 10:19 |

| | | | | |
|---|---|---|---|---|
| 36:6 | **put** 20:11 29:19 52:2 54:4,9 | 27:10 | **running** 27:21 33:4,9 | 23:24 24:1,3,6 24:17 25:25 |
| **posting** 24:16 32:25 39:24 40:4 45:2 | **putting** 56:19 | **remotely** 1:19 5:2 60:7 | | 29:21,24,25 30:4,15,15,20 |
| **posts** 33:15 | **Q** | **rent** 43:5,6 45:4 | **S** | 33:24 34:21 |
| **potatoes** 35:17 | **question** 14:12 14:13 17:12,13 | **rental** 45:2 | **sale** 22:20 24:19 30:16,19 45:17 | 35:23 36:2,3,9 36:14 37:17,21 |
| **pound** 22:21 26:9,9,10 | 17:15 18:5 19:11 24:25 | **renting** 43:7 | 45:18,20 46:10 51:5 | 40:1,23 43:15 43:20,24 44:12 |
| 30:16 | 41:11 53:15,15 53:16,17 | **repeat** 19:25 44:2 | **sales** 26:13 | 44:17 49:13,23 49:25 50:3 |
| **prepare** 9:21 10:2,6 | **questions** 9:17 9:19 57:10 | **report** 60:8 | **sanitizer** 35:2 | 52:8 |
| **prepared** 1:4 5:24 9:14,18 | **quite** 6:10 | **reporter** 1:21 3:9 5:2,5,11 | **saw** 39:21 40:1 **saying** 8:11 | **seeing** 7:14 23:19,20 |
| 10:14 | **R** | 7:8 14:11 24:3 27:5 35:11 | 21:19 33:23 39:7,8 44:5 | **seen** 7:11 18:13 33:19 39:18 |
| **presence** 15:1 **PRESENT** 2:17 | **raffle** 33:24 | 38:15 57:17,21 59:16 60:6,16 | **says** 13:18 16:20 17:5,9,21 | **sell** 8:22 30:23 32:10,12,14 |
| **pretty** 46:2 | **raise** 5:5 | 60:22 | 19:14,20 20:20 | 35:14,15,15,16 |
| **previously** 21:6 52:8 | **reach** 15:17 **reached** 29:3 | **REPORTER'S** 60:1 | 21:16,22 22:20 23:16 31:19 | 35:17,17 43:3 43:5 49:5 |
| **prices** 26:14 | **read** 10:4,6,9,11 44:1 57:24 | **Reporting** 1:22 57:17 | 36:7,13,24 40:17 43:17 | 50:11,11,12,13 50:14,23 52:22 |
| **primarily** 17:22 | **ready** 37:8 | **represent** 36:20 | 44:3 50:1 | 52:23,23 53:1 |
| **print** 46:20,21 | **really** 36:7,10,13 43:21 | **representative** 1:12 9:2 | **screen** 6:20 9:10 9:11 15:8 | 53:2,6,7 54:1,6 54:6,25 55:1,1 |
| **prior** 7:12 11:11 15:14 25:18 | **reason** 32:24 | **reproduction** 60:15 | 20:11,21 22:17 26:1 29:20,21 | 56:2,5,7 57:4,6 57:8 |
| 51:13 | **recall** 7:14 36:17 46:9 | **respect** 9:5 16:8 28:21 | 30:3,15 33:22 35:23 36:12 | **selling** 43:1 49:9 50:5,16,18 |
| **probably** 54:14 | **recess** 42:23 | **responsible** 15:23 | 37:17 38:14 39:12,12,13 | 51:5 53:8,12 |
| **proceeding** 60:10 | **recollection** 9:12 | **restroom** 42:21 | 41:21,21 43:14 | 53:19,23 54:17 54:19,22 55:8 |
| **produce** 35:16 | **reconcile** 38:24 | **right** 5:5 8:1,25 | 49:13,25 | 56:24 |
| **produces** 51:25 | **record** 35:10 57:13 | 12:1 13:3 14:17 15:12 | **screenshot** 20:15 25:24 | **sells** 31:9 52:12 52:15 |
| **products** 17:22 35:15,18 40:22 | **red** 20:21 21:5 41:22 | 16:17,25 20:7 20:21 21:10,13 | **scroll** 9:13 30:18 31:18 | **send** 46:19 57:16 |
| 52:16,19,20 | **refresh** 44:7 | 21:17 22:7,10 22:21 23:16,23 | **seal** 59:10 | **sent** 7:15 |
| **promotion** 24:20 | **register** 47:20 48:1 | 24:8 27:7 28:18 29:19,22 | **Second** 15:15 **seconds** 31:23 | **sentence** 17:9 **separately** 56:16 |
| **proud** 44:13 | **regulation** 53:11 53:22 | 30:2 35:19 40:3,10,12,18 | 40:13 | **September** 1:17 19:15 20:16 |
| **prove** 51:9 | **related** 32:12,14 52:18,20 | 42:20 43:16 44:12 47:9,12 | **see** 6:16,20 7:1,3 7:10 15:8 | 26:4,21 28:13 |
| **provide** 9:15 **provides** 19:21 | **relation** 12:12 **relationship** | 48:8,9,10,21 49:25 | 16:17,22 17:24 19:15 20:15,16 | 43:17 44:6,8 44:23 50:1,6 |
| **public** 5:3 43:8 59:16 60:6 | 15:25 | **roughly** 47:23 | 20:20,25 21:1 21:13 22:12,17 | 50:10,25 51:4 |
| **published** 19:20 | **relative** 60:13 **remember** 21:10 | **run** 41:4 | 23:16,18,21,24 | |
| **purchase** 12:15 12:18,25 | | | | |
| **purely** 56:18 | | | | |
| **purporting** 33:15 | | | | |

