**EXHIBIT "E"**

| | |
|---|---|
| **Service** | Facebook |
| **Internal Ticket Number** | 8164801 |
| **Target** | 100022757634300 |
| **Alternate Target IDs** | 1379022229087509 |
| **Account Identifier** | villardfoodtown |
| **Account Type** | Page |
| **Generated** | 2023-11-13 17:49:57 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-10-09 23:59:59 UTC |

**Admins**

| | | |
|---|---|---|
| **User** | Amjad Hamed (100006139651425) | |
| **Account Closure Date** | **Account Still Active** | true |
| **Registered Email Addresses** | amjad.hamed23@yahoo.com (Verified Primary) amjad.hamed.777@facebook.com (Verified) | |
| **Registration Date** | 2013-06-12 17:20:16 UTC | |
| **Vanity Name** | amjad.hamed.777 | |
| **Credit Cards** | VISA 407204-XX-XXXX-3797 | |
| **Payment Account ID** | 1188814224783184 | |
| **First** | Amjad hamed | |
| **Middle** | | |
| **Last** | | |
| **Street** | | |
| **Street2** | | |
| **City** | | |
| **State** | | |
| **Zip** | 53154 | |
| **Country** | US | |

**Direct Debit**   No responsive records located

**Logins**

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:d172:4583:3efc:3d2a |
| **Time** | 2023-07-07 20:41:57 UTC |
| **Location** | WAP |
| **IP Address** | 2600:1700:b0d3:4a50:757e:d9ec:1460:3cfa |
| **Time** | 2023-03-12 22:23:29 UTC |
| **Location** | WAP |
| **IP Address** | 2600:387:f:e10::9 |
| **Time** | 2023-02-16 05:07:42 UTC |
| **IP Address** | 2600:387:b:5::6a |
| **Time** | 2022-02-20 20:03:08 UTC |
| **IP Address** | 2603:6000:d940:1bda:c4be:8574:7cfd:bad |
| **Time** | 2021-11-18 03:16:55 UTC |
| **Location** | WAP |
| **IP Address** | 2600:387:b:3::83 |
| **Time** | 2021-10-14 14:14:48 UTC |
| **IP Address** | 2600:387:b:7::15 |
| **Time** | 2021-10-10 20:27:53 UTC |

| | |
|---|---|
| **IP Address** | 2607:fb90:d225:9174:2099:1d3b:2b12:37eb |
| **Time** | 2021-08-16 19:36:18 UTC |
| **Location** | WAP |
| | |
| **IP Address** | 2600:387:b:5::97 |
| **Time** | 2021-08-08 18:36:26 UTC |
| | |
| **IP Address** | 2600:387:b:5::97 |
| **Time** | 2021-08-08 03:28:02 UTC |
| | |
| **IP Address** | 2600:387:b:5::54 |
| **Time** | 2021-08-07 00:40:54 UTC |
| | |
| **IP Address** | 2600:387:b:5::54 |
| **Time** | 2021-08-06 22:17:14 UTC |
| | |
| **IP Address** | 2600:1700:b0d3:4a50:bd5e:71de:8a04:e88f |
| **Time** | 2021-08-01 21:05:48 UTC |
| | |
| **IP Address** | 2600:1700:b0d3:4a50:bd5e:71de:8a04:e88f |
| **Time** | 2021-08-01 21:04:22 UTC |
| | |
| **IP Address** | 2600:1700:b0d3:4a50:7564:f469:743a:598 |
| **Time** | 2021-05-05 17:13:24 UTC |
| | |
| **IP Address** | 2600:1700:b0d3:4a50:7564:f469:743a:598 |
| **Time** | 2021-05-05 17:12:25 UTC |
| | |
| **IP Address** | 2600:387:b:3::66 |
| **Time** | 2021-02-07 01:41:54 UTC |
| | |
| **IP Address** | 2600:387:b:5::4f |
| **Time** | 2021-01-23 04:31:36 UTC |
| | |
| **IP Address** | 98.144.236.245 |
| **Time** | 2020-12-07 07:05:56 UTC |
| | |
| **IP Address** | 98.144.236.245 |
| **Time** | 2020-11-02 03:09:10 UTC |
| | |
| **IP Address** | 2607:fb90:d28b:1c97:4868:debb:1c0f:9e33 |
| **Time** | 2020-07-08 06:08:13 UTC |
| | |
| **IP Address** | 98.144.236.245 |
| **Time** | 2020-06-24 02:48:40 UTC |
| | |
| **IP Address** | 2607:fb90:d22c:98b4:d2a:cd7b:b910:d816 |
| **Time** | 2020-05-18 03:23:21 UTC |
| | |
| **IP Address** | 98.144.236.245 |
| **Time** | 2020-05-15 13:15:09 UTC |
| | |
| **IP Address** | 2607:fb90:d225:32d5:2875:6428:8c5e:29bb |
| **Time** | 2020-05-10 05:05:15 UTC |
| | |
| **IP Address** | 2607:fb90:d225:32d5:2875:6428:8c5e:29bb |
| **Time** | 2020-05-10 04:59:33 UTC |

