# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.

SHARIF JABER and NOFAL, LLC *doing business as* FOOD TOWN MART,

    Defendants.

Case No. 22-CV-642-JPS

**SPECIAL VERDICT**

We, the jury, duly impaneled and sworn, for our special verdict in the above-entitled action, find as follows:

### DIRECT COPYRIGHT INFRINGEMENT AGAINST NOFAL, LLC DOING BUSINESS AS FOOD TOWN MART

*You must answer this question.*

**Question No. 1:**  (See Part II, Section 1 of the Jury Instructions)

Did NOFAL, LLC doing business as Food Town Mart infringe upon the copyrighted material of Prepared Food Photos, Inc.?

    Answer: __Yes__
             (Yes or No)

*If you answered "Yes" to Question No. 1, then you must answer Question No. 2. If you answered "No" to Question No. 1, then do not answer any other questions on this form; instead, proceed to sign and date this form.*

## FAIR USE

**Question No. 2:** (See Part II, Section 2 of the Jury Instructions)

Did NOFAL, LLC doing business as Food Town Mart make fair use of Prepared Food Photos, Inc.'s work?

Answer: __No__
(Yes or No)

*If you answered "No" to Question No. 2, then you must answer Question No. 3. If you answered "Yes" to Question No. 2, then do not answer any other questions on this form; instead, proceed to sign and date this form, even if you answered "Yes" to Question No. 1.*

## VICARIOUS COPYRIGHT INFRINGEMENT AGAINST SHARIF JABER

**Question No. 3:** (See Part II, Section 3 of the Jury Instructions)

Did Sharif Jaber vicariously infringe upon the copyrighted material of Prepared Food Photos?

Answer: __No__
(Yes or No)

*If you answered "Yes" to Question No. 3, then you must answer Question No. 4. If you answered "Yes" to Question No. 1 but "No" to Question No. 3, then you should still proceed to answer Question No. 4.*

## DAMAGES

*If you answered "Yes" to Question No. 1 or "Yes" to Question Nos. 1 and 3, **and** you answered "No" to Question No. 2, then and only then answer each of Questions Nos. 4, 5, and 6.*

**Question No. 4:** (See Part II, Section 4.1 of the Jury Instructions)

What amount of money fairly and reasonably compensates Prepared Food Photos, Inc. for its actual damages?

$ 200

**Question No. 5:** (See Part II, Section 4.2 of the Jury Instructions)

What amount of money fairly and reasonably compensates Prepared Food Photos, Inc. for its statutory damages?

$ 1,000

**Question No. 6:** (See Part II, Section 4.2 of the Jury Instructions)

Was NOFAL, LLC doing business as Food Town Mart's infringement of Prepared Food Photos, Inc.'s copyrighted material willful?

Answer: No
(Yes or No)

Dated at Milwaukee, Wisconsin, this 29th day of October, 2024.

_____
Foreperson Signature

Joshua Gunn
Foreperson Printed Name

Page 3 of 3