IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

NOFAL, LLC d/b/a FOOD TOWN MART
and SHARIF JABER,

    Defendants.

## PLAINTIFF'S NOTICE OF ELECTION OF DAMAGES

Pursuant to 17 U.S.C. § 504, plaintiff Prepared Food Phots, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby elects to receive the actual damages award as identified on the Special Verdict form [D.E. 50].

                        Respectfully submitted,

Dated: November 1, 2024.        COPYCAT LEGAL PLLC
                                    3111 N. University Drive
                                    Suite 301
                                    Coral Springs, FL 33065
                                    Telephone: (877) 437-6228
                                    dan@copycatlegal.com

                                    By: /s/ Daniel DeSouza
                                           Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.