# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PREPARED FOOD PHOTOS, INC.,

Plaintiff,

v.

SHARIF JABER and NOFAL, LLC,
*doing business as* FOOD TOWN
MART,

Defendants.

Case No. 22-CV-642-JPS

**JUDGMENT**

**Jury Verdict**. This action came before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried and the jury having rendered a special verdict (ECF No. 50) on October 29, 2024; and the Court having considered Plaintiff Prepared Food Photo's Inc. notice of election of damages (ECF Nos. 52, 53):

**IT IS ORDERED AND ADJUDGED** that the jury found the following in its special verdict (ECF No. 50):

- that Defendant NOFAL, LLC doing business as Food Town Mart did infringe upon the copyrighted material of Plaintiff Prepared Food Photos, Inc.;

- that Defendant NOFAL, LLC doing business as Food Town Mart did not make fair use of Plaintiff's Prepared Food Photos, Inc.'s work;

- that Defendant Sharif Jaber did not vicariously infringe upon the copyrighted material of Plaintiff Prepared Food Photos, Inc.;

- that the sum of $200.00 fairly and reasonably compensates Plaintiff Prepared Food Photos, Inc. for its actual damages;

- that the sum of $1,000.00 fairly and reasonably compensates Plaintiff Prepared Food Photos, Inc. for its statutory damages;

- that Defendant NOFAL, LLC doing business as Food Town Mart's infringement of Plaintiff Prepared Food Photos, Inc.'s copyrighted material was not willful;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Prepared Food Photos, Inc.'s claim of vicarious liability for copyright infringement against Defendant Sharif Jaber (ECF No. 19 at 8–9) be and the same is hereby **DISMISSED with prejudice** (ECF No. 53);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Prepared Food Photos, Inc. shall have and recover from Defendant NOFAL, LLC doing business as Food Town Mart $200.00 in actual damages (ECF No. 53); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED** (ECF No. 53).

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*

November 7, 2024
Date

By: Deputy Clerk