# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

April 21, 2025

W Timothy Steinle
Amber L Herda
Terschan Steinle Hodan & Ganzer Ltd
309 N Water St - Ste 215
Milwaukee, WI 53202-5713

Daniel DeSouza
Copycat Legal PLLC
3111 N University Dr - Ste 301
Coral Springs, FL 33065

Re: **Prepared Food Photos Inc v. Jaber et al**
**Case No. 2:22-cv-00642-JPS**

Dear Counsel:

Today, I received the plaintiff's proposed Bill of Costs in the above case pursuant to Civil Local Rule 54. In order to dispose of this matter without a hearing, I am asking that any objections to the costs be provided in writing on or before **May 06, 2025.** The court and opposing party should be promptly notified in writing if there are no objections to the costs.

If an objection is filed, it should be accompanied by a brief memorandum. The requesting party will have until **May 13, 2025** to file a response. The opposing party's reply, if any, should be filed on or before **May 20, 2025**. Costs will be taxed by the Clerk of Court on the basis of the written memoranda.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: B. Xiong
Deputy Clerk