# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.

SHARIF JABER and NOFAL, LLC, *doing business as* FOOD TOWN MART,

    Defendants.

Case No. 22-CV-642-JPS

**ORDER**

The Court recently permitted former counsel for Defendants Sharif Jaber and NOFAL, LLC doing business as Food Town Mart ("Defendants") to withdraw from representing them. ECF No. 68. The Clerk of Court has notified the Court that Attorney Griffin Klema now seeks to be admitted to practice in the Eastern District of Wisconsin to file a pro bono response to the pending fee petition, ECF No. 64, on behalf of Defendants. Attorney Klema additionally seeks a waiver of the admission fee. Finding that Attorney Klema's agreement to file a pro bono response to the fee petition constitutes good cause, the Court will grant this request and direct the Clerk of Court to waive the admission fee. Gen. L.R. 83(c)(2)(C); *see also Lacey v. O'Brien*, Case No. 16-CV-1621, ECF No. 23 (E.D. Wis. May 5, 2017).

Accordingly,

**IT IS ORDERED** that the Clerk of Court waive the attorney admission fee for Attorney Griffin Klema.

Dated at Milwaukee, Wisconsin, this 10th day of June, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge