
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

NOFAL LLC d/b/a FOOD TOWN MART and
SHARIF JABER,

    Defendants.

## DECLARATION OF REBECCA JONES

Rebecca Jones does hereby declare pursuant to 28 U.S.C. § 1746:

1.    I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2.    I am the Director of Intellectual Property of plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff").

3.    When Plaintiff's motion for new trial/to amend the judgment was denied by the Court, I (together with Plaintiff's other senior management) discussed with counsel whether Plaintiff would pursue an appeal of the Judgment – both with respect to the amount of damages awarded and the claim for vicarious infringement against Jaber.

4.    Because Plaintiff timely filed its motion for fees against defendant Nofal LLC d/b/a Food Town Mart ("Nofal LLC") and Jaber did not file his own motion for fees, I (together with Plaintiff's other senior management) decided (in conjunction with discussions with our counsel)

to forego the filing of an appeal as there was no risk (at that point) of Jaber seeking fees on the claim he prevailed on. Plaintiff chose instead to focus its efforts on seeking fees as the prevailing party against Nofal LLC.

5. If Plaintiff had any indication that Jaber would pursue fees, Plaintiff would have filed a notice of appeal and challenged the verdict in favor of Jaber. Plaintiff made a calculated decision not to appeal based on the facts known to it (i.e., that Jaber could not seek fees at that point) – its decision would absolutely have been different had Jaber timely moved for fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 6/24/2025

_____
ID 4EXW8ETpq3GXtMcnTL7qHe8A
Rebecca Jones

## eSignature Details

**Signer ID:** **4EXW8ETpq3GXtMcnTL7qHe8A**
Signed by: Rebecca Jones
Sent to email: rebecca@preparedfoodphotos.com
IP Address: 96.238.9.54
Signed at: Jun 24 2025, 10:11 am PDT