UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING & COMMUNICATIONS CO., INC.,

      Plaintiff,

v.                                     Case No.: 22-CV-642

NOFAL, LLC d/b/a FOOD TOWN MART and
SHARIF JABER,

      Defendants.

---

### DECLARATION OF W. TIMOTHY STEINLE IN SUPPORT OF DEFENDANTS, NOFAL LLC d/b/a FOOD TOWN MART AND SHARIF JABER'S MOTION FOR ATTORNEYS FEES

---

I, W. Timothy Steinle, declare under penalty of perjury and pursuant to 28 U.S.C.§1746 of the following is true and correct:

1. I submit this declaration in support of the defendant Nofal LLC d/b/a Food Town Mart and Sharif Jaber's Motion for attorneys fees. I have personal knowledge of the facts stated herein and if called upon and sworn as a witness I could testify competently to them.

2. I am attorney duly licensed to practice law in the State of Wisconsin. I am admitted to practice in all circuit courts in the State of Wisconsin as well as in the Eastern and Western District Federal Courts.

3. I previously represented the defendants, Nofal, LLC d/b/a Food Town Mart and Sharif Jaber in the above-referenced matter.

4.   I graduated from Marquette University Law School in 1980 and began to practice law as an Assistant District Attorney in Barron County, Wisconsin and spent approximately six years as an Assistant District Attorney in Racine County, Wisconsin.

5.   During my tenure in the District Attorneys' Offices, I became Senior Assistant District Attorney handling violent crimes, prosecuting complex arson cases, and vehicular homicide cases.  Although I do not know the exact number, I tried a significant number of jury trials to verdict.

6.   I was hired by Frisch, Dudek and Slattery, Ltd. in Milwaukee as an Associate attorney in approximately 1986.  I was principally assisted the partners in the defense of complex civil litigation including defending companies against product liability claims and against serious injury claims.  Again, I tried numerous jury trials during this time.

7.   After a short time at a plaintiff's personal injury firm, I partnered with Attorney Frank R. Terschan in 1994 and created the law firm of Terschan & Steinle, Ltd. In 2013 we merged with the firm of Hodan, Doster and Ganzer, S.C. and created the law firm of Terschan, Steinle, Hodan & Ganzer, Ltd. I continued to focus my practice on insurance defense work which included defending against construction defect claims, wrongful death claims and other serious injuries. During this time in private practice it included trying cases to a jury including in circuit court in many counties throughout the State of Wisconsin and trying jury trials in the Federal Western District and the Federal Eastern District Courts. I continued to be a named partner with Terschan, Steinle, Hodan & Ganzer, Ltd.

2

8.     In the course of my sole practice, I became acquainted with the Jaber family over

       20 years ago.  The Jaber family is an extremely large family with many siblings

       and most are entrepreneurs.

9.     By virtue of my personal and professional relationship with the Jaber family, I

       agreed to charge the family a reduced hourly rate of $250.00 per hour for attorney

       time, and $100 per hour for travel time.  Otherwise, my usual and customary rate

       is $400.00 per hour for corporate matters.

10.    I was contacted by Sharif Jaber and Nofal, LLC on January 19, 2023.

11.    He presented me with the allegations and I conducted some research.  Although I

       had not previously handled an alleged copyright violation, I felt that I had the

       experience to assist Shariff Jaber in the defense of the claims being made.

12.    I was retained by Sharif Jaber and Nofal, LLC, d/b/a Food Town Mart, on January

       19, 2023.

13.    During the course of my representation of the defendants, Nofal, LLC d/b/a Food

       Town Mart and Sharif Jaber, I provided my clients with regular billings for

       services rendered.

14.    This declaration is based upon my personal knowledge of the facts stated herein

       or those facts as they appear in the business records of my firm. These records (1)

       were made at or near the time by, or from information transmitted by, someone

       with knowledge of the facts reflected in such records, including the attorneys and

       other professionals working on this litigation, (2) are kept in the course of the

       firm's regularly conducted activity, and (3) it was and is the regular practice of

       my firm to keep such records, specifically including records of time worked by

3

attorneys and other professionals and expenses incurred by the firm on behalf of clients.

15. I have attached copies of my billings beginning February 28, 2023 through December 4, 2024 for services rendered as well as our Client Ledger Report summarizing the fees billed and payments made.

16. Prior to sending the invoices, I reviewed the time entries.

17. Following my filing of the Brief in Response to Plaintiff's Motion for Amendment and Motion for New Trial, on December 4, 2024, I did not bill further, including for review of additional filings by the plaintiff, as well as the drafting of the Motion to Withdraw, and in connection with Jaber's motion for attorney's fees.

