# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC.<br>v.<br>SHARIF JABER and NOFAL, LLC | Case No.: 22-cv-642-JPS |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __Nov. 7, 2024__ against __Prepared Food Photos, Inc.__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 416.25 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 416.25 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: W. Timothy Steinle
Name of Attorney: W. Timothy Steinle

For: Sharif Jaber                                                                Date: July 9, 2025
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
*Clerk of Court*                        *Deputy Clerk*                        *Date*



# Daughters Reporting, Inc.

101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

## INVOICE

TERSCHAN, STEINLE, HODAN & GANZER LTD
ATTN: W. Timothy Steinle, Esq.
309 North Water Street, Suite 215
Milwaukee, WI 53202

**Invoice Number:** 315384
**Invoice Date:** 09/28/2023

In Re: PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. vs. NOFAL LLC d/b/a FOOD TOWN MART and SHARIF JABER
Case Number: 2:22-cv-00642-JPS
Witness(es): Sharif Jaber, Corporate Representative
Attendance Date: 09/26/2023, 1:00 p.m.
Reporter: Jamie Mackrell
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Sharif Jaber** Certified Copy - 60 pgs | 225.00 |
| **Mini/Condensed transcript, no charge** | |
| **Transcript(s) emailed upon payment** | |
| Invoice Total: | 225.00 |

**DAUGHTERS HAS GONE GREEN!**

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

---

Invoice Number: 315384
Invoice Date: 09/28/2023
Amount Due: **$225.00**
Amount Enclosed: $_____
**CREDIT CARDS ACCEPTED**
  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____




# INVOICE

TERSCHAN, STEINLE, HODAN & GANZER LTD  
ATTN: W. Timothy Steinle, Esq.  
309 North Water Street, Suite 215  
Milwaukee, WI 53202

**Invoice Number:** 315998  
**Invoice Date:** 01/08/2024

In Re: PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. vs. NOFAL LLC d/b/a FOOD TOWN MART and SHARIF JABER  
Case Number: 2:22-cv-00642-JPS  
Witness(s): Amjad S. Hamed  
Attendance Date: 12/18/2023, 11:00 a.m.  
Reporter: Jamie Mackrell  
Location: VIDEOCONFERENCE - via Zoom

#7111.001  
Jaber, Sharif

| Description | Amount |
|---|---|
| **Deposition of Amjad S. Hamed**<br>Certified Copy - 51 pgs | 191.25 |
| **Mini/Condensed transcript, no charge**<br>**Transcript(s) emailed upon payment** | |
| **Invoice Total:** | 191.25 |

**DAUGHTERS HAS GONE GREEN!**

Daughters Reporting works remotely and we are always available.  
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.  
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

Invoice Number: 315998  
Invoice Date: 01/08/2024  
Amount Due: $191.25  
Amount Enclosed: $191.25  
**CREDIT CARDS ACCEPTED**  
  

Cardholder's Name: TSHG  
Card Number:  
Exp. Date: Phone:  
Billing Address:  
Zip: Security Code:  
Signature:

