# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
INTERIM CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

July 11, 2025

Jeffrey L Leavell
Austin B Borton
Jeffrey & Borton SC
723 S Main St
Racine, WI 53403

Daniel DeSouza
Copycat Legal PLLC
3111 N University Dr - Ste 301
Coral Springs, FL 33065

Griffin C Klema
Klema Law PL
PO Box 172381
Tampa, FL 33672

Re:     **Prepared Food Photos Inc v. Jaber et al**
        **Case No. 2:22-cv-00642-JPS**

Dear Litigants:

Today, I received the claimant's bill of costs in the above-captioned case, as provided for under Civil Local Rule 54 of the Eastern District of Wisconsin.

If the non-claiming party does not object to the bill of costs, it must promptly notify both the claimant and the court of that fact, in writing.

If the non-claiming party wishes to object to the bill of costs, it must serve its written objection, accompanied by a short memorandum, no later than **July 25, 2025.** If the claimant wishes to file a response to the non-claiming party's objection, it must serve its written response within **August 01, 2025.** Finally, if the non-claiming party wishes to file a reply in support of its objection, it must serve that written reply within **August 08, 2025.**

The Clerk of Court will tax costs based on the written memoranda.

Very truly yours,

LINDA M. KLEMM
Interim Clerk of Court

By:B. Xiong
Deputy Clerk