IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

NOFAL LLC d/b/a FOOD TOWN MART and
SHARIF JABER,

    Defendants.

## PLAINTIFF'S RESPONSE TO JABER'S BILL OF COSTS

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this response to defendant Sharif Jaber's ("Jaber") Bill of Costs [D.E. 84].

1. As the Bill of Costs seeks only the cost of deposition transcripts necessarily obtained for use in this litigation, Plaintiff does not object to the taxation, in Jaber's favor, of the $416.25 that the Bill of Costs seeks.

        Respectfully submitted,

Dated: July 25, 2025.        COPYCAT LEGAL PLLC
        3111 N. University Drive
        Suite 301
        Coral Springs, FL 33065
        Telephone: (877) 437-6228
        dan@copycatlegal.com

        By: /s/ Daniel DeSouza
            Daniel DeSouza, Esq.

1
COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

Case 2:22-cv-00642-JPS    Filed 07/25/25    Page 1 of 2    Document 86

Florida Bar No. 19291

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza<br>
Daniel DeSouza, Esq.