# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,
    Plaintiffs,

v.

NOFAL LLC d/b/a FOOD TOWN MART
and SHARIF JABER,

    Defendants.
_____/

VIDEOCONFERENCE DEPOSITION
OF
AMJAD SHARIF HAMED

Taken on behalf of the Plaintiff via videoconference

DATE TAKEN:  Monday, December 18, 2023
TIME: 11:00 a.m. - 12:00 p.m.

Held remotely via videoconference

Examination of the witness taken before:
Jamie D. Mackrell, Court Reporter
Daughters Reporting, Inc.
101 Northeast 3rd Avenue
Suite 1500
Fort Lauderdale, Florida 33301

---

```
 1   APPEARANCES VIA VIDEOCONFERENCE:
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4   COPYCAT LEGAL PLLC
       DANIEL DESOUZA, ESQUIRE
 5   3111 North University Drive
       Suite 301
 6   Coral Springs, Florida 33065
       954-603-1340
 7   ddesouza@desouzalaw.com
 8
 9   ON BEHALF OF THE DEFENDANT:
10   TERSCHAN, STEINLE, HODAN & GANZER LTD
       W. TIMOTHY STEINLE, ESQUIRE
11   309 North Water Street
       Suite 215
12   Milwaukee, Wisconsin 53202
       414-258-1010
13   timothy.steinle@tshglaw.com
14
15
16
17
18
19
20
21
22
23
24
25
```

---

                  INDEX

Testimony of  AMJAD SHARIF HAMED

                      Page
Direct Examination by Mr. DeSouza        5

Certificate of Oath        48
Certificate of Reporter        49
Errata sheet        50
Read letter        51

        ----

---

          EXHIBITS
PLAINTIFF

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Meta Platforms Business Record | 13 |
| 2 | Facebook page screenshot | 17 |
| 3 | Facebook page screenshot | 21 |
| 4 | Second Amended Complaint | 28 |
| 5 | photo | 30 |
| 6 | photo | 33 |
| 7 | photo | 36 |
| 8 | photo | 38 |
| 9 | photo | 42 |
| 10 | photo | 44 |

Daughters Reporting, Inc.
Fort Lauderdale, Florida 954-755-6401

1    Videoconference deposition of AMJAD SHARIF HAMED
2 taken remotely before Jamie D. Mackrell, Court Reporter
3 and Notary Public in and for the State of Florida at
4 Large, in the above cause.
5        THE COURT REPORTER: Please raise your right
6    hand.
7        Do you swear or affirm that the testimony you
8 are about to give will be the truth, the whole truth, and
9 nothing but the truth?
10       THE WITNESS: Yes.
11       THE COURT REPORTER: Thank you.
12 Thereupon --
13        AMJAD SHARIF HAMED,
14 having been first duly sworn or affirmed, was examined and
15 testified as follows:
16        DIRECT EXAMINATION
17 BY MR. DESOUZA:
18    Q. Good morning, Mr. Hamed.
19    A. Good morning.
20    Q. Is that the proper way to pronounce your last
21 name? Is it Hamed?
22    A. Yes, sir.
23    Q. Thank you. Could you tell us your full name,
24 please?
25    A. First -- full name is Amjad Sharif Hamed.

1    Q. Your middle name is Sharif, S-H-A-R-I-F?
2    A. Yes, sir.
3    Q. And what is your current address, Mr. Hamed?
4    A. My current address is 2041 East Drexel Avenue.
5    Q. In what city?
6    A. Oak Creek, Wisconsin 53154.
7    Q. How long have you lived there?
8    A. About seven years now.
9    Q. Do you live there with anybody else?
10   A. Yes.
11   Q. Who?
12   A. I live there with my parents and my brothers.
13   Q. Is one of your parents Sharif Jaber?
14   A. Yes.
15   Q. Now, we are here in connection with a lawsuit
16 that was brought by my client, Prepared Food Photos, and
17 one of the Defendants in that lawsuit is Sharif Jaber. Is
18 that your father?
19   A. Yes, he is.
20   Q. Okay. Have you had a chance to discuss this
21 lawsuit with your father?
22   A. No, sir.
23   Q. Okay. Has he told you anything about this
24 lawsuit?
25   A. No, sir.

1    Q. Has he told you what it's about at all?
2    A. All he told me was that about -- when it first
3 started, he told me that we were getting sued for the
4 pictures on Facebook of some fresh chicken.
5    Q. Okay. Has he told you anything else about either
6 the lawsuit or this deposition?
7    A. No, sir.
8    Q. Okay. Am I correct that you recently got married
9 just a few weeks ago?
10   A. Yes, sir. About a couple months ago.
11   Q. Congratulations on that.
12   A. Thank you, sir.
13   Q. Do you have any plans to move out of your
14 parents' house now that you are married?
15   A. Pretty soon I'll be looking into it.
16   Q. But you don't have any immediate plans or
17 location to go to at the moment?
18   A. No, sir.
19   Q. Okay. Have you ever had a deposition taken
20 before?
21   A. No, sir.
22   Q. Okay. Where do you currently work, Mr. Hamed?
23   A. I work at Food Town.
24   Q. Food Town?
25   A. Yes, sir.

1    Q. When you say Food Town, that's a supermarket?
2    A. Yes, sir.
3    Q. Are you there now? Are you there at the Food
4 Town?
5    A. I'm here now. I'm upstairs in the office.
6    Q. Okay. What's the address of the Food Town that
7 you are at?
8    A. 3217 West Villard Avenue, Milwaukee, Wisconsin
9 53209.
10   Q. How long have you worked at Food Town?
11   A. Approximately three years.
12   Q. When I say Food Town, just to make sure we're
13 clear, we are talking about the address of 3217 West
14 Villard. Okay?
15   A. Yes, sir.
16   Q. Are you aware of any other Food Town Marts that
17 are in the Milwaukee area?
18   A. Food Town Marts? I don't know if they are all
19 called Food Town Mart, but I know there is another Food
20 Town in the area.
21   Q. Is it called Villard Food Town to your knowledge?
22   A. There is one called Villard Food & Liquor.
23   Q. Got it. Is that one located somewhere near where
24 you guys are?
25   A. It's about 20 blocks down from here.

Daughters Reporting, Inc.
Fort Lauderdale, Florida  954-755-6401
Case 2:22-cv-00642-JPS    Filed 07/30/25    Page 2 of 21    Document 87-3

1    Q. To your knowledge, does anyone in your family own
2  that business?
3    A. No, sir.
4    Q. The business that you have worked at, the Food
5  Town business, has it always had the same name as long as
6  you worked there?
7    A. As long as I worked here it should, yes.
8    Q. I've seen Food Town Mart and I have seen Villard
9  Food Town. Are those both names for the same business?
10    A. Well, Villard Food Town was the name before I
11  started working here.
12    Q. So it was Villard -- I'm going to keep saying
13  Villard, but that's just the way my pronunciation is. It
14  was Villard Food Town previously, correct?
15    A. Yes.
16    Q. Now it is Food Town Mart?
17    A. Yes.
18    Q. Do you recall when that change occurred?
19    A. I don't remember.
20    Q. Okay. But to your knowledge, whether it was
21  Villard Food Town or Food Town Mart, it has always operated
22  at that same address of 3217 West Villard, correct?
23    A. Yes.
24    Q. What is your position with the Food Town Mart?
25    A. I'm the floor manager.

1    Q. Floor manager?
2    A. I'm in charge of ordering, in charge of opening
3  the store, closing the store on my days that I work,
4  making sure that everything is in order.
5    Q. And has that stayed the same roughly when you
6  started working there three years ago?
7    A. No. When I first started I was a shelf stocker
8  for a little while.
9    Q. You said it's been about three years. Does that
10  go back to roughly 2020?
11    A. Yeah, 2020.
12    Q. Do you recall when in 2020 you started with Food
13  Town Mart?
14    A. I do not remember exactly when.
15    Q. Okay. But just to narrow it down, you're pretty
16  sure it was 2020, not 2019 when you started?
17    A. Am I pretty sure? Could've been maybe at the
18  end of 2019, beginning of 2020. I'm not sure, to be
19  honest with you.
20    Q. Okay. To your knowledge, does Food Town Mart
21  have a website?
22    A. Do we have a website? No.
23    Q. What about social media? Things like Facebook or
24  Twitter? Instagram? Any of that?
25    A. I know we have a Facebook.

1    Q. It has a Facebook?
2    A. Yup.
3    Q. What's the Facebook for Food Town Mart?
4    A. I believe it's called Food Town Mart.
5    Q. It's called Food Town Mart?
6    A. Yes, sir.
7    Q. To your knowledge, how long has Villard Food
8  Town, Food Town Mart had this Facebook page?
9    A. To my knowledge, I mean when I started working
10  here it was already up there.
11    Q. One of the Defendants in this lawsuit is named
12  Nofal LLC, doing business as the Food Town Mart. Do you
13  recognize that name, "Nofal"?
14    A. Nofal?
15    Q. Yes.
16    A. Yes, I do.
17    Q. Does it have any meaning? Does it relate to some
18  person?
19    A. It's my brother.
20    Q. It's your brother. Is your brother's name Nofal?
21    A. Yes, it is.
22    Q. And is he an older brother or younger brother?
23    A. My older brother.
24    Q. Do you have any idea why the business is owned by
25  Nofal LLC?

1    A. I do not know.
2    Q. Do you know if Nofal LLC is owned by your
3  brother?
4    A. I do not know.
5    Q. To your knowledge, the store itself, the Food
6  Town Mart there on West Villard Avenue, is that owned by
7  your father?
8    A. To my knowledge, yes, it is.
9    Q. To your knowledge, do you know whether it's owned
10  by any other person?
11    A. I don't know.
12    Q. Do you have an email address that you've used
13  over the last few years?
14    A. Yes, I do.
15    Q. What email address have you used over the last
16  few years?
17    A. My first name, period, my last name, the numbers
18  313 at yahoo.com.
19    Q. Okay. Have you ever used
20  amjad.hamed23@yahoo.com?
21    A. That was a long time ago. I forgot the
22  password, so that's what made me make this new one.
23    Q. Okay. Do you know what email address your
24  brother has used?
25    A. I do not know.

1    Q. Have you ever seen an email address
2  nofal.hamed@ymail.com?
3    A. Personally? No, sir.
4    Q. What about falfal0@gmail.com?
5    A. No.
6    Q. Is your brother's last name Hamed as well?
7    A. Yes, it is.
8    (Exhibit No. 1 was marked for identification.)
9  BY MR. DESOUZA:
10    Q. All right. I'm going to mark this as Exhibit 1
11  for today's deposition. Do you see that on your screen,
12  sir?
13    A. Yes, sir.
14    Q. This document I'm identifying it as Exhibit 1 for
15  today's deposition. Mr. Hamed, I will just represent to
16  you that this is a document that we received from Facebook.
17  We sent a subpoena to Facebook asking Facebook to give us
18  information about the ownership of this Facebook account,
19  the Villard Food Town or Food Town Mart Facebook. You see
20  it says "Account Identifier: Villard Food Town." Do you
21  see that?
22    A. Yes.
23    Q. And that Facebook says the registered email
24  address -- there is two of them. One was that yahoo email
25  address. Another is one is Facebook email address. Do you

1  see those?
2    A. Yes, sir.
3    Q. And you told me that amjad.hamed23@yahoo.com is
4  an email address that you've previously used, correct?
5    A. Yes, it is.
6    Q. And when did you stop using that email address?
7    A. When I forgot the password.
8    Q. Do you recall about how long ago that was? Last
9  year? Two years ago?
10    A. I don't know. No. I don't remember, to be
11  honest with you.
12    Q. Okay. Also you see where it says "credit cards,"
13  and it has a Visa credit card?
14    A. Yeah. Uh-huh.
15    Q. The last four digits are 3797. Do you see that?
16    A. Yes.
17    Q. Do you recognize that credit card number?
18    A. Personally, I do not. Could've been mine from a
19  while ago. I just don't remember.
20    Q. But as of today, you don't believe you have a
21  credit card that ends in 3797?
22    A. No, sir.
23    Q. And you don't know whether that's your credit
24  card, or perhaps some other member of your family, correct?
25    A. Yes.

