# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:22−cv−00642−JPS
### *Internal Use Only*

| | |
|---|---|
| Prepared Food Photos Inc v. Jaber et al | Date Filed: 05/31/2022 |
| Assigned to: Judge J P Stadtmueller | Date Terminated: 11/07/2024 |
| Demand: $150,000 | Jury Demand: Both |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Prepared Food Photos Inc** <br> *formerly known as* <br> Adlife Marketing & Communications Co Inc | represented by | **Daniel DeSouza** <br> Copycat Legal PLLC <br> 3111 N University Dr – Ste 301 <br> Coral Springs, FL 33065 <br> 877−437−6228 <br> Email: dan@copycatlegal.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Austin B Borton** <br> Jeffrey & Borton SC <br> 723 S Main St <br> Racine, WI 53403 <br> 262−633−7322 <br> Fax: 262−633−7323 <br> Email: austin@jeffreyleavell.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Jeffrey L Leavell** <br> Jeffrey & Borton SC <br> 723 S Main St <br> Racine, WI 53403 <br> 262−633−7322 <br> Fax: 262−633−7323 <br> Email: jeff@jeffreyleavell.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Villard Foodtown LLC** <br> *TERMINATED: 08/23/2022* <br> *doing business as* <br> Foodtown Mart <br> *TERMINATED: 08/23/2022* | represented by | **W Timothy Steinle** <br> Terschan Steinle Hodan & Ganzer Ltd <br> 309 N Water St – Ste 215 <br> Milwaukee, WI 53202−5713 <br> 414−258−1010 <br> Fax: 414−258−8080 <br> Email: Timothy.Steinle@tshglaw.com <br> *TERMINATED: 05/12/2025* |

**Defendant**

| | | |
|---|---|---|
| **Sharif Jaber** | represented by | **Amber L Herda** <br> Terschan Steinle Hodan & Ganzer Ltd <br> 309 N Water St – Ste 215 <br> Milwaukee, WI 53202−5713 <br> 414−258−1010 <br> Fax: 414−258−8080 <br> Email: aherda@kasdorf.com |

*TERMINATED: 05/12/2025*

**Griffin C Klema**
Klema Law PL
PO Box 172381
Tampa, FL 33672
202–713–5292
Email: Griffin@KlemaLaw.com
*ATTORNEY TO BE NOTICED*

**W Timothy Steinle**
(See above for address)
*TERMINATED: 05/12/2025*

**Defendant**

**NOFAL LLC**                                    represented by **Amber L Herda**
*doing business as*                              (See above for address)
Food Town Mart                                   *TERMINATED: 05/12/2025*

**Griffin C Klema**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W Timothy Steinle**
(See above for address)
*TERMINATED: 05/12/2025*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2022 | 1 | COMPLAINT *with Exhibits A & B (bookmarked)* with Jury Demand; against Villard Foodtown LLC by Prepared Food Photos Inc. ( Filing Fee PAID $402 receipt number AWIEDC–4128796) (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(DeSouza, Daniel) Modified on 6/1/2022 (lz). |
| 06/01/2022 | | NOTICE Regarding assignment of this matter to Magistrate Judge William E Duffin; Consent/refusal forms for Magistrate Judge Duffin to be filed within 21 days; the consent/refusal form is available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (jcl) |
| 06/01/2022 | | Case Opening Modification: The following modification has been made to your case entry: The party names have been modified (they should not have been entered in all caps and should not have had a comma or period) – in the future, please remember to follow the Party Name Guidelines found on our website. Also, the attached summons was not prepared properly – please follow the instructions and resubmit the summons using the event Request for Issuance of Summons which is found under the heading other documents. Please refer to the attorney case opening instructions, the summons instructions and the party name guidelines found in the user manual for further guidance. (lz) |
| 06/01/2022 | 2 | REQUEST for Issuance of Summons by Prepared Food Photos Inc (DeSouza, Daniel) |
| 06/02/2022 | | Summons Issued as to Villard Foodtown LLC. (lz) |
| 07/19/2022 | 3 | DISCLOSURE Statement by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 07/20/2022 | | SECOND NOTICE from the clerk to Plaintiff requesting that the Consent/Refusal form to Magistrate Judge William E Duffin be filed within 14 days; the form is available here. (lz) |
| 07/20/2022 | 4 | Magistrate Judge Jurisdiction Form filed by Prepared Food Photos Inc. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (DeSouza, Daniel) |

