# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 13, 2026

**To:** Linda M. Klemm
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

<table>
<tr><td>

Appellate Case No: 26-1757

Caption:
PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc.,

      Plaintiff - Appellee

v.

SHARIF JABER,

      Defendant - Appellant

</td></tr>
<tr><td>

District Court No: 2:22-cv-00642-JPS
District Judge J. P. Stadtmueller
Clerk/Agency Rep Linda M. Klemm
Date NOA filed in District Court: 04/13/2026

</td></tr>
</table>

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)