59:8,11,17
60:19
**series** 42:7
**serve** 43:19
**served** 15:11
**service** 50:18
**set** 60:11,12,18
**Seven** 45:24
**shaped** 56:25
**share** 6:17
**Sharif** 1:8,12 3:3
5:1,13 14:10
24:6 44:13
59:6
**sharing** 37:15
**shelf** 42:7,8,10
56:19
**shelves** 34:3
40:24 55:22
**shelving** 55:23
**shop** 31:3,10
32:12,17,17
35:12
**shorthand** 60:9
**show** 23:14 34:9
49:12
**showing** 26:3
34:20
**shows** 39:12
**side** 23:16,23
48:10,17,18
**sign** 13:6,8,13
13:15,15,17,18
20:21,23 21:5
21:11,17,19
22:1 37:12,12
40:16 51:9,16
**signage** 13:2
**signed** 43:18
44:3
**signs** 50:9,20
51:12,15
**similar** 34:9
48:19
**similarly** 48:18
**sir** 7:5 8:25 9:20
14:9 15:8 19:6

19:9,14,25
20:11 22:6,24
23:4,20 24:21
24:24 25:5
26:12,16,17
29:5,17 30:3
31:22 32:1,8
32:11,13,20,23
33:7,13 35:5,7
35:19,23 37:1
37:17 39:10,19
40:10,12,22
41:8,13 43:24
44:12,21,24
45:10,12 47:17
49:13 50:6,25
51:14,23 52:6
53:10 54:10
56:17,23 57:10
**sit** 33:13
**site** 29:25
**sitting** 42:14
**situation** 44:18
**six** 26:22,23 46:8
54:14
**sky** 13:16 41:6
**Smack** 36:12
**small** 24:4 30:2
30:19 43:14
49:24
**smell** 36:8,14,18
36:24
**smoke** 31:3,10
32:12,16,17
53:25 54:9
56:11,13
**smoker** 53:1
**smoking** 55:3,4
**social** 14:19
**sold** 31:1 32:2,6
32:18,21 49:7
52:18 55:3
**sole** 8:11 17:6
**solicit** 24:2
**somebody** 10:19
33:21
**soon** 12:23