**Logouts**

| | |
|---|---|
| **Time** | 2023-07-11 04:08:15 UTC |
| **Location** | WAP |
| **IP Address** | 2603:6000:d940:1bda:c10c:b427:4ebb:cf4d |

| | |
|---|---|
| **Time** | 2023-02-18 00:33:06 UTC |
| **Location** | WWW |
| **IP Address** | 2600:387:f:4919::2 |

| | |
|---|---|
| **Time** | 2021-08-06 22:16:53 UTC |
| **Location** | WAP |
| **IP Address** | 2600:387:b:5::54 |

| | |
|---|---|
| **Time** | 2021-05-06 00:08:09 UTC |
| **Location** | WAP |
| **IP Address** | 2600:1700:b0d3:4a50:8471:5790:6314:974a |

| | |
|---|---|
| **Time** | 2021-05-05 15:35:08 UTC |
| **Location** | WAP |
| **IP Address** | 98.144.236.245 |

| | |
|---|---|
| **Paypal Accounts** | No responsive records located |
| **Phone Numbers** | +14142697385 Cell Verified<br>+14143249382 Cell Verified |
| **Registration Ip** | 37.76.215.81 |
| **User** | Nofal Hamed (100001630833049) |
| **Account Closure Date** | **Account Still Active** true |
| **Registered Email Addresses** | nofal.hamed@ymail.com (Verified Primary)<br>falfal0@gmail.com (Verified)<br>nofal.hamed@facebook.com (Verified) |
| **Registration Date** | 2010-09-12 00:17:31 UTC |
| **Vanity Name** | nofal.hamed |
| **Credit Cards** | VISA 446540-XX-XXXX-0142 |

| | |
|---|---|
| **Payment Account ID** | 352923346 |
| **First** | |
| **Middle** | |
| **Last** | |
| **Street** | |
| **Street2** | |
| **City** | |
| **State** | |
| **Zip** | 53154 |
| **Country** | US |

VISA 446540-XX-XXXX-4425

| | |
|---|---|
| **Payment Account ID** | 352923346 |
| **First** | |
| **Middle** | |
| **Last** | |
| **Street** | |
| **Street2** | |
| **City** | |

**State**

**Zip** 53154
**Country** US

VISA 434258-XX-XXXX-6414
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip**
**Country** US

VISA 434258-XX-XXXX-3656
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip**
**Country** US

VISA 434258-XX-XXXX-2094
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip**
**Country** US

VISA 434258-XX-XXXX-7403
**Payment Account ID** 352923346
**First**
**Middle**
**Last**
**Street**
**Street2**
**City**
**State**
**Zip** 53154
**Country** US

Mastercard 534885-XX-XXXX-0318

**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip** 53154
**Country** US

VISA 434258-XX-XXXX-3681
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip** 53221
**Country** US

Mastercard 550787-XX-XXXX-3339
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip** 53154
**Country** US

VISA 434258-XX-XXXX-3341
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip** 53221
**Country** US