18. Two partners, myself and Attorney Amber Herda, and one paralegal (Sue Kranz) assisted with this matter. Ms. Herda's and Ms. Kranz's backgrounds are as follows:

   a. Amber Herda joined our firm on August 1, 2014 as an associate and became a shareholder partner on January 1, 2019. She is a 2008 graduate of Cooley Law School, having competed in Moot Court and obtaining litigation experience with the State Public Defender's office under the student practice rule. Upon being admitted to the Wisconsin Bar, she has extensive experience litigating civil matters. Her role in this case was limited to assisting on the summary judgment motion and plaintiff's Rule 59 motion.

   b. Sue Kranz is a paralegal who has been with my firm since 1994. She assisted with some discovery matters and my trial preparation.

4

19.   In total, I spent 119.6 hours representing Sharif Jaber, while Ms. Herda spent 5.0 hours, and Ms. Kranz spent 4.1 hours.

20.   True and correct copies of Shumaker's supporting invoices for this matter are attached as Composite Exhibit A. The invoices contain (1) the date of each time entry for work performed in this matter, (2) the name of the attorney or other professional who performed the work, (3) a description of the work performed, (4) the amount of time spent on the work, (5) the hourly rate for the work, and (6) the amount billed.

21.   My firm takes into account many factors in billing for services rendered, and all statements are reviewed before they are issued to ensure that the amount charged is appropriate. Statements for services are simply the product of the hours worked multiplied by the hourly rates for the attorneys and other professionals who did the work.

22.   From my own professional background, as well as my investigation and experience in connection with this case, I am familiar with the cost of litigation in Milwaukee, Wisconsin, including hourly rates charged by various levels of timekeepers from partners, to associates, to paralegals.

23.   As a result of my experience, training, and investigation, as summarized above, I am of the opinion that the hourly rates charged by my firm are reasonable given the level of experience for the timekeepers involved, the current Milwaukee market, and the requisite skill involved in the defense of a copyright infringement case in federal court.

5

24.     I am also of the opinion that the number of hours expended by the attorneys and

        other professionals at their respective hourly rates was reasonable and not

        excessive for a case such as this one, and, in total, those fees were of the

        magnitude that would have been charged by lawyers of the same skill level under

        similar circumstances involved in similar cases with similar clients.

25.     According to the American Intellectual Property Law Association (AIPLA) 2023

        Economic Survey which reflects rates from 2022, the average cost of a copyright

        litigation (where less than $1M is at risk) is $296,000 through post-trial. Through

        discovery and motions the average cost of a lawsuit is $136,000. The average

        billing rate for intellectual property equity partners in "Other Central" geographic

        area (which includes Wisconsin) is $441 per hour, while the median is $403. The

        range of rates is between $341 and $513. Attached hereto as Exhibit B are the

        relevant tables from the AIPLA report.

26.     Attached as Exhibit C are the invoices concerning costs that my firm advanced on

        behalf of Jaber, totaling $416.25.


                                        /W. Timothy Steinle/
                                        W. Timothy Steinle
                                        State Bar No.:  1003777

# Composite
# Exhibit A

Composite Exhibit A

Composite Exhibit A

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

RE: Prepared Food Photos, Inc. v. Jaber

| Date | | Description | Rate | HOURS | |
|------|------|-------------|------|-------|---|
| 01/19/2023 | WTS | Review file materials obtained from the Wisconsin Eastern District Court.  Meet with the client. | 250.00 | 1.20 | |
| 01/23/2023 | WTS | Email exchange with Attorney Dan DeSouza. | 250.00 | 0.10 | |
| 01/25/2023 | WTS | Email exchange and conference call with Attorney DeSouza. | 250.00 | 0.30 | |
| 02/09/2023 | WTS | Email exchange with Attorney DeSouza. | 250.00 | 0.20 | |
| 02/21/2023 | WTS | Review Second Amended Summons and Complaint, draft Answer and Affirmative Defenses, Notice of Retainer and Disclosure Statement. | 250.00 | 2.80 | |
| | | LEGAL SERVICES | | 4.60 | 1,150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| W. Timothy Steinle | 4.60 | $250.00 | $1,150.00 |

TOTAL CURRENT WORK                                                          1,150.00

BALANCE DUE                                                                 $1,150.00

**Effective May, 1 2025, Please send all payments to:**

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"**PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT**"

Payments received after 30th day of month will be shown on your next statement.
**We are now accepting credit card payments**.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:    May 15, 2023

Account No.    7111.001

Page:    1

RE: Prepared Food Photos, Inc. v. Jaber

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 03/21/2023 | WTS | Draft correspondence to Attorney DeSouza regarding Rule 26 Report. | 250.00 | 0.20 | |
| 03/22/2023 | WTS | Review draft of Rule 26 Report.  Edit and revise.  Draft correspondence to Attorney DeSouza. | 250.00 | 0.40 | |
| 03/27/2023 | WTS | Review various emails from Attorney DeSouza, draft response. | 250.00 | 0.80 | |
| 03/29/2023 | WTS | Review and calendar Scheduling Order and Order for plaintiff's counsel to retain local counsel. | 250.00 | 0.30 | |
| 05/02/2023 | WTS | Review additional Order regarding plaintiff's counsel retaining local counsel. | 250.00 | 0.10 | |
| 05/15/2023 | WTS | Review file and draft status letter to Mr. Jaber. | 250.00 | 0.30 | |
| | | LEGAL SERVICES | | 2.10 | 525.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 2.10 | $250.00 | $525.00 |