1    Q. Was there ever a point in time, Mr. Hamed, that
2  you were in control of posting content to the Villard Food
3  Town Facebook page?
4    A. Yes.
5    Q. Okay. I'm going to take this down. Tell me how
6  that came about. How did you go from a guy who's stocking
7  shelves to a guy who's in control of the Facebook account?
8    A. My older brother, when he used to work here, he
9  was the one in charge of it. When he did stop working
10  here, he gave me control of it. He logged it in for me,
11  and I went from there.
12    Q. Okay. Do you recall if that was towards the
13  beginning of when you started to going back to sometime in
14  2020, or sometime more recent?
15    A. It wasn't more recent. It was probably around
16  that time when I first started.
17    Q. What did your brother Nofal do for the company?
18  Was he floor manager before you started, or was he
19  something else?
20    A. Well, he was pretty much -- yeah, pretty much
21  did what I do now. He was in charge of everything.
22    Q. What does your father do for the company?
23  Whether it's day-to-day or whether it's overall, if you
24  could help me out.
25    A. Yeah. He is the one that -- he would be our

1  boss. So he is the one that comes in, he makes the orders
2  for the store. He is the one that's in charge of the
3  accounting, the money, and stuff like that.
4    Q. What does Villard Food Town or Food Town Mart
5  sell? Is it general grocery products?
6    A. We sell some -- the things that you would find
7  in a general grocery store, food, meat, toilet paper,
8  paper towel, cleaning products, juices, sodas, things like
9  that.
10    Q. Has that changed at all since you started there
11  three years ago?
12    A. No, sir.
13    Q. Like is there products that you used to sell that
14  you don't sell now, or different lines of business today
15  than when you first started?
16    A. No, sir.
17    Q. I believe your father had a deposition in this
18  case, and he testified that there is -- I think you offer
19  check cashing there; is that correct?
20    A. Yes, we do.
21    Q. Is there any other services besides check cashing
22  that you offer there at the store?
23    A. Bill payments, money orders.
24    Q. All right. And I think your father said that you
25  sell cellphones or cellphone plans; is that right?

1    A.  Yes.
2    Q.  Okay.  Which is it?  Is it both?  Do you sell the
3  phones and the plans?
4    A.  Yeah.  The phones with the plans.
5    Q.  Phones with the plans.  Do you know who the
6  service provider is?  Is it Boost Mobile?  Verizon?
7    A.  Boost Mobile.
8    Q.  It's always been Boost Mobile, correct?
9    A.  As far as to my knowledge, yes.  Might have been
10  something before, but I don't know.
11    Q.  Well, right.  Let me just make sure I clarify.
12  I'm assuming, but tell me if I'm wrong, you really only
13  know about the goings-on at the store since you started
14  sometime in 2020; is that right?
15    A.  Yes, sir.
16    Q.  You didn't have any real involvement in the store
17  prior to 2020, correct?
18    A.  To my knowledge, no.
19    Q.  Okay.  Right.  So to the extent I'm asking you
20  questions, sir, it's really just based on what you know.  I
21  don't want you to guess as to what was happening before
22  you.  Okay?
23    A.  All right.
24    (Exhibit No. 2 was marked for identification.)
25  BY MR. DESOUZA:

1    Q.  So I'm going to go ahead and mark this as Exhibit
2  2.  This is a screenshot of the Food Town Mart Facebook
3  account.  Do you see that on the screen, sir?
4    A.  Yes, sir.
5    Q.  This is just a screenshot of the top of the
6  Facebook page, and you see it says "Food Town Mart,"
7  correct?
8    A.  Yup.
9    Q.  And it looks like there is a profile photo that
10  says "Villard Food Town."  Is that the old sign there was
11  at the property?
12    A.  Yes, sir.
13    Q.  And this photo, looks like of the exterior of the
14  business, that is the business at 3217 West Villard,
15  correct?
16    A.  Yes, sir.
17    Q.  And here at intro it says "grocery store with
18  full line grocery and fresh meat.  We accept food stamps
19  and WIC, check cashing, a" -- you see that, right?
20    A.  Yes.
21    Q.  Did you write any of this contents that's on
22  Facebook?
23    A.  No, sir.
24    Q.  So those descriptions were there before you took
25  over the Facebook account, correct?

1    A.  Yes, sir.
2    Q.  And do know if the name on the Facebook account
3  had changed from Villard Food Town to Food Town Mart at
4  some point as well?
5    A.  I don't know.
6    Q.  To your knowledge, from your knowledge of the
7  Facebook account, has it always said Food Town Mart as the
8  account?
9    A.  Yes, sir.
10    Q.  Now, if you see on this exhibit, the last post
11  that was made by Food Town Mart was July 3, 2022.  Do you
12  see that?
13    A.  Yes, sir.
14    Q.  And it looks like it's just advertising that "we
15  have fresh chicken wings on sale," correct?
16    A.  Yes.
17    Q.  Who is the person who's actually making these
18  posts?  So someone's logging into the Food Town Mart
19  account posting about the chicken wings that were on sale?
20    A.  I posted it.
21    Q.  That was you?
22    A.  Yes, sir.
23    Q.  Was there any other person that had access to the
24  Facebook account to make those postings during the time
25  that you were working there?

1    A.  Yes.
2    Q.  Okay.  Who else?
3    A.  My brother, Nofal.
4    Q.  Okay.  But he stopped working for the company at
5  some point, correct?
6    A.  Yes.
7    Q.  Do you recall when that was?
8    A.  I don't remember.
9    Q.  Okay.  But other than -- well, let me back that
10  up.  When your brother left the company, did he also stop
11  making postings on the Food Town Mart Facebook page?
12    A.  No, sir.  He kept -- because I would ask him for
13  some advice sometimes on how to post, because he was the
14  one in charge before I was.
15    Q.  So even after your brother left, he may have
16  still posted some of the Food Town Mart postings, correct?
17    A.  Yes, sir.
18    Q.  Do you know, as you sit here, any particular
19  posting that your brother did rather than you after the
20  time that you took over?
21    A.  No, sir.
22    Q.  And if you see on this page it says the address
23  is 3217 West Villard, and you told me earlier that address
24  hasn't changed since you have been working there, correct?
25    A.  Yes, sir.

Daughters Reporting, Inc.
Fort Lauderdale, Florida  954-755-6401
Case 2:22-cv-00642-JPS    Filed 07/30/25    Page 5 of 21    Document 87-3

1    Q.  Okay.  Let me take that down.

2         Now, when this first arose, this issue first

3    arose with my client, your father told you it concerned

4    some posting of a food item on the Facebook page, correct?

5    A.  Yes, sir.

6    Q.  Did he tell you what the photo was of?

7    A.  Fresh chicken.

8    Q.  I'm sorry.  What?

9    A.  I think it was fresh chicken.

10   Q.  Fresh chicken?

11   A.  Chicken wings, something along those lines,

12   yeah.

13   (Exhibit No. 3 was marked for identification.)

14   BY MR. DESOUZA:

15   Q.  I'm going to go ahead and show you what we'll

16   mark as Exhibit 3 for the deposition.  Do you see that up

17   on the screen, sir?

18   A.  Yes, sir.

19   Q.  I believe that Exhibit 3 is another one of these

20   posts the Villard Food Town Facebook account, and it's

21   dated September 28, 2020.  Do you see that?

22   A.  Yes, sir.

23   Q.  And there are three photos there.  Looks like one

24   is of pork chops, one is of ribs, and one is of chicken

25   legs, correct?

1    A.  Uh-huh.

2    Q.  I'm sorry, sir.  I know it's your first

3    deposition, but for the court reporter's benefit, if you

4    could avoid the uh-huh.  You have to give me a yes or a no

5    just so she can write it down.  Okay?

6    A.  Yes.

7    Q.  So it's three photos there that appear to be one

8    of pork chops, one of some type of ribs, and one of chicken

9    wings, correct?

10   A.  Yes, sir.

11   Q.  This September 28, 2020 posting, do you believe

12   you were in control of the Facebook page at that time?

13   A.  Yes, sir.

14   Q.  Do you know whether this is a posting that you

15   made to the Facebook account, or that your brother --

16   A.  Yes, sir.  I posted this, yes.

17   Q.  You posted this?

18   A.  Yes.

19   Q.  And as of September 28, 2020, you were employed

20   by the Food Town Mart, correct?

21   A.  Yes, sir.

22   Q.  Do you know whether you were floor manager as of

23   that point, or some other position?

24   A.  At that point, I'm not sure.  I can't remember

25   back that far.

1    Q.  Now, how do you go about getting the information

2    for posting that chicken drumsticks are 99 cents a pound,

3    the spareribs are 1.99 pound?  Does someone give you that

4    information to post, or are you coming up with this

5    information yourself?

6    A.  No.  Someone was giving me information.

7    Q.  Who would be giving you that information?

8    A.  Either the butcher that works here, or my

9    father.

10   Q.  In this particular posting, do you recall whether

11   it was the butcher or your father that gave you the

12   information to post?

13   A.  I don't remember.

14   Q.  Did your father give you any instructions in

15   terms of running the Facebook page in terms of what you

16   could do, what you couldn't do, anything like that?

17   A.  No, sir.

18   Q.  How did you go about getting the photographs for

19   purposes of making these postings, this one in particular?

20   A.  On Google.

21   Q.  Just tell me if I'm right.  You go on Google, do

22   a search for pork chops, or chicken wings, something like

23   that?

24   A.  Yes, sir.

25   Q.  And then you would look at the images that come

1    up, and find one that looks good, and use that photo on the

2    Facebook page; is that right?

3    A.  Yes, sir.

4    Q.  Okay.  Do you know, as you sit here, whether you

5    ever went to the actual websites, or did you just look at

6    the Google image result?

7    A.  I just searched up the Google images, and then I

8    copy and paste.

9    Q.  So for the images that are in this posting, this

10   September 28, 2020 posting, do you know what website the

11   images were actually posted on?

12   A.  No, sir.

13   Q.  Do you understand what I mean by that when I say

14   the website they were posted on?

15   A.  You mean like Google?

16   Q.  Well, you do a search on Google, and it shows you

17   a number of thumbnails for pork chops or chicken, correct?

18   A.  Yeah.

19   Q.  Do you understand that those images are not

20   actually on Google's website, but Google is showing you

21   where they are on some other website online?  It might be

22   on this website.  It might be on that website.  Do you

23   understand that?