| | | |
|---|---|---|
| 07/20/2022 | | Case Reassigned to Judge J P Stadtmueller. Magistrate Judge William E Duffin no longer assigned to the case. (lz) |
| 07/21/2022 | 5 | PRETRIAL ORDER signed by Judge J P Stadtmueller on 7/21/2022. (cc: all counsel) (cw) |
| 07/25/2022 | 6 | SUMMONS Returned Executed by Prepared Food Photos Inc. Villard Foodtown LLC served on 7/12/2022. (DeSouza, Daniel) |
| 08/01/2022 | 7 | STIPULATION *for Extension of Time for Defendant to Respond to Complaint* by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 08/02/2022 | 8 | ORDER signed by Judge J P Stadtmueller on 8/2/2022 ADOPTING 7 Parties' Stipulation for Extension of Time. By 8/23/2022, Defendant to RESPOND to 1 Plaintiff's Complaint. (cc: all counsel)(jm) |
| 08/23/2022 | 9 | AMENDED COMPLAINT with Jury Demand against Sharif Jaber filed by Prepared Food Photos Inc. (Attachments: # 1 Summons)(DeSouza, Daniel) |
| 08/23/2022 | | Party Villard Foodtown LLC terminated per 9 Amended Complaint. (rcm) (Entered: 08/24/2022) |
| 08/24/2022 | | Summons Issued as to Sharif Jaber. (rcm) |
| 11/29/2022 | 10 | ORDER signed by Judge J P Stadtmueller on 11/29/2022. IT IS ORDERED that Plaintiff Prepared Food Photos, Inc. file a statement no later than seven (7) days from the date of this Order showing cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (cc: all counsel)(rcm) |
| 12/01/2022 | 11 | AFFIDAVIT of Daniel DeSouza . (DeSouza, Daniel) |
| 12/01/2022 | 12 | RESPONSE filed by Prepared Food Photos Inc re 10 Order, (DeSouza, Daniel) |
| 12/01/2022 | 13 | MOTION for Entry of Default by Prepared Food Photos Inc. (Attachments: # 1 Exhibit "A" TO Motion)(DeSouza, Daniel) |
| 12/02/2022 | | TEXT ONLY ORDER signed by Judge J.P. Stadtmueller on 12/2/2022. Plaintiff's 12 response to 10 the Court's order purports to prove service was properly made on Defendant pursuant to Wisconsin statute. However, the 12 response, 11 supporting affidavit, and 13 subsequent motion for entry of default all cite "WI. Stat. § 108.0504," which does not exist. Assuming Plaintiff intended to reference Wis. Stat. § 180.0504, Plaintiff has also not demonstrated that the currently named Defendant is in fact a corporation within the meaning of this statute. A search of Wisconsin Department of Financial Institution business entity records does not reveal any entities under the current Defendant's name or DBA designation. Accordingly, the Court DENIES without prejudice 13 Plaintiff's motion for clerk's entry of default. Further, the Court ORDERS Plaintiff to file a second response to 10 the Court's prior order, explaining why Wis. Stat. § 108.0504 applies or otherwise citing the appropriate statute that governs service on Defendant, within seven (7) days of the date of this Order. (cc: all counsel) (cw) |
| 12/09/2022 | 14 | Summons Returned Unexecuted by Prepared Food Photos Inc as to Sharif Jaber. (DeSouza, Daniel) |
| 12/09/2022 | 15 | MOTION to Enlarge Time to Serve Defendant by Prepared Food Photos Inc. (Attachments: # 1 Exhibit 1 – Affidavit of Non–Service)(DeSouza, Daniel) |
| 12/12/2022 | 16 | ORDER signed by Judge J P Stadtmueller on 12/12/2022 GRANTING 15 Plaintiff's Motion to Enlarge Time to Serve Defendant. Within 60 days, Plaintiff to SERVE Defendant in accordance with Wis. Stat. § 801.11(1)(c) and FILE proof of service on the docket. (cc: all counsel)(jm) |
| 01/13/2023 | 17 | SERVICE by Publication filed by Prepared Food Photos Inc. Last publication date 01/03/2023. (DeSouza, Daniel) |
| 02/06/2023 | 18 | Unopposed MOTION for Leave to File *Second Amended Complaint* by Prepared Food Photos Inc. (Attachments: # 1 Exhibit A)(DeSouza, Daniel) |
| 02/06/2023 | | TEXT ONLY ORDER signed by Judge J.P. Stadtmueller on 2/6/2023. Upon consideration of 18 Plaintiff's unopposed motion for leave to file a Second Amended |