**sorry** 6:7 7:5
12:18 17:2
28:6 35:7 41:3
**sound** 37:24,25
**spareribs** 26:9
**speaker** 35:6
**speakers** 32:21
32:22 33:1
35:13
**speaking** 35:9
**Special** 20:25
21:23
**specific** 41:22
**spell** 27:4
**spend** 13:17
**spoke** 9:25 38:20
**Springs** 2:6
**square** 47:22,25
**stand** 18:5,8
47:14,15
**standing** 34:2,5
**start** 42:25 53:5
**started** 43:7
44:16
**starting** 7:1
**State** 5:3 59:3
59:16 60:3,6
**statement** 16:25
17:6 19:1
38:24
**states** 1:1 16:15
**STEINLE** 2:10
2:10 14:10
17:14 18:4,25
19:7 24:1,6,8
34:11 41:10
42:22 51:6,19
53:16 57:12,20
58:1
**stenotype** 60:8
**stock** 27:13 33:1
35:2
**stocker** 28:5,9
**stop** 37:15 53:8
53:12,19,23
54:17
**stopped** 54:19

**store** 7:23,24
8:20 11:12
12:20 13:1,22
15:22 16:21
20:23 21:1,23
22:14,23 23:6
24:23 25:4,18
27:15 29:15
30:4,24 31:21
31:25 32:2,6
32:15 33:6,16
33:19 34:3,6,9
34:10,20,24
35:3,13 37:13
40:14,20,23
43:1 44:10
45:4,12,14,16
45:22 46:5,9
46:10 47:9,17
47:19,21,22
48:7,16,21
49:21 50:6,10
51:2,4,25 52:5
52:11 55:15,18
55:24
**Stove** 41:23
**straight** 35:18
**street** 2:11 37:7
50:1
**stuff** 23:25 35:17
48:5 49:2
52:13
**Style** 50:7,7,21
**subject** 9:17
**substance** 9:24
**suction** 56:10
**Suite** 1:23 2:5
2:11
**supposedly**
33:14
**sure** 5:19 23:19
23:24
**swear** 5:7
**sworn** 5:14 59:8
60:7

—————— T ——————

**take** 7:9 11:6
13:15 14:14
21:11,12 22:1
23:5 35:5
42:20 51:12,17
51:20,23
**taken** 1:15,17,21
5:1 21:8 31:20
31:24 42:23
60:10
**talk** 11:13 16:3
16:10 35:6
**talked** 9:23
**talking** 10:1
11:5 14:15
54:2
**Tammy** 28:6
**team** 44:13
**tell** 9:23 12:1
27:11 37:25
39:5 42:13
44:22
**telling** 16:7
**ten-second**
34:19
**terms** 54:2
**TERSCHAN**
2:10
**testified** 5:15
19:1 45:12
**testify** 9:5 60:8
**testifying** 9:1
**testimony** 3:3
5:7 9:15 18:15
26:12 41:20
42:10
**Teutonia** 31:16
**Thank** 5:11 7:11
17:4,17 57:20
**thing** 23:20
54:15 56:10
**things** 31:10
46:10 48:15
**think** 6:5 7:15
32:24 33:4
38:20 44:6
45:13 49:4