VISA 434258-XX-XXXX-7756
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**

**Street2**

**City**
**State**
**Zip** 53221
**Country** US

**Direct Debit** No responsive records located

**Logins**    **IP Address** 2603:6000:d9f0:8e70:85ba:5f34:f09f:da7a
            **Time** 2023-10-06 04:10:15 UTC

            **IP Address** 2603:6000:b544:410c:945d:e0f3:f9f4:259
            **Time** 2023-06-19 21:37:36 UTC

            **IP Address** 2600:1008:b193:37fd:6c8a:f990:eb85:ecdb
            **Time** 2023-06-17 19:45:53 UTC

            **IP Address** 2603:6000:b544:410c:34dc:48f6:a910:38ec
            **Time** 2023-06-16 18:53:37 UTC

            **IP Address** 2600:1008:b146:ff9f:2cb0:da58:9913:4249
            **Time** 2023-06-15 03:59:16 UTC

            **IP Address** 2600:1008:b12c:caea:40ad:996a:bc33:4116
            **Time** 2023-06-09 19:36:45 UTC

**Logouts**    **Time** 2023-06-19 21:37:25 UTC
            **Location** WWW
            **IP Address** 2603:6000:b544:410c:945d:e0f3:f9f4:259

            **Time** 2023-06-17 19:45:49 UTC
            **Location** WWW
            **IP Address** 2600:1008:b193:37fd:6c8a:f990:eb85:ecdb

            **Time** 2023-06-15 03:59:13 UTC
            **Location** WWW
            **IP Address** 2600:1008:b146:ff9f:2cb0:da58:9913:4249

            **Time** 2023-06-09 19:36:30 UTC
            **Location** WWW
            **IP Address** 2600:1008:b12c:caea:40ad:996a:bc33:4116

**Paypal** No responsive records located
**Accounts**
**Phone** +14145959596 Cell Verified on 2016-09-10 14:03:07 UTC
**Numbers** +14143241332 Cell Verified
**Registration Ip** No responsive records located

This page intentionally left blank.

| | | |
|---|---|---|
| **Service** | Facebook | |
| **Target** | 100022757634300 | |
| **Alternate Target IDs** | 1379022229087509 | |
| **Account Identifier** | villardfoodtown | |
| **Account Type** | Page | |
| **Generated** | 2023-10-20 09:05:38 UTC | |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-10-09 23:59:59 UTC | |
| **Admins** | **User** | Nofal Hamed (100001630833049) |

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | true |
| **Registered Email Addresses** | nofal.hamed@ymail.com<br>falfal0@gmail.com<br>nofal.hamed@facebook.com | |
| **Registration Date** | 2010-09-12 00:17:31 UTC | |
| **Vanity Name** | nofal.hamed | |
| **Credit Cards** | VISA 446540-XX-XXXX-0142 | |
| | **Payment Account ID** | 352923346 |
| | **First** | |
| | **Middle** | |
| | **Last** | |
| | **Street** | |
| | **Street2** | |
| | **City** | |
| | **State** | |
| | **Zip** | 53154 |
| | **Country** | US |
| | VISA 446540-XX-XXXX-4425 | |
| | **Payment Account ID** | 352923346 |
| | **First** | |
| | **Middle** | |
| | **Last** | |
| | **Street** | |
| | **Street2** | |
| | **City** | |
| | **State** | |
| | **Zip** | 53154 |
| | **Country** | US |
| | VISA 434258-XX-XXXX-6414 | |
| | **Payment Account ID** | 352923346 |
| | **First** | Nofal |
| | **Middle** | |
| | **Last** | Hamed |
| | **Street** | |
| | **Street2** | |
| | **City** | |
| | **State** | |
| | **Zip** | |
| | **Country** | US |

VISA 434258-XX-XXXX-3656
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip**
**Country** US

VISA 434258-XX-XXXX-2094
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip**
**Country** US

VISA 434258-XX-XXXX-7403
**Payment Account ID** 352923346
**First**
**Middle**
**Last**
**Street**
**Street2**
**City**
**State**
**Zip** 53154
**Country** US

Mastercard 534885-XX-XXXX-0318
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed
**Street**
**Street2**
**City**
**State**
**Zip** 53154
**Country** US

VISA 434258-XX-XXXX-3681
**Payment Account ID** 352923346
**First** Nofal
**Middle**
**Last** Hamed

| | |
|---|---|
| **Street** | |
| **Street2** | |
| **City** | |
| **State** | |
| **Zip** | 53221 |
| **Country** | US |