TOTAL CURRENT WORK    525.00

PREVIOUS BALANCE    $1,150.00

BALANCE DUE    $1,675.00

Sharif Jaber

Prepared Food Photos, Inc. v. Jaber

***Effective May, 1 2025, Please send all payments to:***

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"***PLEASE WRITE ACCOUNT NUMBER***
***ON YOUR CHECK FOR PROPER CREDIT***"

Payments received after 30th day of month will be shown on your next statement.
***We are now accepting credit card payments***.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:   August 31, 2023
Account No.      7111.001

Page:       1

RE: Prepared Food Photos, Inc. v. Jaber

|  |  |  | Rate | HOURS | |
|---|---|---|---|---|---|
| 06/28/2023 | WTS | Review Plaintiff's First Discovery Requests .  Draft correspondence to Mr. Jaber. | 250.00 | 0.80 | |
| 08/16/2023 | WTS | Conference with Mr. Jaber regarding Request to Admit.  Draft responses to Request to Admit.  Draft correspondence to Attorney Cruz with responses. | 250.00 | 1.20 | |
| 08/17/2023 | WTS | Conference with Mr. Jaber.  Draft responses to Interrogatories and Request for Production of Documents.  Review correspondence from plaintiff's counsel regarding deposition dates. | 250.00 | 2.10 | |
| | | LEGAL SERVICES | | 4.10 | 1,025.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 4.10 | $250.00 | $1,025.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,025.00 |
| PREVIOUS BALANCE | $1,675.00 |

| | | |
|---|---|---|
| 05/31/2023 | Payment received, thank you. | -1,150.00 |
| 05/31/2023 | Payment received, thank you. | -500.00 |
| | TOTAL PAYMENTS | -1,650.00 |
| | BALANCE DUE | $1,050.00 |

Prepared Food Photos, Inc. v. Jaber

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"***PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT***"

Payments received after 30th day of month will be shown on your next statement.
***We are now accepting credit card payments***.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:    October 9, 2023
Account No.      7111.001

Page:        1

RE: Prepared Food Photos, Inc. v. Jaber

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 09/22/2023 | WTS | Receive/review email from Attorney Dan DeSouza regarding amending the Scheduling Order. | 250.00 | 0.20 | |
| 09/26/2023 | WTS | Meet with Sharif Jaber to prepare for his deposition, attend deposition of Sharif Jaber. | 250.00 | 3.00 | |
| 10/02/2023 | WTS | Receive/review email from Dan DeSouza with proposed new dates and deadlines for the Scheduling Order, respond.  Review photos from plaintiff's attorney, draft correspondence to Mr. Jaber. | 250.00 | 0.90 | |
| | | LEGAL SERVICES | | 4.10 | 1,025.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 4.10 | $250.00 | $1,025.00 |

 Advances

| 09/29/2023 | Deposition Transcript Sharif Jaber | 225.00 |
|---|---|---|
| | TOTAL ADVANCES | 225.00 |
| | TOTAL CURRENT WORK | 1,250.00 |
| | PREVIOUS BALANCE | $1,050.00 |
| | BALANCE DUE | $2,300.00 |

Sharif Jaber

Prepared Food Photos, Inc. v. Jaber

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"***PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT***"

Payments received after 30th day of month will be shown on your next statement.
***We are now accepting credit card payments***.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date: November 21, 2023

Account No.     7111.001

Page:      1

RE: Prepared Food Photos, Inc. v. Jaber

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 10/03/2023 | WTS | Receive/review Order from Court regarding Amended Scheduling Order.  Calendar dates. | 250.00 | 0.20 | |
| 10/09/2023 | WTS | Receive/review email from plaintiff's counsel requesting status of Mr. Jaber's position on this matter. | 250.00 | 0.10 | |
| | WTS | Receive/review Subpoena to Produce Documents, Information and Objects. | 250.00 | 0.20 | |
| 10/16/2023 | WTS | Receive/review subpoena for Amjad Hamed.  Calendar. | 250.00 | 0.20 | |
| 10/18/2023 | WTS | Receive/review email from plaintiff's counsel requesting status of Mr. Jaber's position.  Respond. | 250.00 | 0.10 | |
| | WTS | Meeting with Sharif Jaber. | 250.00 | 0.30 | |
| 10/31/2023 | WTS | Receive/review email from plaintiff's counsel regarding telephone conference.  Respond. | 250.00 | 0.10 | |
| | WTS | Telephone conference with plaintiff's counsel. | 250.00 | 0.30 | |
| 11/08/2023 | WTS | Receive/review Subpoena to Testify for Amjad Hamed, calendar deposition date. | 250.00 | 0.20 | |
| 11/13/2023 | WTS | Receive/review documents in response to plaintiff's subpoena for Facebook/Meta records.  Telephone call to client to schedule a meeting. | 250.00 | 1.20 | |
| | | LEGAL SERVICES | | 2.90 | 725.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 2.90 | $250.00 | $725.00 |