24   A.  The only pictures I found were on Google images.

25   Q.  So you found it on Google images, and then you

6 (Pages 21 to 24)

Daughters Reporting, Inc.
Fort Lauderdale, Florida 954-755-6401
Case 2:22-cv-00642-JPS    Filed 07/30/25    Page 6 of 21    Document 87-3

1  clicked on the image, correct?
2      A.  Yes.
3      Q.  And did you click through to go to whatever
4  website Google was directing you to?  So, for example, if
5  the pork chop photo was on porkchoplovers.com, did you
6  actually go to the end website and find the photo there, or
7  did you just copy from Google images?
8      A.  As far as I remember, I just copied it through
9  Google images.
10     Q.  How did you go about copying the photos from
11 Google images?  Did you just take a screenshot?  Did you do
12 something else?
13     A.  It was either a screenshot or I press -- or you
14 could press -- I believe you could press and hold and save
15 the photo through Google.
16     Q.  Okay.
17     A.  Through your phone.
18     Q.  Did your father ever give you any instructions
19 about how to find photographs for the Facebook page, or
20 where to find photographs for the Facebook page?
21     A.  No, sir.
22     Q.  Did your brother ever give you those
23 instructions?
24     A.  No.
25     Q.  To your knowledge, was your process of finding

1  photographs the same as your brother's process?
2      A.  No, sir.
3      Q.  Other than you and your brother, are you aware of
4  anyone else who during your time of working there has
5  access to or control of the Facebook page?
6      A.  No, sir.
7      Q.  So I guess to ask it a different way.  Any one of
8  the postings from the time you started working at Food Town
9  Mart through today would have had to be made by either
10 yourself or your brother, correct?
11     A.  Yes, sir.
12     Q.  Okay.  I'm going to take that down for a moment.
13     If we could just go back to Exhibit 2 for a
14 moment, Mr. Hamed.  You see that the last post is July 3,
15 2022, correct?
16     A.  Yes, sir.
17     Q.  Is there any reason why there hasn't been any
18 updates to the Facebook page since July 3, 2022?
19     A.  No, sir.  I just -- I'm not really a technical
20 guy who knows how to do these kind of things on the
21 phones.  To me, it wasn't making an impact while I was
22 posting or advertising for people to see.  It wasn't
23 making an impact on our sales.  So to me it really didn't
24 matter whether I posted on Facebook or if I didn't, it's
25 still the same.

1      Q.  Do you still have the ability to log into the
2  Facebook account as of today?
3      A.  Yes, sir.
4      Q.  Have you logged into the Facebook account since
5  July 3, 2022?
6      A.  Yes, sir.
7      Q.  And to your knowledge, have you removed any
8  photographs from the Facebook page since July 3, 2022?
9      A.  No, sir.
10     Q.  Has your father asked you to remove any
11 photographs from the Facebook page since July 3, 2022?
12     A.  Not that I recall.
13     Q.  If your father -- let me just clarify.  Your
14 father is essentially the boss at the Food Town Mart,
15 correct?
16     A.  Yes, sir.
17     Q.  And if your father had asked you to remove any of
18 the photographs from the Facebook page, you would have done
19 so, correct?
20         MR. STEINLE:  Object to the form.
21     A.  Yes.
22         MR. STEINLE:  Answer can stand.
23 BY MR. DESOUZA:
24     Q.  I'm sorry.  You said "yes," correct?
25     A.  What was that?

1      Q.  Mr. Hamed, you said yes to my question; is that
2  right?
3      A.  Yes.
4          MR. DESOUZA:  Okay.  Just for your purposes,
5      Mr. Hamed, since you haven't done this before.
6      Sometimes lawyers will make an objection to a
7      question.  For the most part, they are legal
8      objections just for purposes of the judge for later
9      on.  You would still answer the question.
10     Mr. Steinle is just preserving for later.  Okay?
11         THE WITNESS:  Okay.
12     (Exhibit No. 4 was marked for identification.)
13 BY MR. DESOUZA:
14     Q.  Okay.  Mr. Hamed, I'm going to show you what
15 we'll mark as Exhibit 4.  This is a copy of the Second
16 Amended Complaint in this lawsuit.  Basically that's fancy
17 lawyer talk for this is the document by which my client is
18 suing Nofal LLC and your father, Mr. Jaber.  Okay?
19     A.  Okay.
20     Q.  So I'm going to scroll down.  According to this
21 document at least, the photograph at issue in this lawsuit
22 is this photograph of pork chops.  Do you see that?
23     A.  Yes, sir.
24     Q.  Paragraph 12 of the Complaint, right?
25     A.  Uh-huh.

7  (Pages 25 to 28)

1    Q.  And that is one of the photographs that we just
2  saw in Exhibit 3, correct?
3    A.  Yes, sir.
4    Q.  In fact, if I scroll down where it describes the
5  alleged use by Nofal LLC, it shows us that same September
6  28, 2020 Facebook post, correct?
7    A.  Yes, sir.
8    Q.  As you sit here today, other than somewhere on
9  Google images, do you have any idea as to the specific
10  website that the pork chop photo was on?
11    A.  No, sir.
12    Q.  Do you have any idea as you sit here today what
13  specific search you put into Google images to find that
14  photo?
15    A.  Fresh pork chops.
16    Q.  Okay.  As you sit here today, you don't know
17  whether it was your father or the butcher at the store that
18  asked you to make this September 28, 2020 posting, correct?
19    A.  I don't recall.
20    Q.  Is it the same butcher today as it was back in
21  2020?
22    A.  No, sir.
23    Q.  Do you recall the name of the butcher back at the
24  time this posting was made in September of 2020?
25    A.  No, sir.

1    Q.  Okay.  Well, I'm assuming by virtue of the fact
2  that we are looking at raw pork chops and chicken, that
3  Food Town Mart does sell raw meat, correct?
4    A.  Yes, sir.
5    Q.  Are you familiar with what a hookah is?
6    A.  A what?
7    Q.  Are you familiar with what a hookah is?
8  H-O-O-K-A-H?
9    A.  Yes, sir.
10    Q.  What is a hookah?
11    A.  A smoking device I believe it would be called.
12  Something you could smoke tobacco out of.
13    Q.  Is it usually like a glass item?
14    A.  Not the whole thing.  There is glass pieces to
15  it.
16    Q.  Okay.  Are you aware of whether Food Town Mart
17  has ever sold hookahs in the store?
18    A.  No, sir.
19    Q.  I'm sorry.  You said "no, sir"?
20    A.  Yeah.  Yes.
21    (Exhibit No. 5 was marked for identification.)
22  BY MR. DESOUZA:
23    Q.  Let me go ahead and mark this as Exhibit 5.  Do
24  you see Exhibit 5 on the screen, sir?
25    A.  Yes, sir.

1    Q.  Exhibit 5 is another screenshot.  It appears to
2  be actually a screenshot from your Facebook page sharing a
3  post from Food Town Mart dated January 6, 2021.  Is that
4  right?
5    A.  Yes, sir.
6    Q.  Okay.  This photo that we are looking at in
7  Exhibit 5, does that appear to be the inside of the Food
8  Town Mart store on 3217 West Villard?
9    A.  Yes, sir.
10    Q.  Because I've never been there.  I'm here in
11  Florida.  What area of the store am I looking at based on
12  this photo?
13    A.  I mean, the corner part of the store when you
14  walk in.  It's like the first time that you -- not the
15  first thing, but once you walk in through the door,
16  there's the registers.  You just keep going straight,
17  there will be a section for the check cashing spot.  It
18  would be around that area.
19    Q.  Okay.  And in this post it says "glow-in-the-dark
20  hookah.  Limited time supply.  First come first serve."
21  Correct?
22    A.  Yes, sir.
23    Q.  Is this an item that was being sold at the Food
24  Town Mart, at least back in January of 2021?
25    A.  Most likely.

1    Q.  Well, let me ask it a different way.  You
2  wouldn't have posted on the Facebook page with a first come
3  first serve if it wasn't being sold at the store, correct?
4    A.  Yes, sir.
5    Q.  And I've never smoked at all in my life,
6  certainly not out of a hookah.  But does this appear to be
7  a hookah that was for sale at the Food Town Mart store?
8    A.  Yes, sir.
9    Q.  And there's some other products here.  There's
10  like a cylinder sitting on top of the desk.  Do you see
11  that?
12    A.  Yes, sir.
13    Q.  On top of the counter?
14    A.  Yup.
15    Q.  What is that, if you can recognize it?  I don't
16  know what those are.
17    A.  That's the hookah tobacco.
18    Q.  That's the tobacco for purposes of the hookah?
19    A.  Yes, sir.
20    Q.  And it looks like there are other round cylinders
21  inside the glass cabinet; is that right?
22    A.  Yes, sir.
23    Q.  Those would all be hookah tobaccos?
24    A.  Yes, sir.
25    Q.  Okay.  Thank you.  That last Exhibit 5 that we

1 just looked at in January of 2021, do you know whether that
2 would be you or your brother that would have posted that?
3     A.  I don't recall.
4     Q.  But one or the other, correct?
5     A.  Yes, sir.
6     Q.  How often does your father come to the store, to
7 the Food Town Mart there?
8     A.  Five days a week.
9     Q.  Five days a week?  I'm sorry.  You said five days
10 a week, yes?
11     A.  Sometimes seven.  Some days five.  Some weeks --
12 depends on the week.
13     Q.  When he is there, is he generally there
14 full-time, like he is putting in a full day?
15     A.  He puts in about seven or eight hours.
16     Q.  Okay.  Does your father just stay in the one part
17 of the store, or does he walk all around?
18     A.  Depending on the day.  Depends on how busy we
19 are.  Depends if he needs to be inside the office or if he
20 needs to be up in front of the store.
21     Q.  But certainly you would think your father is
22 familiar with the layout of the store, the products that it
23 sells, correct?
24     A.  Yes, sir.
25     (Exhibit No. 6 was marked for identification.)

1 BY MR. DESOUZA:
2     Q.  Okay.  Mark this as Exhibit 6.  Exhibit 6 is
3 another screenshot it appears of a post you shared from
4 Food Town Mart also on January 16, 2021.  Do you see that?
5     A.  Yes, sir.
6     Q.  What am I looking at in Exhibit 6, if you could
7 tell me?
8     A.  That's a glass hookah.
9     Q.  It's another glass hookah?
10     A.  Yes, sir.
11     Q.  Was this a product that was being sold out of the
12 Food Town Mart in January of 2021?
13     A.  Most likely, yes, sir.
14     Q.  Are these decorative hookahs, or is this
15 something that I could actually smoke the tobacco product
16 out of it?
17     A.  It depends on how you want to use it.  You can
18 use it as a decoration.  You can use it to smoke tobacco
19 out of.
20     Q.  Have you ever heard of these hookahs referred to
21 as gift boxes?
22     A.  Yes, sir.
23     Q.  In what context would I call this a gift box?
24     A.  What context?  I don't know what you mean by
25 that.