| | | |
|---|---|---|
| | | Complaint, the motion is GRANTED. The Clerk of Court is directed to docket the pleading filed at ECF No. 24–1 as the Second Amended Complaint, and it shall serve as the operative complaint in this matter. (cc: all counsel) (cw) |
| 02/06/2023 | 19 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Prepared Food Photos Inc. (Attachments: # 1 Exhibits)(rcm) (Entered: 02/07/2023) |
| 02/07/2023 | 20 | REQUEST for Issuance of Summons by Prepared Food Photos Inc (DeSouza, Daniel) |
| 02/08/2023 | | Summons Issued as to NOFAL LLC. (rcm) |
| 02/20/2023 | 21 | ANSWER to 19 Amended Complaint with Jury Demand by Sharif Jaber, NOFAL LLC.(Herda, Amber) |
| 02/20/2023 | 22 | DISCLOSURE Statement by Sharif Jaber, NOFAL LLC. (Herda, Amber) |
| 02/20/2023 | 23 | NOTICE of Appearance by Amber L Herda on behalf of Sharif Jaber, NOFAL LLC. (Herda, Amber) |
| 03/08/2023 | | TEXT ONLY ORDER signed by Judge J.P. Stadtmueller on 3/8/2023. The Court's 5 Pretrial Order requires that, within two weeks of all named parties entering their appearances, they shall submit a joint Rule 26 plan. As of 2/20/2023, all named parties have appeared and Defendants have answered the Complaint. The parties are ORDERED to file a joint Rule 26 plan, or otherwise advise the Court of the status of this case, within fourteen (14) days of the date of this Order. (cc: all counsel) (cw) |
| 03/22/2023 | 24 | *JOINT* REPORT of Rule 26(f) Plan by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 03/29/2023 | 25 | TRIAL SCHEDULING ORDER signed by Judge J.P. Stadtmueller on 3/29/2023. Interim Settlement Report due by 9/1/2023; Dispositive Motions due by 9/22/2023; Final Settlement Report due by 1/8/2024; Motions in Limine and Rule 702 Motions due by 1/12/2024; Final/Joint Pretrial Report due by 2:00 PM on 1/17/2024. Final Pretrial Conference set for 1/30/2024 at 8:30 AM in Courtroom 425, 517 E. Wisconsin Ave., Milwaukee, WI before Judge J.P. Stadtmueller. Jury Trial set for 2/20/2024 at 8:30 AM in Courtroom 425, 517 E. Wisconsin Ave., Milwaukee, WI before Judge J.P. Stadtmueller. See Order. (cc: all counsel) (cw) |
| 03/29/2023 | 26 | ORDER signed by Judge J P Stadtmueller on 3/29/2023 ORDERING that Plaintiff's counsel obtain local counsel, who shall FILE an appearance within 30 days. See Order. (cc: all counsel) (cw) |
| 05/02/2023 | | TEXT ONLY ORDER signed by Judge J.P. Stadtmueller on 5/2/2023. The Court 26 previously ordered that Plaintiff's counsel obtain local counsel. Plaintiff's counsel has not done so within the allotted time. Within fourteen (14) days of this Order, Plaintiffs counsel is ORDERED to obtain local counsel, who shall file an appearance in this case, or to otherwise update the Court as to the status of this case and his efforts to obtain local counsel. (cc: all counsel) (cw) |
| 05/16/2023 | 27 | NOTICE of Appearance by Jeffrey L Leavell on behalf of Prepared Food Photos Inc. Attorney(s) appearing: Jeffrey Leavell (Leavell, Jeffrey) |
| 05/16/2023 | 28 | NOTICE of Appearance by Austin B Borton on behalf of Prepared Food Photos Inc. Attorney(s) appearing: Austin Borton (Borton, Austin) |
| 08/31/2023 | 29 | Interim Settlement Report *JOINT*. (DeSouza, Daniel) |
| 09/22/2023 | 30 | Unopposed MOTION to Modify *Scheduling Order as to Dispositive Motion Deadline* by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 09/22/2023 | | TEXT ONLY ORDER signed by Judge J.P. Stadtmueller on 9/22/2023. Upon consideration of 30 Plaintiff's unopposed motion to modify the 25 scheduling order and extend the dispositive motion deadline, the motion is GRANTED. Dispositive motions are due on or before 10/10/2023. Additionally, related to the parties' representations in the 29 interim settlement report, should the parties wish to seek mediation in this matter, they should so request in writing on the docket. (cc: all counsel) (cw) |
| 10/02/2023 | 31 | Unopposed MOTION to Modify *Scheduling Order* by Prepared Food Photos Inc. (DeSouza, Daniel) |