52:15 57:14
**thousand** 13:17
  21:12 51:17
**three** 25:2,9
  55:15,18,25
  56:5
**Tim** 23:22
**time** 1:17 5:19
  14:15 26:15,21
  30:5 32:4,23
  37:4 39:4
  54:19 60:11
**TIMOTHY** 2:10
**timothy.steinl...**
  2:13
**titled** 36:7
**tobacco** 32:14
  32:17 52:15,18
  55:4
**today** 5:23 7:12
  9:1,5 13:10,14
  13:18 19:6
  20:16,23 21:3
  21:20,24 22:4
  28:16,19 32:5
  33:13 38:25
  43:4 45:18
  51:8 53:5,5,6
  55:8 56:2 57:4
  57:11
**today's** 6:15
  15:4 20:12
  33:24 43:11
**told** 16:7 19:1
  50:23 52:11,15
**tomatoes** 35:16
**Tommy** 27:8,25
  28:6,7
**top** 20:13,19
  21:1 22:7
  23:23 24:8
  30:1 36:2
  41:23 42:7
  49:25 51:16
**topics** 7:2 9:6,14
  9:18
**Town** 1:8 7:25

8:2,19 11:8,14
11:15,18,19,21
11:24 12:3,4,4
12:6,16,24
13:2,6,6,8,12
13:19,21,21
14:3,3,4,19,20
15:19 16:9,22
18:15,16,19
19:5,17,23
20:2,20 21:5
21:16,25 22:7
24:12,15,19
25:1,8,15,16
26:14 29:9
30:23 31:3,7
31:25 32:6,19
32:25 33:15,23
34:16,16,24
36:5,7,13,23
43:1,18 44:3
44:12,16,23,25
46:23,23 49:21
**Town's** 15:21
**towns** 25:11
**trade** 16:22
**transcript** 57:22
  60:15
**transcription**
  60:9
**transform** 56:21
**trays** 30:19
**trucks** 45:4 48:1
  48:4
**true** 60:9
**trust** 57:14
**truth** 5:8,8,9
  60:8
**try** 28:24 38:3
**trying** 12:2
  21:11 43:15
**Tuesday** 1:17
**Twitter** 14:22
**two** 21:9 34:2
  51:1 52:2,2,4,7
  54:16
**type** 15:1 23:9

24:16 52:13
54:15 55:4,20

---

## U

**U-haul** 4:10
  43:1,3,6,7,17
  43:19 44:4
  45:2,4 48:1,4
**u-haul.com**
  43:16
**uh-huh** 7:4 17:1
  24:10 31:14
  34:4 39:22
  41:25 46:11,12
  47:16 49:17
  55:7
**uh-uhs** 7:9
**underneath** 42:6
**understand** 8:8
  8:25 9:4 10:14
  10:18,22 16:12
  41:13,16 56:8
  57:13
**understanding**
  6:3 10:25
  39:23 40:4
**UNITED** 1:1
**University** 2:5
**URL** 18:1 19:21
  20:13
**use** 56:11,13,16
  56:22

---

## V

**v** 1:7
**vape** 53:19 54:4
**vaper** 54:12
**vapes** 52:22,23
  52:24 53:2,7,7
  53:8 54:23
  55:1
**vaping** 52:21
  54:3,20
**verbal** 7:6
**versus** 5:25
**video** 23:25
  31:19,23 34:19

34:20,21 36:25
37:2 38:4,8,11
38:17,18 39:10
39:11,16,18,21
40:1,8,12,14
**videoconference**
  1:11,15,19 2:1
  5:1 58:3 59:7
  60:7
**view** 50:1
**viewable** 21:24
**Villard** 8:21,22
  11:18 12:3,6
  12:16 13:2,6,8
  13:19,21 14:3
  14:19 15:19,21
  18:16,19 19:5
  20:20 21:5,16
  21:25 22:11
  29:9 30:23
  31:17 33:1
  34:16 43:18
  44:3,12,16,23
  44:25 46:23
**villard-food-t...**
  18:2
**villard-food-t...**
  17:23

---

## W

**W** 2:10
**wait** 14:11,13
**waive** 57:24
  58:2,2
**walk** 13:1 47:8,9
  47:12,18,19,25
  48:7
**walks** 45:16
**wall** 42:3,6
**want** 9:13,23
  17:14 21:12
  23:19,23 24:4
  41:8 43:22
  45:11 53:3,20
  53:21 57:23
**watching** 38:11
**water** 2:11 56:14