Mastercard 550787-XX-XXXX-3339

| | |
|---|---|
| **Payment Account ID** | 352923346 |
| **First** | Nofal |
| **Middle** | |
| **Last** | Hamed |
| **Street** | |
| **Street2** | |
| **City** | |
| **State** | |
| **Zip** | 53154 |
| **Country** | US |

VISA 434258-XX-XXXX-3341

| | |
|---|---|
| **Payment Account ID** | 352923346 |
| **First** | Nofal |
| **Middle** | |
| **Last** | Hamed |
| **Street** | |
| **Street2** | |
| **City** | |
| **State** | |
| **Zip** | 53221 |
| **Country** | US |

**Direct Debit** No responsive records located

| | | |
|---|---|---|
| **Logins** | **IP Address** | 2603:6000:d9f0:8e70:85ba:5f34:f09f:da7a |
| | **Time** | 2023-10-06 04:10:15 UTC |
| | **IP Address** | 2603:6000:b544:410c:945d:e0f3:f9f4:259 |
| | **Time** | 2023-06-19 21:37:36 UTC |
| | **IP Address** | 2600:1008:b193:37fd:6c8a:f990:eb85:ecdb |
| | **Time** | 2023-06-17 19:45:53 UTC |
| | **IP Address** | 2603:6000:b544:410c:34dc:48f6:a910:38ec |
| | **Time** | 2023-06-16 18:53:37 UTC |
| | **IP Address** | 2600:1008:b146:ff9f:2cb0:da58:9913:4249 |
| | **Time** | 2023-06-15 03:59:16 UTC |
| | **IP Address** | 2600:1008:b12c:caea:40ad:996a:bc33:4116 |
| | **Time** | 2023-06-09 19:36:45 UTC |
| | **IP Address** | 2603:6000:b544:410c:f142:235e:cbc9:6311 |
| | **Time** | 2023-04-27 23:17:38 UTC |
| | **IP Address** | 2603:6000:b544:410c:4b5:abea:beb5:f2d4 |
| | **Time** | 2023-04-20 22:02:59 UTC |

**Logouts**

| | |
|---|---|
| **Time** | 2023-06-19 21:37:25 UTC |
| **Location** | WWW |
| **IP Address** | 2603:6000:b544:410c:945d:e0f3:f9f4:259 |

| | |
|---|---|
| **Time** | 2023-06-17 19:45:49 UTC |
| **Location** | WWW |
| **IP Address** | 2600:1008:b193:37fd:6c8a:f990:eb85:ecdb |

| | |
|---|---|
| **Time** | 2023-06-15 03:59:13 UTC |
| **Location** | WWW |
| **IP Address** | 2600:1008:b146:ff9f:2cb0:da58:9913:4249 |

| | |
|---|---|
| **Time** | 2023-06-09 19:36:30 UTC |
| **Location** | WWW |
| **IP Address** | 2600:1008:b12c:caea:40ad:996a:bc33:4116 |

| | |
|---|---|
| **Time** | 2023-04-27 23:13:31 UTC |
| **Location** | WWW |
| **IP Address** | 2603:6000:b544:410c:f142:235e:cbc9:6311 |

| | |
|---|---|
| **Time** | 2023-04-20 18:48:51 UTC |
| **Location** | WWW |
| **IP Address** | 2603:6000:b544:410c:e05e:8df0:9bf8:9dc0 |

| | |
|---|---|
| **Time** | 2023-04-20 18:47:06 UTC |
| **Location** | WWW |
| **IP Address** | 2603:6000:b544:410c:e05e:8df0:9bf8:9dc0 |

**Paypal Accounts** No responsive records located

**Phone Numbers** +14145959596 Cell Verified on 2016-09-10 14:03:07 UTC
+14143241332 Cell Verified

**Registration Ip** No responsive records located

**User** Amjad Hamed (100006139651425)

**Account Closure Date**　　**Account Still Active** true

**Registered Email Addresses** amjad.hamed23@yahoo.com
amjad.hamed.777@facebook.com

**Registration Date** 2013-06-12 17:20:16 UTC

**Vanity Name** amjad.hamed.777

**Credit Cards** VISA 407204-XX-XXXX-3797

**Payment Account ID** 1188814224783184

**First** Amjad hamed
**Middle**
**Last**
**Street**
**Street2**
**City**
**State**
**Zip** 53154
**Country** US

**Direct Debit** No responsive records located

**Logins**

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:d172:4583:3efc:3d2a |
| **Time** | 2023-07-07 20:41:57 UTC |
| **Location** | WAP |