TOTAL CURRENT WORK                                                                      725.00

PREVIOUS BALANCE                                                                     $2,300.00

Prepared Food Photos, Inc. v. Jaber

BALANCE DUE                                                              $3,025.00

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"*PLEASE WRITE ACCOUNT NUMBER*
*ON YOUR CHECK FOR PROPER CREDIT*"

Payments received after 30th day of month will be shown on your next statement.
*We are now accepting credit card payments*.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:  December 15, 2023
Account No.        7111.001

Page:        1

RE: Prepared Food Photos, Inc. v. Jaber


PREVIOUS BALANCE                                                                                        $3,025.00


| | | |
|---|---|---|
| 11/21/2023 | Payment received, thank you. | -25.00 |
| 11/21/2023 | Payment received, thank you. | -1,025.00 |
| 11/21/2023 | Payment received, thank you. | -1,250.00 |
| 11/21/2023 | Payment received, thank you. | -700.00 |
| | TOTAL PAYMENTS | -3,000.00 |
| | | |
| | BALANCE DUE | $25.00 |


*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"*PLEASE WRITE ACCOUNT NUMBER*
*ON YOUR CHECK FOR PROPER CREDIT*"

Payments received after 30th day of month will be shown on your next statement.
*We are now accepting credit card payments*.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:  February 2, 2024

Account No.  7111.001

Page:  1

RE: Prepared Food Photos, Inc. v. Jaber

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 12/15/2023 | WTS | Email exchange with Daniel DeSouza regarding Monday deposition of Amjad Hamed. | 250.00 | 0.10 | |
| 01/05/2024 | WTS | Meeting with Sharif Jaber regarding Motion Hearing on January 8, 2024. | 250.00 | 0.20 | |
| 01/08/2024 | WTS | Travel to Federal Courthouse, attend Motion to Compel Hearing, meeting with client following hearing, return travel. | 250.00 | 1.30 | |
| | WTS | Receive/review deposition transcript of Amjad Sharif Hamed.  Draft status letter to client provided Order of the Court and deposition transcript. | 250.00 | 0.60 | |
| 01/09/2024 | WTS | Receive/review Plaintiff's Motion for Summary Judgment, supporting Brief and Affidavit. | 250.00 | 1.10 | |
| 01/15/2024 | WTS | Meet with Sharif Jaber to go over documents requested by plaintiff. Review documents.  Draft responses to Plaintiff's Request to Produce.  Email to Sharif Jaber reminding him to forward balance sheets responsive to discovery requests.  Draft letter to Attorney DeSouza forwarding documents. | 250.00 | 2.50 | |
| 01/16/2024 | WTS | Text to Sharif Jaber regarding balance sheets. | 250.00 | 0.10 | |
| 01/17/2024 | WTS | Text and email to Sharif Jaber regarding balance sheets. | 250.00 | 0.10 | |
| 01/30/2024 | WTS | Begin review of file materials. conduct legal research, in preparation to begin drafting response to Plaintiff's Motion for Summary Judgment. | 250.00 | 2.50 | |
| 02/02/2024 | SK | Organize and scan all file materials provided by Sharif Jaber and forward to plaintiff's counsel. | 100.00 | 0.80 | |
| | | LEGAL SERVICES | | 9.30 | 2,205.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 8.50 | $250.00 | $2,125.00 |
| Sue Kranz | 0.80 | 100.00 | 80.00 |

Sharif Jaber

Prepared Food Photos, Inc. v. Jaber

 Advances

| | | |
|---|---|---:|
| 01/08/2024 | Deposition Transcript Amjad Hamed | 191.25 |
| 01/31/2024 | FedEx Overnight Shipping of Delinquent Discovery Responses to Plaintiff's Counsel | 116.09 |
| | TOTAL ADVANCES | 307.34 |
| | TOTAL CURRENT WORK | 2,512.34 |
| | PREVIOUS BALANCE | $25.00 |
| | BALANCE DUE | $2,537.34 |

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"*PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT*"

Payments received after 30th day of month will be shown on your next statement.
*We are now accepting credit card payments*.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:   February 27, 2024