1     Q.  Well, you agree that if I wanted to smoke this
2 tobacco product using this hookah I could, correct?
3     A.  Yes, sir.
4     Q.  So it has a function if I want it to function as
5 a hookah, correct?
6     A.  Yes, sir.
7     Q.  In what way could I call this a gift box?  I
8 mean, is this something that I could put stuff inside of?
9 How would I call this a gift box?
10     A.  Because people use it as a decoration.  People
11 give it to other people as a decoration for their homes.
12 You can give it to somebody as a gift for Christmas, for
13 their birthday.
14     Q.  I guess, so we are on the same page, maybe I'm
15 thinking of something different when I say gift boxes than
16 what you are thinking.  Okay?
17     A.  Okay.
18     Q.  We both agree you can give this item as a gift to
19 someone else, correct?
20     A.  Yes.
21     Q.  Okay.  Now, when I say gift box, I typically
22 think of an item that I can put other things inside of.
23 And I guess other than tobacco, can you think of anything
24 else that people would put inside this to make it a gift
25 box?

1     A.  I think you could put a lot of things, because
2 hookahs are pretty much an open concept.  You could put
3 anything you want in there.
4     Q.  Okay.  I'm going to go ahead and take that down.
5         So we know in January of 2021 there were at
6 least two different types of hookahs that the store was
7 selling, correct?
8     A.  Yes, sir.
9     Q.  What about today?  Does the store still sell
10 hookahs today?
11     A.  Today?  No.
12     Q.  When did it stop selling hookahs to your
13 knowledge?
14     A.  I don't recall.
15     Q.  What about the tobacco for the hookahs, does it
16 still sell that?
17     A.  Yes, sir.
18     Q.  Do you know why the store stopped selling hookahs
19 at some point?
20     A.  I do not know.
21     (Exhibit No. 7 was marked for identification.)
22 BY MR. DESOUZA:
23     Q.  I'm going to mark this as Exhibit 7, sir.
24 Exhibit 7 is another screenshot.  It's dated January 30,
25 2021.  Do you see that?

Daughters Reporting, Inc.
Fort Lauderdale, Florida 954-755-6401

1    A.  Yes, sir.
2    Q.  And this is saying "congratulations to today's
3  hookah raffle winners."  Do you see that?
4    A.  Yes, sir.
5    Q.  To your knowledge, are these two people that won
6  like a raffle for hookahs from the Food Town Mart store?
7    A.  Yes, sir.
8    Q.  Do you know who took this photo?  Was it you?
9  Was it somebody else?
10    A.  I took these photos.
11    Q.  You took these photos.  Got it.
12    A.  Yes, sir.
13    Q.  Given that you took the photos, I assume you
14  recognize the background behind these two individuals,
15  correct?
16    A.  Yes, sir.
17    Q.  Okay.  Were these photos taken at the Food Town
18  Mart at 3217 West Villard?
19    A.  Yes, sir.
20    Q.  I guess behind this lady, you see there's these
21  red signs that are hanging up in the background.  Do you
22  see those?
23    A.  Yes, sir.
24    Q.  Are those signs still there today at the Food
25  Town Mart?

1    A.  Yes, they are.
2    (Exhibit No. 8 was marked for identification.)
3  BY MR. DESOUZA:
4    Q.  I'm going to share with you, sir, what we'll mark
5  as Exhibit 8 to today's deposition.  This is an April 14,
6  2021 post on Food Town Mart.  Do you see that?
7    A.  Yes, sir.
8    Q.  And here in April of 2021 it's saying "new
9  hookahs just arrived only at Food Town on Villard,"
10  correct?
11    A.  Yes, sir.
12    Q.  So do you agree with me that as of April 14, 2021
13  Food Town Mart was still selling hookahs, correct?
14    A.  Yes, sir.
15    Q.  And, again, these would all be photographs of
16  hookahs that were actually being sold at the store,
17  correct?
18    A.  Yes, sir.
19    Q.  Was your father aware that the store was selling
20  these hookahs in this area of the store?
21    MR. STEINLE:  I object to the form.  Answer it
22  if you can.
23  BY MR. DESOUZA:
24    Q.  Let me ask you a different question.
25    The counter where all of these photos are taken,

1  this is somewhere that it's prominently on display in the
2  store, correct?
3    A.  It's in a corner of the store.
4    Q.  Does your father ever work in that corner of the
5  store?
6    A.  No, sir.
7    Q.  Have you ever seen him in that corner of the
8  store?
9    A.  Maybe walking past it, but never staying there.
10    Q.  Okay.  The hookahs that were being sold at the
11  store, were they kept up on the shelves you see behind
12  them?  Where were they kept?
13    A.  They were kept on that counter.
14    Q.  So anyone walking by if they were looking in that
15  direction could see the hookahs, correct?
16    A.  If you stop and look, yes.
17    Q.  How long --
18    A.  They --
19    Q.  I'm sorry.  Go ahead.
20    A.  They weren't hidden, but they weren't really the
21  most visible.  That corner is not really the hottest
22  corner.
23    Q.  As floor manager, are you responsible for keeping
24  track of what sells or doesn't sell at the store?
25    A.  Yes, sir.

1    Q.  Is there like an inventory list that you can see
2  what has sold and hasn't sold?
3    A.  Yes.
4    Q.  And would the hookahs be one item there that is
5  listed, like we've got 200 hookahs in stock and we sold 30
6  of them, something like that?
7    A.  Maybe back then, because we haven't sold hookahs
8  in a while.
9    Q.  At whatever time you were selling them, they
10  would have been on the inventory list?
11    A.  Yes, sir.
12    Q.  And that would be similar to any other items in
13  the store, like cereal, or cans of produce, anything like
14  that?
15    A.  Yes, sir.
16    Q.  Who has access to that inventory list?
17    A.  I do.
18    Q.  Does your father have access to it as well?
19    A.  If he wants to get into it, yes, he can.
20    Q.  How is it kept?  Is it on Excel?  Is it paper?
21  Is it Quick Books?  How do you keep track of the inventory?
22    A.  It's on an application on the computer in the
23  store.
24    Q.  Do you know what the application is called?
25    A.  What's that?

10 (Pages 37 to 40)

Daughters Reporting, Inc.
Fort Lauderdale, Florida  954-755-6401
Case 2:22-cv-00642-JPS    Filed 07/30/25    Page 10 of 21    Document 87-3

1    Q.  Do you know what the application is called?
2    A.  Not directly.  I do not know.
3    Q.  But it's electronic where you log in and you can
4  see what's in stock and what's sold?
5    A.  Yes, sir.
6       MR. DESOUZA:  Okay.  Let me go ahead and take
7  that down for you, sir.
8       By the way, Mr. Hamed, I don't think we are
9  going to be here for very long today, but if you need
10  to take a break, if you need to go to the restroom,
11  you know, let me know.  We can always take a
12  five-minute break just to stretch our legs out.
13  Okay?
14       THE WITNESS:  Yes, sir.  Okay.
15  BY MR. DESOUZA:
16    Q.  Have you ever sold speakers at the Food Town Mart
17  store?
18    A.  Yes, sir.
19    Q.  Yes, you have?
20    A.  Yes, sir.
21    Q.  What type of speakers?
22    A.  All different kinds, wireless, Bluetooth
23  speakers.
24    Q.  Are those sold in the same location generally as
25  the hookahs are kept?

1    A.  Yes, sir.
2    Q.  Do you still sell speakers today at the store, or
3  at least recently?
4    A.  Yes, sir.
5    (Exhibit No. 9 was marked for identification.)
6  BY MR. DESOUZA:
7    Q.  Let me go ahead and share what we'll mark as
8  Exhibit 9 for today's deposition.  Do you see that up on
9  the screen, sir?
10    A.  Yes, sir.
11    Q.  All right.  What am I looking at in Exhibit 9?
12    A.  This is a speaker attached to a hookah.
13    Q.  And this is another item that was for sale at the
14  Food Town Mart store?
15    A.  Yes, sir.
16    Q.  And as best as you can tell, the background to
17  this hookah is the store at 3217 West Villard, correct?
18    A.  Yes, sir.
19    Q.  Any of the photos on the Food Town Mart Facebook
20  page -- and let me go ahead and do this.  I'm going to
21  share with you my screen.  Up on the screen right now is
22  the actual Food Town Mart Facebook page live on the
23  internet.  Do you see it up here with the address up here?
24    A.  Yes, sir.
25    Q.  Okay.  Now, obviously there are a lot of posts on

1  this page going from July 2022 through whenever they go
2  back to, correct?
3    A.  Yes, sir.
4    Q.  For any of the photographs that are showing items
5  for sale, whether they are chicken, or hookahs, or
6  speakers, at least going back until you started working
7  there, those would all be photographs of things for sale at
8  the store at 3217 West Villard, correct?
9    A.  Yes, sir.
10    Q.  And to the extent that there are text postings --
11  for example, on April 20, 2022 there is this 4/20 sale
12  posting, correct?
13    A.  Yes, sir.
14    Q.  Those text postings also relate to items for sale
15  at 3217 West Villard, correct?
16    A.  Yes, sir.
17    Q.  To your knowledge, you have never utilized the
18  Food Town Mart Facebook page to advertise for some other
19  business, correct?
20    A.  No, sir.
21    Q.  So each of the postings on the Facebook page in
22  some way was for purposes of advertising the business at
23  3217 West Villard, correct?
24    A.  Yes, sir.
25       MR. DESOUZA:  So I know I volunteered to give

1  you a break, Mr. Hamed, but I'm actually going to
2  take a quick five-minute break.  I just want to go
3  through my notes and see what if anything else I need
4  to ask you today before I let you get back to work.
5  Okay?
6       THE WITNESS:  Okay.
7    (A recess was taken from 11:50 a.m. until 11:54 a.m.)
8    (Exhibit No. 10 was marked for identification.)
9  BY MR. DESOUZA:
10    Q.  Mr. Hamed, I took you to the actual Facebook page
11  just before.  But for purposes of the record, I'm going to
12  go ahead and mark as an exhibit -- what we'll mark as
13  Exhibit 10.  Exhibit 10 is a screenshot of the Facebook
14  page, again the Food Town Mart Facebook page, the photos
15  tab.  Do you see that?
16    A.  Yes, sir.
17    Q.  So these are all photographs that have been put
18  up or posted by the Food Town Mart Facebook account.  Okay?
19    A.  Yes, sir.
20    Q.  And do these all appear to be, at least going
21  back to when you started working there, photographs that
22  either you or your brother would have posted on the Food
23  Town Mart account?
24    A.  Yes, sir.
25    Q.  And again, to the extent we are looking at

11 (Pages 41 to 44)

Daughters Reporting, Inc.
Fort Lauderdale, Florida 954-755-6401
Case 2:22-cv-00642-JPS    Filed 07/30/25    Page 11 of 21    Document 87-3

1 photographs of cell phones, or tobacco products, or grocery
2 products, or speakers, these are all products that were
3 being sold at the 3217 West Villard address, correct?
4     A.  Yes, sir.
5     Q.  You mentioned earlier that either your father or
6 the butcher, to the extent you were posting photographs of
7 food items or raw meat items, would have been the person to
8 instruct you to put that up on Facebook, correct?
9     A.  Yes.  They would let me know when there is a
10 sale, and then I would post it.
11     Q.  Did your father or the butcher tell you to go put
12 that up on Facebook?
13     A.  No.  They told me that there is a sale.  I found
14 pictures, and I put it up.
15     Q.  Okay.  Was the butcher aware that you were
16 running the Facebook account for the store?
17     A.  Yes, sir.
18     Q.  Was your father aware that you were running the
19 Facebook account for the store?
20     A.  Yes, sir.
21     Q.  Has your father ever asked you to put any of the
22 content up on the Facebook page?
23     A.  No.  I usually put it in myself.
24     Q.  Did you ever show your father the content that
25 you put up on the Facebook?  Like, "hey, dad, here is what