| 10/03/2023 | | TEXT ONLY ORDER signed by Judge J P Stadtmueller on 10/3/2023. Upon consideration of 31 Plaintiff's unopposed motion to modify the scheduling order in this matter, the motion is GRANTED in part as follows. Dispositive motions are due on or before 1/11/2024. The remaining dates in 25 the Trial Scheduling Order are VACATED and will be reset as necessary upon resolution of any dispositive motion(s). (cc: all counsel) (cw) |
|---|---|---|
| 12/09/2023 | 32 | MOTION to Compel *Responses to Second Request for Production* by Prepared Food Photos Inc. (Attachments: # 1 A – Second Request for Production)(DeSouza, Daniel) |
| 01/03/2024 | | NOTICE of Hearing on 32 Plaintiff's motion to compel set for 1/8/2024 at 8:30 AM in Courtroom 425, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge J P Stadtmueller. Counsel must attend in person; Plaintiff may appear through local counsel. (cc: all counsel) (cw) |
| 01/04/2024 | 33 | MOTION for Leave to Appear Remote *Plaintiff's Motion for Daniel DeSouza to Appear Telephonically or Via Zoom at the January 8, 2024 Motion to Compel Hearing* by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 01/05/2024 | | TEXT ONLY ORDER signed by Judge J P Stadtmueller on 1/5/2024. Upon consideration of 33 Plaintiff's counsel's motion to appear remotely at the motion hearing scheduled for 1/8/2024, the motion is DENIED. Plaintiff's primary counsel may appear in person and/or through local counsel; however, the Court will not permit counsel for any party to appear remotely at this time. (cc: all counsel) (cw) |
| 01/08/2024 | 34 | PROPOSED Proposed Order Granting Motion to Compel Discovery Responses filed by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 01/08/2024 | 35 | Minute Order for hearing on 32 Plaintiff's Motion to Compel held before Judge J P Stadtmueller on 1/8/2024. For the reasons stated in Plaintiff's motion and on the record, and in light of Defendants' lack of opposition, the motion is GRANTED. Defendants shall respond to Plaintiff's discovery requests within seven (7) days of today's date. Plaintiff is entitled to recover reasonable attorneys' fees and costs associated with bringing the motion, however, the Court defers determining the recoverable amount until the case is concluded. (Court Reporter Tom Malkiewicz) (cw) |
| 01/09/2024 | 36 | MOTION for Summary Judgment *Plaintiff's Motion for Final Summary Judgment* by Prepared Food Photos Inc. (Attachments: # 1 Exhibit "A" TO Motion, # 2 Exhibit "B" TO Motion, # 3 Exhibit "C" TO Motion, # 4 Exhibit "D" TO Motion, # 5 Exhibit "E" TO Motion)(DeSouza, Daniel) |
| 02/08/2024 | 37 | RESPONSE to Motion filed by All Defendants re 36 MOTION for Summary Judgment *Plaintiff's Motion for Final Summary Judgment* . (Steinle, W) |
| 02/09/2024 | | TEXT ONLY ORDER signed by Judge J P Stadtmueller on 2/9/2024. Upon consideration of 36 Plaintiff's Motion for Summary Judgment and 37 Defendants' response thereto, the motion is DENIED without prejudice. The parties' submissions fail to conform to 5 the Court's protocols applicable to such motions and, moreover, reveal differences that either may be resolved through conferring with one another or may preclude summary judgment altogether. Should either party elect to further pursue dispositive relief, the parties should first meet and confer about the dispositive motion(s). Then they must seek leave of court to file the dispositive motion(s), attaching all proposed materials in support of such motion(s). (cc: all counsel) (cw) |
| 04/11/2024 | 38 | *Defendants' Pretrial Report* PRETRIAL REPORT by All Defendants. (Attachments: # 1 Defendants' Proposed Special Verdict Form)(Steinle, W) |
| 07/08/2024 | 39 | TRIAL SCHEDULING ORDER signed by Judge J P Stadtmueller on 7/8/2024. Final Settlement Report due 9/30/2024; Motions in Limine and Rule 702 Motions due by 10/4/2024; Final Pretrial Report due by 2:00 PM on 10/9/2024. Final Pretrial Conference set for 10/15/2024 at 8:30 AM in Courtroom 425, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge J P Stadtmueller. Jury Trial set for 10/28/2024 at 8:30 AM in Courtroom 425, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge J P Stadtmueller. **Pretrial submissions must conform with 5 the Court's directives.** See Order. (cc: all counsel) (cw) |