56:15
**watermelon**
  35:16
**way** 13:15 20:20
  21:23 46:2
**we'll** 14:12
  49:12
**we're** 14:15
  29:24
**website** 13:24
  14:1,5 17:22
  18:2,10,13,17
  18:20,23 19:2
  19:5
**week** 45:18,24
  45:24
**weekly** 14:8 16:6
  23:9
**went** 33:12
**West** 8:21,22
  22:11 33:1
**whatsoever** 15:1
  23:10 33:8
**WHEREOF**
  60:18
**white** 27:8,25
  28:1 42:3,6
**Wholesale** 47:4
**willing** 13:16
**window** 29:21
  51:18
**windows** 51:9
  51:21
**wings** 22:20
  30:15
**winners** 33:24
**Wisconsin** 1:1
  2:12 16:21
  22:11 25:1
  33:2 57:25
**withdraw** 17:14
**witness** 1:21
  5:10 14:17
  24:7,10 59:10
  60:7,18
**work** 19:20
  28:18 44:17

working 11:12 27:7 44:16,20
worried 33:20
written 12:18 20:25 46:23

**X**

**Y**
yeah 38:7 39:20 40:11 43:25 44:5 48:19 56:20 57:5
year 21:9,10 54:18,18
years 21:9 38:22 39:2,4,6,9 46:8 51:1 52:2,2,4,7 55:15,18,25 56:5 57:1,2
yellow 21:17 37:12,12 57:9

**Z**
Zaffarano 2:19
Zoom 23:25

**0**
0.99 26:8

**1**
1 4:4 6:15,18,22 7:2 23:16 24:9 24:13 60:9
1.99 26:9
1:01 1:17
1:58 42:23
10 24:17,17,20 24:20
100 50:8,21 58:1
101 1:22
11/12/2019 4:9
12 16:15 36:5
14 31:24
15 4:5 38:22 39:2,4,6,9
1500 1:23
16 17:4

17 35:1
173501 59:17
18 19:15
19,000 47:24,25

**2**
2 4:5 15:4,6
2.29 26:10
2.49 22:20 30:16
2:04 42:23
2:22-cv-00642... 1:2
2:26 1:17
2:28 58:3
20 4:6 30:19 34:19
2017 11:10,11 11:13,16,20 12:21,24 13:3 18:23 32:5 38:25 39:1 42:25 43:9,17 44:6,23 45:1,8 45:9 46:3
2019 36:5,18 39:1 50:1,6,10 51:1,4
2020 19:15 23:16 24:9,13 26:4,21 28:13 34:19 35:2
2021 31:18,24 32:25 33:23
2022 22:17 30:15
2023 1:17 6:23 20:16 59:8,11 60:19
2025 59:17
21 6:23
215 2:11
23 4:7 51:8
25 4:8 30:20 43:17
26 1:17 20:16
26th 59:7,10
27 31:23

28 19:15 26:4 31:18
28th 60:19

**3**
3 4:6 20:8,9,12 21:24 22:17
30 33:23
301 2:5
309 2:11
3111 2:5
32 7:3 9:5
3217 8:21,22 22:11 25:3,16 33:1,16 34:6 35:3 43:1
33065 2:6
33301 1:23
35 4:9
3rd 1:22

**4**
4 4:7 23:12,15 23:15 30:19 50:7,7,7,21
4/1/2020 4:7
4/20 30:19
414-258-1010 2:12
42 30:20
43 4:10
45 40:13
46 40:13
49 4:11
49.99 50:22

**5**
5 3:5 4:8 7:1 25:21,22,24
50 13:16
53202 2:12
58 60:9
59 3:9

**6**
6 4:4,9 35:20,21 35:24 37:19

59:17
60 3:9
6S 50:7
6X 50:21

**7**
7 4:10 43:11,12 43:16

**8**
8 4:11 49:10,13

**9**
9/28/2020 4:8
954-603-1340 2:6
99 58:1