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:757e:d9ec:1460:3cfa |
| **Time** | 2023-03-12 22:23:29 UTC |
| **Location** | WAP |

| | |
|---|---|
| **IP Address** | 2600:387:f:e10::9 |
| **Time** | 2023-02-16 05:07:42 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:5::6a |
| **Time** | 2022-02-20 20:03:08 UTC |

| | |
|---|---|
| **IP Address** | 2603:6000:d940:1bda:c4be:8574:7cfd:bad |
| **Time** | 2021-11-18 03:16:55 UTC |
| **Location** | WAP |

| | |
|---|---|
| **IP Address** | 2600:387:b:3::83 |
| **Time** | 2021-10-14 14:14:48 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:7::15 |
| **Time** | 2021-10-10 20:27:53 UTC |

| | |
|---|---|
| **IP Address** | 2607:fb90:d225:9174:2099:1d3b:2b12:37eb |
| **Time** | 2021-08-16 19:36:18 UTC |
| **Location** | WAP |

| | |
|---|---|
| **IP Address** | 2600:387:b:5::97 |
| **Time** | 2021-08-08 18:36:26 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:5::97 |
| **Time** | 2021-08-08 03:28:02 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:5::54 |
| **Time** | 2021-08-07 00:40:54 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:5::54 |
| **Time** | 2021-08-06 22:17:14 UTC |

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:bd5e:71de:8a04:e88f |
| **Time** | 2021-08-01 21:05:48 UTC |

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:bd5e:71de:8a04:e88f |
| **Time** | 2021-08-01 21:04:22 UTC |

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:7564:f469:743a:598 |
| **Time** | 2021-05-05 17:13:24 UTC |

| | |
|---|---|
| **IP Address** | 2600:1700:b0d3:4a50:7564:f469:743a:598 |
| **Time** | 2021-05-05 17:12:25 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:3::66 |
| **Time** | 2021-02-07 01:41:54 UTC |

| | |
|---|---|
| **IP Address** | 2600:387:b:5::4f |
| **Time** | 2021-01-23 04:31:36 UTC |

**IP Address**
                98.144.236.245
**Time** 2020-12-07 07:05:56 UTC

**IP Address** 98.144.236.245
**Time** 2020-11-02 03:09:10 UTC

**IP Address** 2607:fb90:d28b:1c97:4868:debb:1c0f:9e33
**Time** 2020-07-08 06:08:13 UTC

**IP Address** 98.144.236.245
**Time** 2020-06-24 02:48:40 UTC

**IP Address** 2607:fb90:d22c:98b4:d2a:cd7b:b910:d816
**Time** 2020-05-18 03:23:21 UTC

**IP Address** 98.144.236.245
**Time** 2020-05-15 13:15:09 UTC

**IP Address** 2607:fb90:d225:32d5:2875:6428:8c5e:29bb
**Time** 2020-05-10 05:05:15 UTC

**IP Address** 2607:fb90:d225:32d5:2875:6428:8c5e:29bb
**Time** 2020-05-10 04:59:33 UTC

**Logouts**        **Time** 2023-07-11 04:08:15 UTC
**Location** WAP
**IP Address** 2603:6000:d940:1bda:c10c:b427:4ebb:cf4d

**Time** 2023-02-18 00:33:06 UTC
**Location** WWW
**IP Address** 2600:387:f:4919::2

**Time** 2021-08-06 22:16:53 UTC
**Location** WAP
**IP Address** 2600:387:b:5::54

**Time** 2021-05-06 00:08:09 UTC
**Location** WAP
**IP Address** 2600:1700:b0d3:4a50:8471:5790:6314:974a

**Time** 2021-05-05 15:35:08 UTC
**Location** WAP
**IP Address** 98.144.236.245

**Paypal** No responsive records located
**Accounts**
**Phone** +14142697385 Cell Verified
**Numbers** +14143249382 Cell Verified
**Registration Ip** 37.76.215.81