Account No.     7111.001

Page:     1

RE: Prepared Food Photos, Inc. v. Jaber

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 02/06/2024 | WTS | Review file, review plaintiff's Motion, review case law and federal rules, begin drafting Memorandum in Response to Plaintiff's Motion for Final Summary Judgment. | 250.00 | 7.00 | |
| 02/07/2024 | WTS | Continue legal research and drafting of Memorandum in Response to Plaintiff's Motion for Final Summary Judgment. | 250.00 | 5.50 | |
| 02/08/2024 | WTS | Edit and finalize Memorandum in Response to plaintiff's Motion for Final Summary Judgment. | 250.00 | 4.00 | |
| | AH | Review Summary Judgment Response Brief, conduct additional legal research, edit, check legal authority citations and finalize. | 250.00 | 2.00 | |
| | | LEGAL SERVICES | | 18.50 | 4,625.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amber Herda | 2.00 | $250.00 | $500.00 |
| W. Timothy Steinle | 16.50 | 250.00 | 4,125.00 |

TOTAL CURRENT WORK                                    4,625.00

PREVIOUS BALANCE                                       $2,537.34

BALANCE DUE                                            $7,162.34

Prepared Food Photos, Inc. v. Jaber

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"*PLEASE WRITE ACCOUNT NUMBER*
*ON YOUR CHECK FOR PROPER CREDIT*"

Payments received after 30th day of month will be shown on your next statement.
*We are now accepting credit card payments*.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI 53154

Statement Date:    May 3, 2024

Account No.    7111.001

Page:    1

RE: Prepared Food Photos, Inc. v. Jaber

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 04/11/2024 | WTS | Review file draft Final Pre-Trial Report for federal court, jury instructions and special verdict. File with the Court. | 250.00 | 6.00 | |
| | | LEGAL SERVICES | | 6.00 | 1,500.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 6.00 | $250.00 | $1,500.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,500.00 |
| PREVIOUS BALANCE | $7,162.34 |
| 03/27/2024   Payment received, thank you. | -25.00 |
| 03/27/2024   Payment received, thank you. | -2,512.34 |
| 03/27/2024   Payment received, thank you. | -624.66 |
| TOTAL PAYMENTS | -3,162.00 |
| BALANCE DUE | $5,500.34 |

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave. Sutie E
New Berlin, WI 53151

*"PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT"*

Payments received after 30th day of month will be shown on your next statement.
*We are now accepting credit card payments.* You MUST have an email
address. Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:  November 4, 2024
Account No.      7111.001

Page:      1

RE: Prepared Food Photos, Inc. v. Jaber

| Date | | Description | Rate | HOURS |
|---|---|---|---|---|
| 06/10/2024 | WTS | Letter to client regarding outstanding invoice and request that he call to schedule an appointment to discuss case status. | 250.00 | 0.20 |
| 07/02/2024 | WTS | Letter to client regarding outstanding invoice. | 250.00 | 0.10 |
| 07/10/2024 | WTS | Letter to client regarding Trial Scheduling Order and request that he make an appointment to discuss case status. | 250.00 | 0.20 |
| 07/24/2024 | WTS | Letter to client to discuss lack of communication, fees and court deadlines.  Requested he contact to schedule appointment. | 250.00 | 0.30 |
| 08/27/2024 | WTS | Various phone calls leaving messages regarding case.  Letter to client regarding invoice and Court deadlines.  Requested client cooperation. | 250.00 | 0.20 |
| 08/28/2024 | WTS | Meeting with client to discuss pros and cons of trial versus settlement.  Client wishes to move forward to trial. | 250.00 | 0.20 |
| 09/05/2024 | WTS | Receive/review email from plaintiff's counsel. | 250.00 | 0.10 |
| 09/10/2024 | WTS | Receive/review email from plaintiff's counsel.  Letter to client forwarding email requesting contact from client and payment of outstanding invoice. | 250.00 | 0.40 |
| 09/19/2024 | WTS | Letter to counsel regarding pre-trial report. | 250.00 | 0.20 |
| | WTS | Receive/review email from plaintiff's counsel. | 250.00 | 0.10 |
| 09/24/2024 | WTS | Letter to client regarding invoice and request for contact. | 250.00 | 0.20 |
| 09/25/2024 | WTS | Receive/review email from plaintiff's counsel. | 250.00 | 0.10 |
| 09/30/2024 | WTS | Telephone call with Jeff Leavell regarding final pre-trial report and setting in person meeting to discuss. | 250.00 | 0.30 |
| | WTS | Review draft of Final Pre-Trial Report, Jury Instructions and Special Verdict in anticipation of in person conference with plaintiff's counsel. | 250.00 | 1.50 |