1 I'm putting up there"?
2     A.  No, sir.
3     Q.  But he was aware that the Facebook page existed,
4 correct?
5     A.  Well, as far as I know, yes.  He's --
6     Q.  Well, your brother was aware that the Facebook
7 page existed because he was publishing content on there,
8 correct?
9     A.  Yes.  My dad's not a tech savvy guy.  He's not a
10 guy that knows how to go through all these things, so he
11 wouldn't.
12     Q.  Well, he wasn't putting the content on there,
13 right?
14     A.  No, sir.
15     Q.  But he was telling you when there was sales or
16 other items that were noteworthy, correct?
17     A.  Yes, sir.
18     MR. DESOUZA:  Okay.  Mr. Hamed, I think we're
19 done for the day.  In and out in an hour.
20     Unless Mr. Steinle has any questions to ask you,
21 I think we'll be done for the day.
22     MR. STEINLE:  I don't have any questions,
23 Counsel.  But if I could ask to have copies of the
24 exhibits, please.  I'm presuming the court reporter
25 doesn't have them, but you have them.  So if you --

1     MR. DESOUZA:  Yes.  I will send all the exhibits
2 to both Daughters Reporting and to you at the same
3 time.
4     MR. STEINLE:  Madam Reporter, did you do the
5 last one?  Do you have my contact information?
6     COURT REPORTER:  I'm not sure.  I took Sharif's
7 depo.
8     MR. STEINLE:  Same deposition order too.
9     COURT REPORTER:  Dan, are you ordering?
10     MR. DESOUZA:  Yes, I am.
11     Mr. Hamed, thank you for your time.
12     THE WITNESS:  Thank you.
13     COURT REPORTER:  Is he reading or waiving for
14 the record?
15     MR. DESOUZA:  Tim, I don't know that you are
16 formally here representing him.  But, Mr. Hamed,
17 under the law, you have a right to either read the
18 transcript before it's put into final form to see if
19 there was any errors that were made, or you can waive
20 that right and say I don't want to look at it again,
21 I'm good.  You just have to indicate for the court
22 reporter which one you want to do.
23     THE WITNESS:  I'd like to take a look at it.
24     (Videoconference concluded at 12:00 p.m.)
25

1             CERTIFICATE OF OATH
2
3     THE STATE OF FLORIDA
4     COUNTY OF BROWARD
5
6
7         I, the undersigned authority, certify that the
8 witness, AMJAD SHARIF HAMED, appeared before me via
9 videoconference on the 18th of December, 2023.
10
11     Signed this 18th of December, 2023.
12
13
14
15     _____
16     JAMIE D. MACKRELL, CSR
        Notary Public - State of Florida
17     Commission No. HH173501
        Expires:  September 8, 2025
18
19
20
21
22
23
24
25

12 (Pages 45 to 48)

Daughters Reporting, Inc.
Fort Lauderdale, Florida 954-755-6401
Case 2:22-cv-00642-JPS    Filed 07/30/25    Page 12 of 21    Document 87-3

1
2          REPORTER'S CERTIFICATE
3
4          I, Jamie D. Mackrell, Shorthand Reporter and
5   Notary Public in and for the State of Florida at Large, do
6   hereby certify that the foregoing transcript, Pages 1 to
7   and including 47, is a true and correct transcription of
8   my stenographic notes of the statement given by AMJAD
9   SHARIF HAMED via videoconference, on the 18th of December,
10  2023, commencing at 11:00 a.m.
11         I FURTHER CERTIFY that I am neither attorney nor
12  counsel for, nor related to or employed by, any of the
13  parties to the action in which this statement is taken;
14  and further that I am not a relative or employee of any
15  attorney or counsel employed by the parties hereto, or
16  financially interested in the action.
17         Dated this 5th of January, 2024.
18         _____
19         JAMIE D. MACKRELL, CSR
           Notary Public - State of Florida
20         Commission No. HH173501
           Expires:  September 8, 2025
21
22
23
24
25

1   January 5, 2024
    amjad.hamed313@yahoo.com
2
3     IN RE:  Deposition of Amjad Sharif Hamed
          Taken on: December 18, 2023
4         Prepared Food Photos et al vs. Nofal LLC et al
5
6   Dear Amjad Sharif Hamed,
7   This letter is to advise you that the deposition taken in
    the above-referenced case has been transcribed.  Please
8   contact our office 954-755-6401 to make arrangements to
    read and sign.
9
10  The original of this transcript has been forwarded to the
    ordering party and your errata, once received, will be
11  forwarded to all ordering parties for inclusion in the
    transcript.
12
      Sincerely,
13
14       _____
15       Jamie Mackrell, Court Reporter
         Daughters Reporting Inc.
16       101 Northeast 3rd Avenue
         Suite 1500
17       Fort Lauderdale, Florida 33301
         daughtersreporting@gmail.com
18
19
20
21  cc:  ddesouza@desouzalaw.com
22
23
24
25

1          ERRATA SHEET
2   In RE: PREPARED FOOD PHOTOS et al vs. NOFAL LLC et al
    CASE NO.: 2:22-cv-00642-JPS
3   DEPONENT: AMJAD SHARIF HAMED
4
5   Page No.:____  Line No.: ___ Change to:_____
6   Reason for change:_____
7
8   Page No.:____  Line No.: ___ Change to:_____
9   Reason for change:_____
10
11  Page No.:____  Line No.: ___ Change to:_____
12  Reason for change:_____
13
14  Page No.:___  Line No.: ___ Change to:_____
15  Reason for change:_____
16
17  Page No.:____  Line No.: ___ Change to:_____
18  Reason for change:_____
19
20  Page No.:____  Line No.: ___ Change to:_____
21  Reason for change:_____
22  Under the penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated are true.
23
24  _____
25  date              Name

**A**

**a.m** 1:17 44:7,7
  49:10
**ability** 27:1
**above-referen...**
  51:7
**accept** 18:18
**access** 19:23
  26:5 40:16,18
**account** 13:18
  13:20 15:7
  18:3,25 19:2,7
  19:8,19,24
  21:20 22:15
  27:2,4 44:18
  44:23 45:16,19
**accounting** 16:3
**action** 49:13,16
**actual** 24:5
  42:22 44:10
**address** 6:3,4
  8:6,13 9:22
  12:12,15,23
  13:1,24,25,25
  14:4,6 20:22
  20:23 42:23
  45:3
**ADLIFE** 1:4
**advertise** 43:18
**advertising**
  19:14 26:22
  43:22
**advice** 20:13
**advise** 51:7
**affirm** 5:7
**affirmed** 5:14
**ago** 7:9,10 10:6
  12:21 14:8,9
  14:19 16:11
**agree** 35:1,18
  38:12
**ahead** 18:1
  21:15 30:23
  36:4 39:19
  41:6 42:7,20
  44:12

**al** 50:2,2 51:4,4
**alleged** 29:5
**Amended** 4:7
  28:16
**Amjad** 1:12 3:3
  5:1,13,25 48:8
  49:8 50:3 51:3
  51:6
**amjad.hamed...**
  12:20 14:3
**amjad.hamed...**
  51:1
**answer** 27:22
  28:9 38:21
**anybody** 6:9
**appear** 22:7
  31:7 32:6
  44:20
**APPEARAN...**
  2:1
**appeared** 48:8
**appears** 31:1
  34:3
**application**
  40:22,24 41:1
**Approximately**
  8:11
**April** 38:5,8,12
  43:21
**area** 8:17,20
  31:11,18 38:20
**arose** 21:2,3
**arrangements**
  51:8
**arrived** 38:9
**asked** 27:10,17
  29:18 45:21
**asking** 13:17
  17:19
**assume** 37:13
**assuming** 17:12
  30:1
**attached** 42:12
**attorney** 49:11
  49:15
**authority** 48:7
**Avenue** 1:22 6:4

8:8 12:6 51:16
**avoid** 22:4
**aware** 8:16 26:3
  30:16 38:19
  45:15,18 46:3
  46:6

**B**

**back** 10:10
  15:13 20:9
  22:25 26:13
  29:20,23 31:24
  40:7 43:2,6
  44:4,21
**background**
  37:14,21 42:16
**based** 17:20
  31:11
**Basically** 28:16
**beginning** 10:18
  15:13
**behalf** 1:15 2:3,9
**believe** 11:4
  14:20 16:17
  21:19 22:11
  25:14 30:11
**benefit** 22:3
**best** 42:16
**Bill** 16:23
**birthday** 35:13
**blocks** 8:25
**Bluetooth** 41:22
**Books** 40:21
**Boost** 17:6,7,8
**boss** 16:1 27:14
**box** 34:23 35:7,9
  35:21,25
**boxes** 34:21
  35:15
**break** 41:10,12
  44:1,2
**brother** 11:19
  11:20,22,22,23
  12:3,24 15:8
  15:17 20:3,10
  20:15,19 22:15
  25:22 26:3,10

33:2 44:22
  46:6
**brother's** 11:20
  13:6 26:1
**brothers** 6:12
**brought** 6:16
**BROWARD**
  48:4
**business** 4:4 9:2
  9:4,5,9 11:12
  11:24 16:14
  18:14,14 43:19
  43:22
**busy** 33:18
**butcher** 23:8,11
  29:17,20,23
  45:6,11,15

**C**

**cabinet** 32:21
**call** 34:23 35:7,9
**called** 8:19,21
  8:22 11:4,5
  30:11 40:24
  41:1
**cans** 40:13
**card** 14:13,17,21
  14:24
**cards** 14:12
**case** 1:2 16:18
  50:2 51:7
**cashing** 16:19
  16:21 18:19
  31:17
**cause** 5:4
**cc** 51:21
**cell** 45:1
**cellphone** 16:25
**cellphones** 16:25
**cents** 23:2
**cereal** 40:13
**certainly** 32:6
  33:21
**Certificate** 3:9,9
  48:1 49:2
**certify** 48:7 49:6
  49:11

**chance** 6:20
**change** 9:18
  50:5,6,8,9,11
  50:12,14,15,17
  50:18,20,21
**changed** 16:10
  19:3 20:24
**charge** 10:2,2
  15:9,21 16:2
  20:14
**check** 16:19,21
  18:19 31:17
**chicken** 7:4
  19:15,19 21:7
  21:9,10,11,24
  22:8 23:2,22
  24:17 30:2
  43:5
**chop** 25:5 29:10
**chops** 21:24
  22:8 23:22
  24:17 28:22
  29:15 30:2
**Christmas** 35:12
**city** 6:5
**clarify** 17:11
  27:13
**cleaning** 16:8
**clear** 8:13
**click** 25:3
**clicked** 25:1
**client** 6:16 21:3
  28:17
**closing** 10:3
**come** 23:25
  31:20 32:2
  33:6
**comes** 16:1
**coming** 23:4
**commencing**
  49:10
**Commission**
  48:17 49:20
**COMMUNIC...**
  1:5
**company** 15:17
  15:22 20:4,10