| | | |
|---|---|---|
| 09/30/2024 | 40 | Report from Daniel DeSouza, Esq. *Final Settlement Report*. This document and/or certain attachments are restricted to case participants and attorneys of record should use their efiling login and password to view this document(DeSouza, Daniel) |
| 10/09/2024 | 41 | *Joint* PRETRIAL REPORT by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 10/09/2024 | 42 | Proposed Jury Instructions by Prepared Food Photos Inc. (DeSouza, Daniel) |
| 10/15/2024 | 43 | Minute Order for Proceedings held before Judge J P Stadtmueller: Final Pretrial Conference held on 10/15/2024. (Court Reporter Jennifer Stake) (cw) |
| 10/17/2024 | 44 | LETTER from Jeffrey Leavell regarding attendance at trial. (Leavell, Jeffrey) Modified docket text on 10/17/2024 (mew). |
| 10/17/2024 | 45 | ORDER signed by Judge J P Stadtmueller on 10/17/2024. By the end of the day on 10/22/2024, the parties shall jointly prepare and FILE, under case–participant only restriction, a memorandum addressing specified items. See Order. (cc: all counsel)(jm) |
| 10/17/2024 | | (Court only) ***Set/Reset Hearings: Jury Trial set for 10/28/2024 at 8:30 AM before Judge J P Stadtmueller. (no change in hearing date/time) (jm) |
| 10/21/2024 | 46 | Report from Daniel DeSouza, Esq. *Regarding Issues for Trial*. This document and/or certain attachments are restricted to case participants and attorneys of record should use their efiling login and password to view this document(DeSouza, Daniel) |
| 10/28/2024 | 47 | CERTIFICATE OF SERVICE by Prepared Food Photos Inc *Proof of Service of Subpoena on Amjad S. Hamed* (Attachments: # 1 Certificate of Service Exhibit – Proof of Service)(DeSouza, Daniel) |
| 10/28/2024 | 48 | Minute Entry for Jury Trial begun on 10/28/2024 before Judge J P Stadtmueller: Jury selected. Testimony given. Exhibits received. (Court Reporter Jennifer Stake) (asc) (Entered: 10/30/2024) |
| 10/29/2024 | | Minute Entry for Jury Trial completed on 10/29/2024 before Judge J P Stadtmueller: Jury deliberations and verdict. (Court Reporter Jennifer Stake) (asc) (Entered: 10/30/2024) |
| 10/29/2024 | 49 | Jury Instructions. (jm) (Entered: 10/30/2024) |
| 10/29/2024 | 50 | SPECIAL VERDICT in favor of Plaintiff and against Defendant NOFAL LLC. (jm) (Entered: 10/30/2024) |
| 10/31/2024 | 51 | Exhibit List by Prepared Food Photos Inc. (cmb) |
| 10/31/2024 | | EXHIBITS received for Prepared Food Photos Inc Exhibit list filed. (cmb) |
| 11/01/2024 | 52 | NOTICE by Prepared Food Photos Inc *PLAINTIFFS NOTICE OF ELECTION OF DAMAGES* (DeSouza, Daniel) |
| 11/07/2024 | 53 | ORDER signed by Judge J P Stadtmueller on 11/7/2024. Plaintiff's claim of vicarious liability for copyright infringement against Defendant Sharif Jaber is DISMISSED with prejudice. Plaintiff shall have and recover from Defendant NOFAL, LLC $200.00 in actual damages. CASE DISMISSED. See Order. (cc: all counsel)(jm) |
| 11/07/2024 | 54 | JUDGMENT signed by Deputy Clerk and approved as to form by Judge J P Stadtmueller on 11/7/2024. Plaintiff shall have and recover from Defendant NOFAL, LLC $200.00 in actual damages. (cc: all counsel)(jm) |
| 11/07/2024 | | (Court only) ***Case Terminated. (mew) (Entered: 11/08/2024) |
| 11/08/2024 | 55 | Report to Copyright Office with Judgment. (mew) |
| 11/20/2024 | 56 | MOTION for New Trial *and/or MOTION to Amend Judgment* by Prepared Food Photos Inc. (Attachments: # 1 Exhibit A – Nofal Responses to Interrogatories, # 2 Exhibit B – Jaber Responses to Interrogatories, # 3 Exhibit C – Defendants' Responses to RFA, # 4 Exhibit D – Notice of Taking Deposition of Nofal, # 5 Exhibit E – Deposition of Sharif Jaber, # 6 Exhibit F – Deposition of Amjad Hamed)(DeSouza, Daniel). Added MOTION to Amend/Correct on 11/20/2024 (mew). |
| 11/20/2024 | | NOTICE of Electronic Filing Error re 56 MOTION for New Trial and/or to Amend Judgment filed by Prepared Food Photos Inc. When filing motions which contain |