Prepared Food Photos, Inc. v. Jaber

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 10/01/2024 | WTS | Draft letter to client regarding upcoming trial preparations. | 250.00 | 0.30 | |
| 10/02/2024 | WTS | Review file materials, case law, federal rules for trial in anticipation of meet and confer on October 3, 2024. | 250.00 | 3.00 | |
| 10/03/2024 | WTS | Travel to and from Attorney Jeff Leavall's office in Racine for meet and confer with plaintiff's counsel. | 100.00 | 1.50 | |
| | WTS | Meet with plaintiff's counsel, per the Order of the Court to prepare, edit and finalize the Joint Final Pre-Trial Report. | 250.00 | 2.50 | |
| 10/07/2024 | WTS | Travel to/from Federal Courthouse to hand deliver, pursuant to the Court's Order, Joint Final Pre-Trial Report. | 100.00 | 0.50 | |
| 10/15/2024 | WTS | Travel to/from Federal Courthouse to attend Final Pre-Trial Conference. | 100.00 | 0.50 | |
| | WTS | Attend Final Pre-Trial before Judge Stadmueller. Receive/review email from plaintiff's counsel, forward to client requesting he call to make an appointment. | 250.00 | 0.80 | |
| 10/17/2024 | WTS | Review depositions, summarize in preparation for meeting with clients and trial. | 250.00 | 3.00 | |
| 10/18/2024 | WTS | Review Order and Joint Memorandum for filing with the Court. | 250.00 | 1.00 | |
| 10/21/2024 | WTS | Meeting with Sharif Jaber and sons, telephone call with Dan DeSouza. | 250.00 | 0.80 | |
| 10/23/2024 | WTS | Review email from plaintiff's counsel. Review case law and draft response. | 250.00 | 0.80 | |
| | WTS | Meet with client for trial preparations. | 250.00 | 1.60 | |
| 10/24/2024 | SK | Assist Attorney Steinle will trial preparations. | 100.00 | 2.00 | |
| 10/25/2024 | WTS | Trial preparations. | 250.00 | 6.00 | |
| 10/26/2024 | WTS | Meet with clients. Trial preparation. | 250.00 | 5.00 | |
| 10/27/2024 | WTS | Trial preparations. | 250.00 | 5.00 | |
| | SK | Assist Attorney Steinle with trial preparations. | 100.00 | 1.30 | |
| 10/28/2024 | WTS | Complete trial preparations. Attend trial. Begin working on closing argument. | 250.00 | 10.00 | |
| 10/29/2024 | WTS | Finalize closing arguments. Attend trial. | 250.00 | 6.00 | |
| | | LEGAL SERVICES | | 55.70 | 13,055.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| W. Timothy Steinle | 2.50 | $100.00 | $250.00 |
| W. Timothy Steinle | 49.90 | 250.00 | 12,475.00 |

Prepared Food Photos, Inc. v. Jaber

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Sue Kranz | 3.30 | 100.00 | 330.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 13,055.00 |
| PREVIOUS BALANCE | | $5,500.34 |

| | | |
|---|---|---|
| 08/28/2024 | Payment received, thank you. | -2,500.00 |
| 09/30/2024 | Payment received, thank you. | -1,500.00 |
| 09/30/2024 | Payment received, thank you. | -1,500.00 |
| | TOTAL PAYMENTS | -5,500.00 |
| | BALANCE DUE | $13,055.34 |

Your trust account balance is

| | | |
|---|---|---|
| | Opening Balance | $0.00 |
| 10/30/2024 | Advance Payment on Fees | 6,000.00 |
| | Closing Balance | $6,000.00 |

***Effective May, 1 2025, Please send all payments to:***

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"***PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT***"

Payments received after 30th day of month will be shown on your next statement.
***We are now accepting credit card payments***.  You MUST have an email
address.  Call for more information.

Sharif Jaber
2041 East Drexel Avenue
Oak Creek, WI  53154

Statement Date:   December 4, 2024

Account No.      7111.001

Page:        1

RE: Prepared Food Photos, Inc. v. Jaber

|  |  |  | Rate | HOURS |
|---|---|---|---|---|
| 11/20/2024 | WTS | Review Plaintiff's Motion for Amendment and Motion for New Trial with accompanying Brief with extensive attachments.  Draft correspondence to client.  Begin researching legal authority for Response Brief. | 250.00 | 4.00 |
|  | AH | Review case law, authority and federal rules.  Draft outline of Brief in Opposition | 250.00 | 3.00 |
| 11/27/2024 | WTS | Continue review of legal authority for Response Brief. | 250.00 | 6.50 |
| 12/02/2024 | WTS | Begin drafting Response Brief. | 250.00 | 6.10 |
| 12/03/2024 | WTS | Edit and revise Response Brief. | 250.00 | 3.50 |
| 12/04/2024 | WTS | Edit and finalize Response Brief, file with the Court.  Draft correspondence to client. | 250.00 | 1.60 |
|  |  | LEGAL SERVICES |  | 24.70 |

6,175.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amber Herda | 3.00 | $250.00 | $750.00 |
| W. Timothy Steinle | 21.70 | 250.00 | 5,425.00 |