**Complaint** 4:7 28:16,24
**computer** 40:22
**concept** 36:2
**concerned** 21:3
**concluded** 47:24
**congratulations** 7:11 37:2
**connection** 6:15
**contact** 47:5 51:8
**content** 15:2 45:22,24 46:7 46:12
**contents** 18:21
**context** 34:23,24
**control** 15:2,7 15:10 22:12 26:5
**copied** 25:8
**copies** 46:23
**copy** 24:8 25:7 28:15
**COPYCAT** 2:4
**copying** 25:10
**Coral** 2:6
**corner** 31:13 39:3,4,7,21,22
**correct** 7:8 9:14 9:22 14:4,24 16:19 17:8,17 18:7,15,25 19:15 20:5,16 20:24 21:4,25 22:9,20 24:17 25:1 26:10,15 27:15,19,24 29:2,6,18 30:3 31:21 32:3 33:4,23 35:2,5 35:19 36:7 37:15 38:10,13 38:17 39:2,15 42:17 43:2,8 43:12,15,19,23 45:3,8 46:4,8 46:16 49:7

**Could've** 10:17 14:18
**counsel** 46:23 49:12,15
**counter** 32:13 38:25 39:13
**COUNTY** 48:4
**couple** 7:10
**court** 1:1,21 5:2 5:5,11 22:3 46:24 47:6,9 47:13,21 51:1
**credit** 14:12,13 14:17,21,23
**Creek** 6:6
**CSR** 48:16 49:19
**current** 6:3,4
**currently** 7:22
**cylinder** 32:10
**cylinders** 32:20

**D**
**D** 1:21 5:2 48:16 49:4,19
**d/b/a** 1:8
**dad** 45:25
**dad's** 46:9
**Dan** 47:9
**DANIEL** 2:4
**date** 1:17 50:25
**dated** 21:21 31:3 36:24 49:17
**Daughters** 1:22 47:2 51:15
**daughtersrep...** 51:17
**day** 33:14,18 46:19,21
**day-to-day** 15:23
**days** 10:3 33:8,9 33:9,11
**ddesouza@de...** 2:7 51:21
**Dear** 51:6
**December** 1:17

48:9,11 49:9 51:3
**declare** 50:22
**decoration** 34:18 35:10,11
**decorative** 34:14
**DEFENDANT** 2:9
**Defendants** 1:9 6:17 11:11
**Depending** 33:18
**depends** 33:12 33:18,19 34:17
**depo** 47:7
**DEPONENT** 50:3
**deposition** 1:11 5:1 7:6,19 13:11,15 16:17 21:16 22:3 38:5 42:8 47:8 51:3,7
**describes** 29:4
**DESCRIPTION** 4:3
**descriptions** 18:24
**desk** 32:10
**DeSouza** 2:4 3:5 5:17 13:9 17:25 21:14 27:23 28:4,13 30:22 34:1 36:22 38:3,23 41:6,15 42:6 43:25 44:9 46:18 47:1,10 47:15
**device** 30:11
**different** 16:14 26:7 32:1 35:15 36:6 38:24 41:22
**digits** 14:15
**Direct** 3:5 5:16
**directing** 25:4

**direction** 39:15
**directly** 41:2
**discuss** 6:20
**display** 39:1
**DISTRICT** 1:1 1:1
**document** 13:14 13:16 28:17,21 50:22
**doing** 11:12
**door** 31:15
**Drexel** 6:4
**Drive** 2:5
**drumsticks** 23:2
**duly** 5:14

**E**
**earlier** 20:23 45:5
**East** 6:4
**EASTERN** 1:1
**eight** 33:15
**either** 7:5 23:8 25:13 26:9 44:22 45:5 47:17
**electronic** 41:3
**email** 12:12,15 12:23 13:1,23 13:24,25 14:4 14:6
**employed** 22:19 49:12,15
**employee** 49:14
**ends** 14:21
**errata** 3:10 50:1 51:10
**errors** 47:19
**ESQUIRE** 2:4 2:10
**essentially** 27:14
**et** 50:2,2 51:4,4
**exactly** 10:14
**Examination** 1:21 3:5 5:16
**examined** 5:14
**example** 25:4

43:11
**Excel** 40:20
**exhibit** 4:3 13:8 13:10,14 17:24 18:1 19:10 21:13,16,19 26:13 28:12,15 29:2 30:21,23 30:24 31:1,7 32:25 33:25 34:2,2,6 36:21 36:23,24 38:2 38:5 42:5,8,11 44:8,12,13,13
**exhibits** 4:1 46:24 47:1
**existed** 46:3,7
**Expires** 48:17 49:20
**extent** 17:19 43:10 44:25 45:6
**exterior** 18:13

**F**
**f/k/a** 1:4
**Facebook** 4:5,6 7:4 10:23,25 11:1,3,8 13:16 13:17,17,18,19 13:23,25 15:3 15:7 18:2,6,22 18:25 19:2,7 19:24 20:11 21:4,20 22:12 22:15 23:15 24:2 25:19,20 26:5,18,24 27:2,4,8,11,18 29:6 31:2 32:2 42:19,22 43:18 43:21 44:10,13 44:14,18 45:8 45:12,16,19,22 45:25 46:3,6 **fact** 29:4 30:1 **facts** 50:22

**falfal0@gmail...** 13:4
**familiar** 30:5,7 33:22
**family** 9:1 14:24
**fancy** 28:16
**far** 17:9 22:25 25:8 46:5
**father** 6:18,21 12:7 15:22 16:17,24 21:3 23:9,11,14 25:18 27:10,13 27:14,17 28:18 29:17 33:6,16 33:21 38:19 39:4 40:18 45:5,11,18,21 45:24
**final** 47:18
**financially** 49:16
**find** 16:6 24:1 25:6,19,20 29:13
**finding** 25:25
**first** 5:14,25 7:2 10:7 12:17 15:16 16:15 21:2,22 22:2 31:14,15,20,20 32:2,3
**five** 33:8,9,9,11
**five-minute** 41:12 44:2
**floor** 9:25 10:1 15:18 22:22 39:23
**Florida** 1:23 2:6 5:3 31:11 48:3 48:16 49:5,19 51:17
**follows** 5:15
**food** 1:4,8 6:16 7:23,24 8:1,3,6 8:10,12,16,18 8:19,19,21,22 9:4,8,9,10,14

9:16,21,21,24
10:12,20 11:3
11:4,5,7,8,12
12:5 13:19,19
13:20 15:2
16:4,4,7 18:2,6
18:10,18 19:3
19:3,7,11,18
20:11,16 21:4
21:20 22:20
26:8 27:14
30:3,16 31:3,7
31:23 32:7
33:7 34:4,12
37:6,17,24
38:6,9,13
41:16 42:14,19
42:22 43:18
44:14,18,22
45:7 50:2 51:4
**foregoing** 49:6 50:22
**forgot** 12:21 14:7
**form** 27:20 38:21 47:18
**formally** 47:16
**Fort** 1:23 51:17
**forwarded** 51:10 51:11
**found** 24:24,25 45:13
**four** 14:15
**fresh** 7:4 18:18 19:15 21:7,9 21:10 29:15
**front** 33:20
**full** 5:23,25 18:18 33:14
**full-time** 33:14
**function** 35:4,4
**further** 49:11,14

**G**

**GANZER** 2:10
**general** 16:5,7
**generally** 33:13

41:24
**getting** 7:3 23:1 23:18
**gift** 34:21,23 35:7,9,12,15 35:18,21,24
**give** 5:8 13:17 22:4 23:3,6 25:18,22 35:11 35:12,18 43:25
**given** 37:13 49:8
**giving** 23:6,7
**glass** 30:13,14 32:21 34:8,9
**glow-in-the-d...** 31:19
**go** 7:17 10:10 15:6 18:1 21:15 23:1,18 23:21 25:3,6 25:10 26:13 30:23 36:4 39:19 41:6,10 42:7,20 43:1 44:2,12 45:11 46:10
**going** 9:12 13:10 15:5,13 18:1 21:15 26:12 28:14,20 31:16 36:4,23 38:4 41:9 42:20 43:1,6 44:1,11 44:20
**goings-on** 17:13
**good** 5:18,19 24:1 47:21
**Google** 23:20,21 24:6,7,15,16 24:20,24,25 25:4,7,9,11,15 29:9,13
**Google's** 24:20
**grocery** 16:5,7 18:17,18 45:1
**guess** 17:21 26:7 35:14,23 37:20

**guy** 15:6,7 26:20 46:9,10
**guys** 8:24

**H**

**H-O-O-K-A-H** 30:8
**Hamed** 1:12 3:3 5:1,13,18,21 5:25 6:3 7:22 13:6,15 15:1 26:14 28:1,5 28:14 41:8 44:1,10 46:18 47:11,16 48:8 49:9 50:3 51:3 51:6
**hand** 5:6
**hanging** 37:21
**happening** 17:21
**heard** 34:20
**Held** 1:19
**help** 15:24
**hereto** 49:15
**hey** 45:25
**HH173501** 48:17 49:20
**hidden** 39:20
**HODAN** 2:10
**hold** 25:14
**homes** 35:11
**honest** 10:19 14:11
**hookah** 30:5,7 30:10 31:20 32:6,7,17,18 32:23 34:8,9 35:2,5 37:3 42:12,17
**hookahs** 30:17 34:14,20 36:2 36:6,10,12,15 36:18 37:6 38:9,13,16,20 39:10,15 40:4 40:5,7 41:25

43:5
**hottest** 39:21
**hour** 46:19
**hours** 33:15
**house** 7:14

**I**

**idea** 11:24 29:9 29:12
**identification** 13:8 17:24 21:13 28:12 30:21 33:25 36:21 38:2 42:5 44:8
**Identifier** 13:20
**identifying** 13:14
**image** 24:6 25:1
**images** 23:25 24:7,9,11,19 24:24,25 25:7 25:9,11 29:9 29:13
**immediate** 7:16
**impact** 26:21,23
**including** 49:7
**inclusion** 51:11
**INDEX** 3:1
**indicate** 47:21
**individuals** 37:14
**information** 13:18 23:1,4,5 23:6,7,12 47:5
**inside** 31:7 32:21 33:19 35:8,22,24
**Instagram** 10:24
**instruct** 45:8
**instructions** 23:14 25:18,23
**interested** 49:16
**internet** 42:23
**intro** 18:17
**inventory** 40:1 40:10,16,21

involvement
17:16
issue 21:2 28:21
item 21:4 30:13
31:23 35:18,22
40:4 42:13
items 40:12 43:4
43:14 45:7,7
46:16

**J**

Jaber 1:8 6:13
6:17 28:18
Jamie 1:21 5:2
48:16 49:4,19
51:15
January 31:3,24
33:1 34:4,12
36:5,24 49:17
51:1
judge 28:8
juices 16:8
July 19:11 26:14
26:18 27:5,8
27:11 43:1

**K**

keep 9:12 31:16
40:21
keeping 39:23
kept 20:12 39:11
39:12,13 40:20
41:25
kind 26:20
kinds 41:22
know 8:18,19
10:25 12:1,2,4
12:9,11,23,25
14:10,23 17:5
17:10,13,20
19:2,5 20:18
22:2,14,22
24:4,10 29:16
32:16 33:1
34:24 36:5,18
36:20 37:8
40:24 41:1,2

41:11,11 43:25
45:9 46:5
47:15
knowledge 8:21
9:1,20 10:20
11:7,9 12:5,8,9
17:9,18 19:6,6
25:25 27:7
36:13 37:5
43:17
knows 26:20
46:10