| | | multiple parts, the filer should select all applicable parts from the motion event list. In this case, both a MOTION for a New Trial and a MOTION to Amend/Correct should have been selected. **This document does not need to be re–filed.** (mew) |
|---|---|---|
| 12/04/2024 | 57 | TRANSCRIPT of Jury Trial – Vol. 1 (Excerpt) held on October 28, 2024 before Judge JP Stadtmueller Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 12/30/2024. Redacted Transcript Deadline set for 1/9/2025. Release of Transcript Restriction set for 3/7/2025. (Stake, Jennifer) |
| 12/04/2024 | 58 | TRANSCRIPT of Jury Trial – Vol. 2 held on October 29. 2024 before Judge JP Stadtmueller Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 12/30/2024. Redacted Transcript Deadline set for 1/9/2025. Release of Transcript Restriction set for 3/7/2025. (Stake, Jennifer) |
| 12/04/2024 | 59 | BRIEF in Opposition filed by Sharif Jaber, NOFAL LLC re <u>56</u> MOTION for New Trial *and/or to Amend Judgment* MOTION to Amend/Correct . (Steinle, W) |
| 12/18/2024 | 60 | REPLY BRIEF in Support filed by Prepared Food Photos Inc re <u>56</u> MOTION for New Trial *and/or to Amend Judgment* MOTION to Amend/Correct . (DeSouza, Daniel) |
| 04/07/2025 | 61 | ORDER signed by Judge J P Stadtmueller on 4/7/2025 DENYING <u>56</u> Plaintiff's Motion for New Trial and/or to Amend Judgment. See Order. (cc: all counsel)(jm) |
| 04/18/2025 | 62 | BILL OF COSTS Proposed by Prepared Food Photos Inc (Attachments: # <u>1</u> Exhibit – Invoice for L. Johns Service of Process, # <u>2</u> Exhibit – Daughter's Reporting Invoice, # <u>3</u> Exhibit – Swift Legal Invoice, # <u>4</u> Exhibit – Attorneys Process Servers Invoice, # <u>5</u> Exhibit – South Shore Process Invoice, # <u>6</u> Exhibit – Daughter's Reporting Invoice, # <u>7</u> Exhibit – South Shore Process Invoice, # <u>8</u> Exhibit – South Shore Process Invoice, # <u>9</u> Exhibit – The Daily Reporter Invoice)(DeSouza, Daniel) |
| 04/21/2025 | 63 | BRIEFING LETTER Electronically Transmitted to Parties re <u>62</u> Bill of Costs,,. Objections due May 06, 2025, Response due May 13, 2025, and Reply due May 20, 2025. (cc: all counsel) (bx) |
| 04/21/2025 | 64 | MOTION for Attorney Fees by Prepared Food Photos Inc. (Attachments: # <u>1</u> A – Sharif Jaber Transcript, # <u>2</u> B – DeSouza Declaration, # <u>3</u> C – First Set of Interrogatories, # <u>4</u> D – First Request for Admissions, # <u>5</u> E – Nofal Responses to First Set of Interrogatories, # <u>6</u> F – Nofal Responses to First Request for Admissions, # <u>7</u> G – Notice of Deposition, # <u>8</u> H – Facebook photos, # <u>9</u> I – Hamed Transcript)(DeSouza, Daniel) |
| 05/01/2025 | 65 | MOTION to Withdraw by All Defendants. (Attachments: # <u>1</u> Affidavit of W. Timothy Steinle)(Steinle, W) |
| 05/03/2025 | 66 | RESPONSE to Motion filed by Prepared Food Photos Inc re <u>65</u> MOTION to Withdraw . (DeSouza, Daniel) |
| 05/06/2025 | | TEXT ONLY ORDER signed by Judge J P Stadtmueller on 5/6/2025. The Court has received <u>65</u> Defendants' counsels motion to withdraw from representation and <u>66</u> Plaintiff's response thereto. On or before 5/9/2025, Defendants' counsel is ORDERED to serve a copy of the moving papers and Plaintiff's response on Defendants and to file a certificate of service thereof. Civ. L.R. 7(e)(3)(B). When the certificate of service is filed, the Court will address the motion to withdraw. (cc: all counsel) (cw) |
| 05/06/2025 | 67 | CERTIFICATE OF SERVICE by All Defendants (Steinle, W) |
| 05/12/2025 | 68 | ORDER signed by Judge J P Stadtmueller on 5/12/2025. <u>65</u> Defendants' Attorney's Motion to Withdraw from Representation is GRANTED; specified counsel and the law |