TOTAL CURRENT WORK                                            6,175.00

PREVIOUS BALANCE                                            $13,055.34

11/20/2024         Payment received, thank you.                -6,000.00

BALANCE DUE                                            $13,230.34

Prepared Food Photos, Inc. v. Jaber

Your trust account balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $6,000.00 |
| 11/18/2024 | Payment on Invoice Dated 11/4/2024 |  |
|  | PAYEE: Terschan, Steinle, Hodan & Ganzer, Ltd | -6,000.00 |
|  | Closing Balance | $0.00 |

*Effective May, 1 2025, Please send all payments to:*

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 Cleveland Ave.  Sutie E
New Berlin, WI 53151

"*PLEASE WRITE ACCOUNT NUMBER
ON YOUR CHECK FOR PROPER CREDIT*"

Payments received after 30th day of month will be shown on your next statement.
*We are now accepting credit card payments*.  You MUST have an email
address.  Call for more information.

# Exhibit B

Exhibit B

Exhibit B



# AIPLA

# 2023

Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual
Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org

## Average hourly billing rate in 2022 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2022 | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 218 | $585 | $400 | $500 | $661 |
| Years of IP Law Attorney Experience | 7-9 | 3 | $643 | ISD | $500 | ISD |
| | 10-14 | 26 | $527 | $350 | $450 | $500 |
| | 15-24 | 75 | $545 | $395 | $475 | $687 |
| | 25-34 | 89 | $610 | $418 | $525 | $663 |
| | 35 or More | 19 | $694 | $500 | $610 | $700 |
| Location | Boston CMSA | 4 | $713 | $431 | $713 | $994 |
| | NYC CMSA | 17 | $761 | $500 | $670 | $1,025 |
| | Philadelphia CMSA | 8 | $620 | $481 | $575 | $825 |
| | Washington, DC CMSA | 20 | $702 | $478 | $603 | $995 |
| | Other East | 16 | $543 | $376 | $488 | $595 |
| | Metro Southeast | 11 | $557 | $400 | $500 | $540 |
| | Other Southeast | 8 | $433 | $377 | $435 | $483 |
| | Chicago CMSA | 14 | $630 | $494 | $623 | $654 |
| | Minne.-St. Paul PMSA | 16 | $495 | $353 | $468 | $614 |
| | Other Central | 38 | $441 | $341 | $403 | $513 |
| | Texas | 23 | $619 | $450 | $500 | $850 |
| | Los Angeles CMSA | 5 | $560 | $365 | $500 | $785 |
| | San Francisco CMSA | 6 | $993 | $534 | $810 | $1,546 |
| | Other West | 32 | $565 | $403 | $448 | $600 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $631 | $405 | $560 | $813 |
| | Chemical | 9 | $495 | $358 | $450 | $580 |
| | Computer Hardware | 3 | $440 | ISD | $470 | ISD |
| | Computer Software | 25 | $596 | $400 | $495 | $700 |
| | Electrical | 17 | $596 | $400 | $550 | $710 |
| | Mechanical | 36 | $473 | $376 | $440 | $524 |
| | Medical/Health Care | 9 | $478 | $335 | $435 | $615 |
| | Pharmaceutical | 3 | $856 | ISD | $687 | ISD |
| Age | 35-39 | 16 | $486 | $350 | $445 | $494 |
| | 40-44 | 22 | $583 | $358 | $470 | $588 |
| | 45-49 | 24 | $581 | $400 | $485 | $784 |
| | 50-54 | 43 | $521 | $390 | $475 | $600 |
| | 55-59 | 57 | $636 | $425 | $550 | $685 |
| | 60 or Older | 51 | $595 | $420 | $520 | $650 |
| Gender | Male | 175 | $585 | $400 | $500 | $650 |
| | Female | 36 | $524 | $386 | $475 | $615 |
| | Prefer not to respond | 4 | $570 | $383 | $453 | $875 |
| Highest Non-Law Degree | Bachelor's Degree | 143 | $567 | $400 | $495 | $625 |
| | Master's Degree | 50 | $601 | $411 | $500 | $705 |
| | Doctorate Degree | 21 | $594 | $395 | $540 | $725 |
| Ethnicity | White/Caucasian | 178 | $569 | $400 | $500 | $650 |
| | Black/African American | 3 | $450 | ISD | $450 | ISD |
| | Hispanic/Latino | 3 | $1,050 | ISD | $850 | ISD |
| | Asian/Pacific Islander | 8 | $554 | $343 | $413 | $851 |
| | Mixed Race | 7 | $475 | $400 | $450 | $550 |
| | Prefer not to respond | 13 | $699 | $453 | $535 | $1,013 |
| | Other | 3 | $610 | ISD | $555 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $441 | $356 | $423 | $499 |
| | 3-5 | 36 | $498 | $381 | $418 | $515 |
| | 6-10 | 21 | $449 | $393 | $440 | $550 |
| | 11-25 | 42 | $548 | $397 | $475 | $626 |
| | 26-50 | 25 | $562 | $438 | $500 | $640 |
| | 51-100 | 36 | $674 | $500 | $625 | $851 |
| | 101-150 | 11 | $656 | $360 | $650 | $850 |
| | More than 150 | 18 | $1,026 | $768 | $1,015 | $1,313 |