**L**

lady 37:20
Large 5:4 49:5
Lauderdale 1:23
51:17
law 47:17
lawsuit 6:15,17
6:21,24 7:6
11:11 28:16,21
lawyer 28:17
lawyers 28:6
layout 33:22
left 20:10,15
legal 2:4 28:7
legs 21:25 41:12
letter 3:10 51:7
life 32:5
Limited 31:20
line 18:18 50:5,8
50:11,14,17,20
lines 16:14 21:11
Liquor 8:22
list 40:1,10,16
listed 40:5
little 10:8
live 6:9,12 42:22
lived 6:7
LLC 1:8 11:12
11:25 12:2
28:18 29:5
50:2 51:4
located 8:23
location 7:17
41:24

log 27:1 41:3
logged 15:10
27:4
logging 19:18
long 6:7 8:10 9:5
9:7 11:7 12:21
14:8 39:17
41:9
look 23:25 24:5
39:16 47:20,23
looked 33:1
looking 7:15
30:2 31:6,11
34:6 39:14
42:11 44:25
looks 18:9,13
19:14 21:23
24:1 32:20
lot 36:1 42:25

**M**

Mackrell 1:21
5:2 48:16 49:4
49:19 51:15
Madam 47:4
making 10:4
19:17 20:11
23:19 26:21,23
manager 9:25
10:1 15:18
22:22 39:23
mark 13:10 18:1
21:16 28:15
30:23 34:2
36:23 38:4
42:7 44:12,12
marked 13:8
17:24 21:13
28:12 30:21
33:25 36:21
38:2 42:5 44:8
MARKETING
1:4
married 7:8,14
Mart 1:8 8:19
9:8,16,21,24
10:13,20 11:3

11:4,5,8,12
12:6 13:19
16:4 18:2,6
19:3,7,11,18
20:11,16 22:20
26:9 27:14
30:3,16 31:3,8
31:24 32:7
33:7 34:4,12
37:6,18,25
38:6,13 41:16
42:14,19,22
43:18 44:14,18
44:23
Marts 8:16,18
matter 26:24
mean 11:9 24:13
24:15 31:13
34:24 35:8
meaning 11:17
meat 16:7 18:18
30:3 45:7
media 10:23
member 14:24
mentioned 45:5
Meta 4:4
middle 6:1
Milwaukee 2:12
8:8,17
mine 14:18
Mobile 17:6,7,8
moment 7:17
26:12,14
Monday 1:17
money 16:3,23
months 7:10
morning 5:18,19
move 7:13

**N**

name 5:21,23,25
6:1 9:5,10
11:13,20 12:17
12:17 13:6
19:2 29:23
50:25
named 11:11

names 9:9
narrow 10:15
near 8:23
need 41:9,10
44:3
needs 33:19,20
neither 49:11
never 31:10 32:5
39:9 43:17
new 12:22 38:8
Nofal 1:8 11:12
11:13,14,20,25
12:2 15:17
20:3 28:18
29:5 50:2 51:4
nofal.hamed...
13:2
North 2:5,11
Northeast 1:22
51:16
Notary 5:3
48:16 49:5,19
notes 44:3 49:8
noteworthy
46:16
number 14:17
24:17
numbers 12:17

**O**

Oak 6:6
Oath 3:9 48:1
object 27:20
38:21
objection 28:6
objections 28:8
obviously 42:25
occurred 9:18
offer 16:18,22
office 8:5 33:19
51:8
Okay 6:20,23
7:5,8,19,22 8:6
8:14 9:20
10:15,20 12:19
12:23 14:12
15:5,12 17:2

17:19,22 20:2
20:4,9 21:1
22:5 24:4
25:16 26:12
28:4,10,11,14
28:18,19 29:16
30:1,16 31:6
31:19 32:25
33:16 34:2
35:16,17,21
36:4 37:17
39:10 41:6,13
41:14 42:25
44:5,6,18
45:15 46:18
**old** 18:10
**older** 11:22,23
15:8
**once** 31:15
51:10
**online** 24:21
**open** 36:2
**opening** 10:2
**operated** 9:21
**order** 10:4 47:8
**ordering** 10:2
47:9 51:10,11
**orders** 16:1,23
**original** 51:10
**overall** 15:23
**owned** 11:24
12:2,6,9
**ownership** 13:18

**P**

**p.m** 1:17 47:24
**page** 3:4 4:3,5,6
11:8 15:3 18:6
20:11,22 21:4
22:12 23:15
24:2 25:19,20
26:5,18 27:8
27:11,18 31:2
32:2 35:14
42:20,22 43:1
43:18,21 44:10
44:14,14 45:22

46:3,7 50:5,8
50:11,14,17,20
**Pages** 49:6
**paper** 16:7,8
40:20
**Paragraph**
28:24
**parents** 6:12,13
**parents'** 7:14
**part** 28:7 31:13
33:16
**particular** 20:18
23:10,19
**parties** 49:13,15
51:11
**party** 51:10
**password** 12:22
14:7
**paste** 24:8
**payments** 16:23
**penalties** 50:22
**people** 26:22
35:10,10,11,24
37:5
**period** 12:17
**perjury** 50:22
**person** 11:18
12:10 19:17,23
45:7
**Personally** 13:3
14:18
**phone** 25:17
**phones** 17:3,4,5
26:21 45:1
**photo** 4:8,9,10
4:11,12,13
18:9,13 21:6
24:1 25:5,6,15
29:10,14 31:6
31:12 37:8
**photograph**
28:21,22
**photographs**
23:18 25:19,20
26:1 27:8,11
27:18 29:1
38:15 43:4,7

44:17,21 45:1
45:6
**photos** 1:4 6:16
21:23 22:7
25:10 37:10,11
37:13,17 38:25
42:19 44:14
50:2 51:4
**pictures** 7:4
24:24 45:14
**pieces** 30:14
**Plaintiff** 1:15
2:3 4:2
**Plaintiffs** 1:6
**plans** 7:13,16
16:25 17:3,4,5
**Platforms** 4:4
**please** 5:5,24
46:24 51:7
**PLLC** 2:4
**point** 15:1 19:4
20:5 22:23,24
36:19
**pork** 21:24 22:8
23:22 24:17
25:5 28:22
29:10,15 30:2
**porkchoplove...**
25:5
**position** 9:24
22:23
**post** 19:10 20:13
23:4,12 26:14
29:6 31:3,19
34:3 38:6
45:10
**posted** 19:20
20:16 22:16,17
24:11,14 26:24
32:2 33:2
44:18,22
**posting** 15:2
19:19 20:19
21:4 22:11,14
23:2,10 24:9
24:10 26:22
29:18,24 43:12

45:6
**postings** 19:24
20:11,16 23:19
26:8 43:10,14
43:21
**posts** 19:18
21:20 42:25
**pound** 23:2,3
**Prepared** 1:4
6:16 50:2 51:4
**preserving**
28:10
**press** 25:13,14
25:14
**presuming**
46:24
**pretty** 7:15
10:15,17 15:20
15:20 36:2
**previously** 9:14
14:4
**prior** 17:17
**probably** 15:15
**process** 25:25
26:1
**produce** 40:13
**product** 34:11
34:15 35:2
**products** 16:5,8
16:13 32:9
33:22 45:1,2,2
**profile** 18:9
**prominently**
39:1
**pronounce** 5:20
**pronunciation**
9:13
**proper** 5:20
**property** 18:11
**provider** 17:6
**Public** 5:3 48:16
49:5,19
**publishing** 46:7
**purposes** 23:19
28:4,8 32:18
43:22 44:11
**put** 29:13 35:8

35:22,24 36:1
36:2 44:17
45:8,11,14,21
45:23,25 47:18
**puts** 33:15
**putting** 33:14
46:1,12

**Q**

**question** 28:1,7
28:9 38:24
**questions** 17:20
46:20,22
**quick** 40:21 44:2

**R**

**raffle** 37:3,6
**raise** 5:5
**raw** 30:2,3 45:7
**read** 3:10 47:17
50:22 51:8
**reading** 47:13
**real** 17:16
**really** 17:12,20
26:19,23 39:20
39:21
**reason** 26:17
50:6,9,12,15
50:18,21
**recall** 9:18 10:12
14:8 15:12
20:7 23:10
27:12 29:19,23
33:3 36:14
**received** 13:16
51:10
**recess** 44:7
**recognize** 11:13
14:17 32:15
37:14
**record** 4:4 44:11
47:14
**red** 37:21
**referred** 34:20
**registered** 13:23
**registers** 31:16
**relate** 11:17

43:14
**related** 49:12
**relative** 49:14
**remember** 9:19
10:14 14:10,19
20:8 22:24
23:13 25:8
**remotely** 1:19
5:2
**remove** 27:10,17
**removed** 27:7
**reporter** 1:21
3:9 5:2,5,11
46:24 47:4,6,9
47:13,22 49:4
51:15
**reporter's** 22:3
49:2
**Reporting** 1:22
47:2 51:15
**represent** 13:15
**representing**
47:16
**responsible**
39:23
**restroom** 41:10
**result** 24:6
**ribs** 21:24 22:8
**right** 5:5 13:10
16:24,25 17:11
17:14,19,23
18:19 23:21
24:2 28:2,24
31:4 32:21
42:11,21 46:13
47:17,20
**roughly** 10:5,10
**round** 32:20
**running** 23:15
45:16,18

**S**

**S-H-A-R-I-F** 6:1
**sale** 19:15,19
32:7 42:13
43:5,7,11,14
45:10,13

**sales** 26:23
46:15
**save** 25:14
**savvy** 46:9
**saw** 29:2
**saying** 9:12 37:2
38:8
**says** 13:20,23
14:12 18:6,10
18:17 20:22
31:19
**screen** 13:11
18:3 21:17
30:24 42:9,21
42:21
**screenshot** 4:5,6
18:2,5 25:11
25:13 31:1,2
34:3 36:24
44:13
**scroll** 28:20 29:4
**search** 23:22
24:16 29:13
**searched** 24:7
**Second** 4:7
28:15
**section** 31:17
**see** 13:11,19,21
14:1,12,15
18:3,6,19
19:10,12 20:22
21:16,21 26:14
26:22 28:22
30:24 32:10
34:4 36:25
37:3,20,22
38:6 39:11,15
40:1 41:4 42:8
42:23 44:3,15
47:18
**seen** 9:8,8 13:1
39:7
**sell** 16:5,6,13,14
16:25 17:2
30:3 36:9,16
39:24 42:2
**selling** 36:7,12

36:18 38:13,19
40:9
**sells** 33:23 39:24
**send** 47:1
**sent** 13:17
**September**
21:21 22:11,19
24:10 29:5,18
29:24 48:17
49:20
**serve** 31:20 32:3
**service** 17:6
**services** 16:21
**seven** 6:8 33:11
33:15
**share** 38:4 42:7
42:21
**shared** 34:3
**Sharif** 1:8,12 3:3
5:1,13,25 6:1
6:13,17 48:8
49:9 50:3 51:3
51:6
**Sharif's** 47:6
**sharing** 31:2
**sheet** 3:10 50:1
**shelf** 10:7
**shelves** 15:7
39:11
**Shorthand** 49:4
**show** 21:15
28:14 45:24
**showing** 24:20
43:4
**shows** 24:16
29:5
**sign** 18:10 51:8
**Signed** 48:11
**signs** 37:21,24
**similar** 40:12
**Sincerely** 51:12
**sir** 5:22 6:2,22
6:25 7:7,10,12
7:18,21,25 8:2
8:15 9:3 11:6
13:3,12,13
14:2,22 16:12