| | | firm of Terschan, Steinle, Hodan & Ganzer, Ltd are TERMINATED as attorneys for Defendants. The Clerk of Court is DIRECTED to update Defendant Sharif Jaber's mailing address to that listed in the certificate of service at ECF No. 67. Within 3 days, Plaintiff to SERVE a copy of 64 Motion for Attorney's Fees and attachments to Defendants by US Mail and email as provided in ECF No. 67 and FILE a certificate of service as to same. By 6/26/2025, Defendants to FILE any responses to 64 Plaintiff's Motion for Attorney's Fees and to 62 Plaintiff's Bill of Costs; any responses by Defendant NOFAL LLC must be through an attorney. Clerk of Court is DIRECTED to prepare and mail an updated briefing letter on the bill of costs, along with the bill of costs and attachments, to Defendant Sharif Jaber's mailing address. See Order. (cc: all counsel)(jm) |
|---|---|---|
| 05/12/2025 | 69 | AMENDED BRIEFING LETTER Electronically Transmitted to Parties re 62 Bill of Costs. Objections due June 26, 2025, Response due July 3, 2025, and Reply due July 10, 2025. Pursuant to Dkt 68 Order, deadlines changed; See Order. (cc: all counsel and mailed copies of #68 Order, #62 BOC and letter to prose party – Sharif Jaber) (bx) |
| 05/13/2025 | 70 | CERTIFICATE OF SERVICE by Prepared Food Photos Inc (Attachments: # 1 Proof of US Mailing – Motion for Attorney's Fees, # 2 Proof of US Mailing – Order D.E. 68 and Amended Briefing Letter)(DeSouza, Daniel) |
| 06/02/2025 | 71 | Docket Annotation – This constitutes notification of the release of exhibits currently held by our office for the case referenced above.Parties wishing to claim exhibits currently held by the court should contact the Office of the Clerk of Court on or prior to June 16, 2025 to set up an appointment to pick up the exhibits. Exhibits not removed by this date will be destroyed. (cmb) |
| 06/10/2025 | 72 | ORDER signed by Judge J P Stadtmueller on 6/10/2025 DIRECTING that the attorney admission fee for Attorney Griffin Klema be waived. (cc: all counsel, via mail to Sharif Jaber)(jm) |
| 06/11/2025 | 73 | NOTICE of Appearance by Griffin C Klema on behalf of Sharif Jaber, NOFAL LLC. Attorney(s) appearing: Griffin C. Klema (Klema, Griffin) |
| 06/16/2025 | | EXHIBITS destroyed. No response to notification received. (cmb) |
| 06/16/2025 | 74 | Unopposed MOTION for Extension of Time *to file opposition to plaintiff's motion for attorney's fees and bill of costs* by NOFAL LLC. (Klema, Griffin) |
| 06/16/2025 | 75 | AMENDED DISCLOSURE Statement by Sharif Jaber, NOFAL LLC. (Klema, Griffin) |
| 06/16/2025 | 76 | MOTION for Extension of Time *nunc pro tunc to file motion for attorney's fees* by Sharif Jaber. (Attachments: # 1 Exhibit 1 – Declaration of W. Timothy Steinle)(Klema, Griffin) |
| 06/17/2025 | | TEXT ONLY ORDER signed by Judge J P Stadtmueller on 6/17/2025. Upon consideration of 74 Defendant NOFAL LLC's motion for an extension of time to respond to 64 Plaintiff's fee petition and 62 bill of costs, which Plaintiff does not oppose, the motion is GRANTED. Defendant NOFAL LLC shall file any response to the petition and objection to the bill of costs on or before 6/30/2025. Briefing thereafter shall comply with Civ. L.R. 7(c) and 54(a), as applicable.<br><br>Further, to assist the Court in timely resolving 76 Defendant Sharif Jaber's motion for an extension of time to file a fee petition, Plaintiff shall file any response thereto on or before 6/24/2025; any reply is due by 6/27/2025. (cc: all counsel) (cw) |
| 06/24/2025 | 77 | RESPONSE to Motion filed by Prepared Food Photos Inc re 76 MOTION for Extension of Time *nunc pro tunc to file motion for attorney's fees* . (Attachments: # 1 Exhibit A – Jones Declaration, # 2 Exhibit B – Discovery Requests and Responses)(DeSouza, Daniel) |
| 06/27/2025 | 78 | REPLY BRIEF in Support filed by Sharif Jaber re 76 MOTION for Extension of Time *nunc pro tunc to file motion for attorney's fees* . (Attachments: # 1 Exhibit A – Declaration of Sharif Jaber, # 2 Exhibit B – Declaration of Griffin Klema)(Klema, Griffin) |