Case 2:22-cv-00642-JPS    Filed 07/09/25    Page 30 of 34    Document 83-1
AIPLA Report of the Economic Survey 2023
I-34

**Litigation-Copyright Infringement <$1M Initial case management (000s) by Type of Practice (Q49Aa)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 18 | 9 | 4 | 1 | 4 | 0 |
| Mean (Average) | $52 | $62 | $13 | ISD | $79 | ISD |
| First Quartile 25% | $5 | $4 | $4 | ISD | $24 | ISD |
| Median (Midpoint) | $15 | $5 | $15 | ISD | $55 | ISD |
| Third Quartile 75% | $35 | $19 | $19 | ISD | $159 | ISD |

**Litigation-Copyright Infringement <$1M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q49Ab)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 15 | 7 | 4 | 1 | 3 | 0 |
| Mean (Average) | $136 | $87 | $90 | ISD | $325 | ISD |
| First Quartile 25% | $60 | $12 | $70 | ISD | ISD | ISD |
| Median (Midpoint) | $100 | $80 | $100 | ISD | $300 | ISD |
| Third Quartile 75% | $200 | $150 | $100 | ISD | ISD | ISD |

**Litigation-Copyright Infringement <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q49Ac)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 14 | 6 | 4 | 1 | 3 | 0 |
| Mean (Average) | $296 | $133 | $175 | ISD | $800 | ISD |
| First Quartile 25% | $80 | $16 | $54 | ISD | ISD | ISD |
| Median (Midpoint) | $193 | $125 | $193 | ISD | $700 | ISD |
| Third Quartile 75% | $438 | $215 | $278 | ISD | ISD | ISD |

# Composite
# Exhibit C

Composite Exhibit C

Composite Exhibit C



# Daughters
## Reporting, Inc.

101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

## INVOICE

TERSCHAN, STEINLE, HODAN & GANZER LTD
ATTN: W. Timothy Steinle, Esq.
309 North Water Street, Suite 215
Milwaukee, WI 53202

**Invoice Number:** **315384**
Invoice Date: 09/28/2023

In Re: PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. vs. NOFAL LLC
d/b/a FOOD TOWN MART and SHARIF JABER
Case Number: 2:22-cv-00642-JPS
Witness(s): Sharif Jaber, Corporate Representative
Attendance Date: 09/26/2023, 1:00 p.m.
Reporter: Jamie Mackrell
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Sharif Jaber** | |
| Certified Copy - 60 pgs | 225.00 |
| **Mini/Condensed transcript, no charge** | |
| **Transcript(s) emailed upon payment** | |
| Invoice Total: | 225.00 |

---

**DAUGHTERS** HAS GONE **GREEN**!

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

---

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

| | | Cardholder`s Name: |
|---|---|---|
| Invoice Number: | 315384 | |
| Invoice Date: | 09/28/2023 | Card Number: |
| Amount Due: | **$225.00** | Exp. Date: Phone: |
| Amount Enclosed: | $ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | | Zip: Security Code: |
|   | | Signature: |




*Daughters*
*Reporting, Inc.* ✓

101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

## INVOICE

TERSCHAN, STEINLE, HODAN & GANZER LTD
ATTN: W. Timothy Steinle, Esq.
309 North Water Street, Suite 215
Milwaukee, WI  53202

**Invoice Number:**    **315998**
Invoice Date:   01/08/2024

In Re:   PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. vs. NOFAL LLC
d/b/a FOOD TOWN MART and SHARIF JABER
Case Number: 2:22-cv-00642-JPS
Witness(s): Amjad S. Hamed
Attendance Date: 12/18/2023, 11:00 a.m.
Reporter: Jamie Mackrell
Location: VIDEOCONFERENCE - via Zoom

*#7111.001*
*Jaber, Sharif*

| Description | Amount |
|---|---|
| **Deposition of Amjad S. Hamed**<br>Certified Copy - 51 pgs | 191.25 |
| **Mini/Condensed transcript, no charge**<br>**Transcript(s) emailed upon payment** | |
| Invoice Total: | 191.25 |

**DAUGHTERS** HAS GONE **GREEN!**

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Invoice Number:   315998 | Cardholder's Name:  TSHG |
| Invoice Date:   01/08/2024 | Card Number: |
| Amount Due:   **$191.25** | Exp. Date:      Phone: |
| Amount Enclosed:  $ 191.25 | Billing Address: |
| **CREDIT CARDS ACCEPTED** | Zip:    Security Code: |
|    | Signature: |