16:16 17:15,20
18:3,4,16,23
19:1,9,13,22
20:12,17,21,25
21:5,17,18,22
22:2,10,13,16
22:21 23:17,24
24:3,12 25:21
26:2,6,11,16
26:19 27:3,6,9
27:16 28:23
29:3,7,11,22
29:25 30:4,9
30:18,19,24,25
31:5,9,22 32:4
32:8,12,19,22
32:24 33:5,24
34:5,10,13,22
35:3,6 36:8,17
36:23 37:1,4,7
37:12,16,19,23
38:4,7,11,14
38:18 39:6,25
40:11,15 41:5
41:7,14,18,20
42:1,4,9,10,15
42:18,24 43:3
43:9,13,16,20
43:24 44:16,19
44:24 45:4,17
45:20 46:2,14
46:17
**sit** 20:18 24:4
29:8,12,16
**sitting** 32:10
**smoke** 30:12
34:15,18 35:1
**smoked** 32:5
**smoking** 30:11
**social** 10:23
**sodas** 16:8
**sold** 30:17 31:23
32:3 34:11
38:16 39:10
40:2,2,5,7 41:4
41:16,24 45:3
**somebody** 35:12

37:9
**someone's** 19:18
**soon** 7:15
**sorry** 21:8 22:2
27:24 30:19
33:9 39:19
**spareribs** 23:3
**speaker** 42:12
**speakers** 41:16
41:21,23 42:2
43:6 45:2
**specific** 29:9,13
**spot** 31:17
**Springs** 2:6
**stamps** 18:18
**stand** 27:22
**started** 7:3 9:11
10:6,7,12,16
11:9 15:13,16
15:18 16:10,15
17:13 26:8
43:6 44:21
**State** 5:3 48:3
48:16 49:5,19
**stated** 50:22
**statement** 49:8
49:13
**STATES** 1:1
**stay** 33:16
**stayed** 10:5
**staying** 39:9
**Steinle** 2:10,10
27:20,22 28:10
38:21 46:20,22
47:4,8
**stenographic**
49:8
**stock** 40:5 41:4
**stocker** 10:7
**stocking** 15:6
**stop** 14:6 15:9
20:10 36:12
39:16
**stopped** 20:4
36:18
**store** 10:3,3 12:5
16:2,7,22

17:13,16 18:17
29:17 30:17
31:8,11,13
32:3,7 33:6,17
33:20,22 36:6
36:9,18 37:6
38:16,19,20
39:2,3,5,8,11
39:24 40:13,23
41:17 42:2,14
42:17 43:8
45:16,19
**straight** 31:16
**Street** 2:11
**stretch** 41:12
**stuff** 16:3 35:8
**subpoena** 13:17
**sued** 7:3
**suing** 28:18
**Suite** 1:23 2:5
2:11 51:16
**supermarket** 8:1
**supply** 31:20
**sure** 8:12 10:4
10:16,17,18
17:11 22:24
47:6
**swear** 5:7
**sworn** 5:14

**T**

**tab** 44:15
**take** 15:5 21:1
25:11 26:12
36:4 41:6,10
41:11 44:2
47:23
**taken** 1:15,17,21
5:2 7:19 37:17
38:25 44:7
49:13 51:3,7
**talk** 28:17
**talking** 8:13
**tech** 46:9
**technical** 26:19
**tell** 5:23 15:5
17:12 21:6

23:21 34:7
42:16 45:11
**telling** 46:15
**terms** 23:15,15
**TERSCHAN**
2:10
**testified** 5:15
16:18
**testimony** 3:3
5:7
**text** 43:10,14
**thank** 5:11,23
7:12 32:25
47:11,12
**thing** 30:14
31:15
**things** 10:23
16:6,8 26:20
35:22 36:1
43:7 46:10
**think** 16:18,24
21:9 33:21
35:22,23 36:1
41:8 46:18,21
**thinking** 35:15
35:16
**three** 8:11 10:6
10:9 16:11
21:23 22:7
**thumbnails**
24:17
**Tim** 47:15
**time** 1:17 12:21
15:1,16 19:24
20:20 22:12
26:4,8 29:24
31:14,20 40:9
47:3,11
**TIMOTHY** 2:10
**timothy.steinl...**
2:13
**tobacco** 30:12
32:17,18 34:15
34:18 35:2,23
36:15 45:1
**tobaccos** 32:23
**today** 14:20

16:14 26:9
27:2 29:8,12
29:16,20 36:9
36:10,11 37:24
41:9 42:2 44:4
**today's** 13:11,15
37:2 38:5 42:8
**toilet** 16:7
**told** 6:23 7:1,2,3
7:5 14:3 20:23
21:3 45:13
**top** 18:5 32:10
32:13
**towel** 16:8
**Town** 1:8 7:23
7:24 8:1,4,6,10
8:12,16,18,19
8:20,21 9:5,8,9
9:10,14,16,21
9:21,24 10:13
10:20 11:3,4,5
11:8,8,12 12:6
13:19,19,20
15:3 16:4,4
18:2,6,10 19:3
19:3,7,11,18
20:11,16 21:20
22:20 26:8
27:14 30:3,16
31:3,8,24 32:7
33:7 34:4,12
37:6,17,25
38:6,9,13
41:16 42:14,19
42:22 43:18
44:14,18,23
**track** 39:24
40:21
**transcribed** 51:7
**transcript** 47:18
49:6 51:10,11
**transcription**
49:7
**true** 49:7 50:22
**truth** 5:8,8,9
**Twitter** 10:24
**two** 13:24 14:9

36:6 37:5,14
**type** 22:8 41:21
**types** 36:6
**typically** 35:21

**U**

**uh-huh** 14:14
22:1,4 28:25
**undersigned**
48:7
**understand**
24:13,19,23
**UNITED** 1:1
**University** 2:5
**updates** 26:18
**upstairs** 8:5
**use** 24:1 29:5
34:17,18,18
35:10
**usually** 30:13
45:23
**utilized** 43:17

**V**

**v** 1:7
**Verizon** 17:6
**videoconference**
1:11,15,19 2:1
5:1 47:24 48:9
49:9
**Villard** 8:8,14
8:21,22 9:8,10
9:12,13,14,21
9:22 11:7 12:6
13:19,20 15:2
16:4 18:10,14
19:3 20:23
21:20 31:8
37:18 38:9
42:17 43:8,15
43:23 45:3
**virtue** 30:1
**Visa** 14:13
**visible** 39:21
**volunteered**
43:25
**vs** 50:2 51:4

**W**

**W** 2:10
**waive** 47:19
**waiving** 47:13
**walk** 31:14,15
33:17
**walking** 39:9,14
**want** 17:21
34:17 35:4
36:3 44:2
47:20,22
**wanted** 35:1
**wants** 40:19
**wasn't** 15:15
26:21,22 32:3
46:12
**Water** 2:11
**way** 5:20 9:13
26:7 32:1 35:7
41:8 43:22
**we'll** 21:15
28:15 38:4
42:7 44:12
46:21
**we're** 8:12 46:18
**we've** 40:5
**website** 10:21,22
24:10,14,20,21
24:22,22 25:4
25:6 29:10
**websites** 24:5
**week** 33:8,9,10
33:12
**weeks** 7:9 33:11
**went** 15:11 24:5
**weren't** 39:20,20
**West** 8:8,13 9:22
12:6 18:14
20:23 31:8
37:18 42:17
43:8,15,23
45:3
**WIC** 18:19
**wings** 19:15,19
21:11 22:9
23:22

**winners** 37:3
**wireless** 41:22
**Wisconsin** 1:1
  2:12 6:6 8:8
**witness** 1:21
  5:10 28:11
  41:14 44:6
  47:12,23 48:8
**won** 37:5
**work** 7:22,23
  10:3 15:8 39:4
  44:4
**worked** 8:10 9:4
  9:6,7
**working** 9:11
  10:6 11:9 15:9
  19:25 20:4,24
  26:4,8 43:6
  44:21
**works** 23:8
**wouldn't** 32:2
  46:11
**write** 18:21 22:5
**wrong** 17:12

---
**X**
---

---
**Y**
---
**yahoo** 13:24
**yahoo.com**
  12:18
**yeah** 10:11
  14:14 15:20,25
  17:4 21:12
  24:18 30:20
**year** 14:9
**years** 6:8 8:11
  10:6,9 12:13
  12:16 14:9
  16:11
**younger** 11:22
**Yup** 11:2 18:8
  32:14

---
**Z**
---

---
**0**
---

---
**1**
---
**1** 4:4 13:8,10,14
  49:6
**1.99** 23:3
**10** 4:13 44:8,13
  44:13
**101** 1:22 51:16
**11:00** 1:17 49:10
**11:50** 44:7
**11:54** 44:7
**12** 28:24
**12:00** 1:17 47:24
**13** 4:4
**14** 38:5,12
**1500** 1:23 51:16
**16** 34:4
**17** 4:5
**18** 1:17 51:3
**18th** 48:9,11
  49:9

---
**2**
---
**2** 4:5 17:24 18:2
  26:13
**2:22-cv-00642-...**
  1:2 50:2
**20** 8:25 43:11
**200** 40:5
**2019** 10:16,18
**2020** 10:10,11
  10:12,16,18
  15:14 17:14,17
  21:21 22:11,19
  24:10 29:6,18
  29:21,24
**2021** 31:3,24
  33:1 34:4,12
  36:5,25 38:6,8
  38:12
**2022** 19:11
  26:15,18 27:5
  27:8,11 43:1
  43:11
**2023** 1:17 48:9
  48:11 49:10
  51:3
**2024** 49:17 51:1

**2025** 48:17
  49:20
**2041** 6:4
**21** 4:6
**215** 2:11
**28** 4:7 21:21
  22:11,19 24:10
  29:6,18

---
**3**
---
**3** 4:6 19:11
  21:13,16,19
  26:14,18 27:5
  27:8,11 29:2
**30** 4:8 36:24
  40:5
**301** 2:5
**309** 2:11
**3111** 2:5
**313** 12:18
**3217** 8:8,13 9:22
  18:14 20:23
  31:8 37:18
  42:17 43:8,15
  43:23 45:3
**33** 4:9
**33065** 2:6
**33301** 1:23
  51:17
**36** 4:10
**3797** 14:15,21
**38** 4:11
**3rd** 1:22 51:16

---
**4**
---
**4** 4:7 28:12,15
**4/20** 43:11
**414-258-1010**
  2:12
**42** 4:12
**44** 4:13
**47** 49:7
**48** 3:9
**49** 3:9

---
**5**
---
**5** 3:5 4:8 30:21

  30:23,24 31:1
  31:7 32:25
  51:1
**50** 3:10
**51** 3:10
**53154** 6:6
**53202** 2:12
**53209** 8:9
**5th** 49:17

---
**6**
---
**6** 4:9 31:3 33:25
  34:2,2,6

---
**7**
---
**7** 4:10 36:21,23
  36:24

---
**8**
---
**8** 4:11 38:2,5
  48:17 49:20

---
**9**
---
**9** 4:12 42:5,8,11
**954-603-1340**
  2:6
**954-755-6401**
  51:8
**99** 23:2