| | | |
|---|---|---|
| 06/30/2025 | 79 | OBJECTIONS by NOFAL LLC *re 62 plaintiff's bill of COSTS*. (Klema, Griffin) |
| 06/30/2025 | 80 | BRIEF in Opposition filed by NOFAL LLC re 64 MOTION for Attorney Fees . (Attachments: # 1 Exhibit 1 – Albrizio blog posts, # 2 Exhibit 2 – Copycat email, # 3 Exhibit 3 – Copycat demand letters, # 4 Exhibit 4 – Adlife demand letters, # 5 Exhibit 5 – $30k demand, # 6 Exhibit 6 – $22k demand, # 7 Exhibit 7 – $90k demand)(Klema, Griffin) (Entered: 07/01/2025) |
| 07/02/2025 | 81 | ORDER signed by Judge J P Stadtmueller on 07/02/2025; IT IS ORDERED that Defendant Sharif Jabers motion for an extension of time nunc pro tunc to file a motion for attorneys fees, ECF No. 76, is GRANTED; and IT IS FURTHER ORDERED that Defendant Sharif Jaber shall file any fee motion by Wednesday, July 9, 2025. (cc: all counsel)(bx) |
| 07/07/2025 | 82 | RESPONSE filed by Prepared Food Photos Inc re 79 Objections *PLAINTIFFS RESPONSE TO NOFAL LLCS OBJECTION TO BILL OF COSTS* (DeSouza, Daniel) |
| 07/09/2025 | 83 | MOTION for Attorney Fees by Sharif Jaber. (Attachments: # 1 Declaration of W. Timothy Steinle)(Klema, Griffin) |
| 07/09/2025 | 84 | BILL OF COSTS Proposed by Sharif Jaber (Klema, Griffin) |
| 07/11/2025 | 85 | BRIEFING LETTER Electronically Transmitted to Parties re 84 Bill of Costs. Objections due July 25, 2025, Response due August 01, 2025, and Reply due August 08, 2025. (cc: all counsel) (bx) |
| 07/25/2025 | 86 | RESPONSE filed by Prepared Food Photos Inc re 84 Bill of Costs (DeSouza, Daniel) |
| 07/30/2025 | 87 | RESPONSE to Motion filed by Prepared Food Photos Inc re 83 MOTION for Attorney Fees *Plaintiff's Memorandum in Opposition to Jaber's Motion for Attorneys Fees and Costs Under the Copyright Act*. (Attachments: # 1 Exhibit A – Declaration of Rebecca Jones, # 2 Exhibit B – Depo Transcript – Sharif Jaber, # 3 Exhibit C – Depo Transcript – Amjad S. Hamed)(DeSouza, Daniel) |
| 07/31/2025 | | NOTICE of Electronic Filing Error re 87 Response to Motion, filed by Prepared Food Photos Inc ; Certain attachments to this document should have been filed as separate entries – Declarations should be filed as stand alone events. **This document does not need to be re–filed**; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (rcm) |
| 08/12/2025 | 88 | REPLY BRIEF in Support filed by Sharif Jaber re 83 MOTION for Attorney Fees . (Klema, Griffin) |
| 08/15/2025 | | (Court only) ***TRANSMIT Bill of Costs for review (rcm) |
| 03/18/2026 | 89 | ORDER signed by Judge J P Stadtmueller on 3/18/2026. 64 Plaintiff's Motion for Attorney's Fees is DENIED. 83 Defendant Sharif Jaber's Motion for Attorney's Fees is DENIED. Each party to bear its own costs in this action, and no costs shall be awarded to either party pursuant to 62 and 84 Bills of Costs. (cc: all counsel)(jm) |
| 04/13/2026 | 90 | NOTICE OF APPEAL as to 89 Order on Motion for Attorney Fees,,, by Sharif Jaber. Filing Fee PAID $605, receipt number AWIEDC–5217521 (cc: all counsel) (Klema, Griffin) |